FILED

2003 OCT 14 P 3: 13

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INCREDIBLY EDIBLE DELITES, INC. and INCREDIBLE FRANCHISE CORPORATION, | : : : : | CIVIL ACTION NO. 3:02CV1529 (AVC) |
| Plaintiff, | : : | |
| V. | : : | |
| EDIBLE ARRANGEMENTS, LLC., and EDIBLE ARRANGEMENTS FRANCHISE GROUP, | : : : : : | |
| Defendants. | : | OCTOBER 14, 2003 |

## MOTION FOR RECONSIDERATION OF THE COURT'S RULING ON THE DEFENDANTS, EDIBLE ARRANGEMENTS, LLC AND EDIBLE ARRANGEMENTS FRANCHISE GROUPS' MOTION TO DISMISS

Pursuant to Rule 7(c) of the Local Civil Rules of the United States District Court for the District of Connecticut, the defendants, Edible Arrangements, LLC and Edible Arrangements Franchise Group, Inc., (collectively referred to as "EA") respectfully move this Court for reconsideration of its Ruling, dated September 30, 2003, denying EA's Motion to Dismiss, dated October 30, 2002.

In support of its Motion for Reconsideration, EA respectfully submits that in deciding a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, a district court is not limited to the four corners of the complaint, but rather, may consider other documents as well such as documents incorporated by reference in

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

the complaint and documents that the plaintiff had in its possession or knew of in bringing the suit. As such, the Court should have properly considered the terms of the Settlement Agreement in ruling on EA's Motion to Dismiss. Accordingly, EA's Motion for Reconsideration should be granted.

This Motion is based on all of the papers and records on file in this action, the Memorandum of Law in Support of Motion for Reconsideration of Court's Ruling on the Defendants, Edible Arrangements, LLC and Edible Arrangements Franchise Groups' Motion to Dismiss, dated October 1, 2003, including Exhibits A and B attached thereto, and on any oral argument or evidence presented at the hearing of this Motion.

WHEREFORE, the defendants, Edible Arrangements, LLC and Edible Arrangements Franchise Group, Inc., respectfully request that the Court grant its Motion for Reconsideration of the Court's Ruling on the Defendants, Edible Arrangements, LLC and Edible Arrangements Franchise Groups' Motion to Dismiss, dated September 30, 2003, and grant the Motion to Dismiss, dated October 30, 2002.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Dated: October 14, 2003
Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANTS,
EDIBLE ARRANGEMENTS
FRANCHISE GROUP, INC., AND
EDIBLE ARRANGEMENTS, LLC

By: _____
Thomas J. Finn
Federal Bar No. ct 20929
Paula Cruz Cedillo
Fed. Bar No. ct 23485
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 522-6103

and

Kevin P. Walsh
Williams, Walsh & O'Connor
110 Washington Avenue, 2nd Floor
North Haven, Connecticut 06473
(203) 234-6333

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 14th day of October 2003, a copy of the foregoing was mailed to:

John F.A. Earley, III, Esq.
Frank J. Bonini, Jr., Esq.
Charles L. Riddle, Esq.
Harding, Earley, Follmer & Frailey
86 The Commons at Valley Forge East
1288 Valley Forge Road
P.O. Box 750
Valley Forge, Pennsylvania 19482-0750

Barry Kramer, Esq.
Basam E. Nabulsi, Esq.
Mark D. Giarratana, Esq.
Eric Grondahl, Esq.
Cummings & Lockwood LLC
Four Stamford Plaza
P.O. Box 120
Stamford, Connecticut 06904-0120

Thomas J. Finn

474160

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105