UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

INCREDIBLY EDIBLE
DELITES, INC., et al.,
    Plaintiffs

- v -                                  Civil No 3:02CV1529(AVC)

EDIBLE ARRANGEMENTS,
LLC, et al.,
    Defendant

### ORDER

A settlement conference shall be held before the undersigned on **December 10, 2003, at 10:00 a.m.** The parties shall submit <u>ex parte</u> statements **to the Chambers of Judge Smith**, not to exceed four pages, briefly setting forth their settlement positions, no later than December 8, 2003. **Facsimiles will not be accepted**.

**Counsel shall be accompanied by the appropriate persons with authority to settle.** See <u>Nick v. Morgan's Foods, Inc.</u>, 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), <u>aff'd</u>, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

    **IT IS SO ORDERED.**

**Dated at Hartford, Connecticut this 28th day of October, 2003.**



Thomas P. Smith
United States Magistrate Judge