UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC., & <br> INCREDIBLE FRANCHISE CORPORATION, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> V. <br><br> EDIBLE ARRANGEMENTS, LLC, & <br> EDIBLE ARRANGEMENTS <br> FRANCHISE GROUP, INC., <br><br> Defendants/Counterclaim Plaintiffs. | CIV. ACTION NO. <br> 3:02:CV:1529 (AVC) <br><br><br><br> November 13, 2003 |

## JOINT MOTION FOR EXTENSION OF TIME TO COMPLY WITH THE DEADLINES SET FORTH IN THE SCHEDULING ORDER

In accordance with Rule 16(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiffs, Incredibly Edible Delites, Inc., and Incredible Franchise Corporation, (hereinafter collectively "IED"), and the defendants, Edible Arrangements, LLC and Edible Arrangements Franchise Group, Inc. (hereinafter collectively "Edible Arrangements"), by and through their attorneys, hereby move this Court for an extension of two (2) months to comply with the deadlines set forth in the Scheduling Order dated November 20, 2002 (as modified by the Court Order of August 20, 2003), as follows:

    a.    all Discovery, including depositions of all witnesses, shall be completed by April 13, 2004;

1

  b. the plaintiffs shall designate all trial experts and provide defendants with reports from retained experts on or before January 13, 2003, and depositions of any such experts shall be completed by February 13, 2003;

  c. the parties shall exchange a damages analysis, if necessary, on or before February 31, 2003;

  d. all motions, except motions in limine incident to a trial, shall be filed on or before May 13, 2004;

  e. the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on May 13, 2004;

  f. the case shall be ready for trial by July 13, 2004.

On May 14, 2003, the Court granted the plaintiffs' Motion for Extension of Time to Comply With Item Numbers 3 and 5 as set forth in the Scheduling Order (filed on May 12, 2003).

On June 10, 2003, the Court granted a Joint Motion for Extension of Time to Comply with Deadlines Set Forth in the Scheduling Order (filed on May 13, 2003). This Order extended items numbered: (2), (6), (7), and (8) by six (6) months.

On August 20, 2003, the Court Granted a Joint Motion for Extension of Time to Comply with the Deadlines Set Forth in the Scheduling Order (filed on August 20, 2003). This Order extended items numbered: (2), (3), (5), (6), (7), and (8) by three (3) months.

Despite each of the parties' belief that they have proceeded in good faith and with diligent efforts, the parties have been unable to complete all of the discovery necessary to prepare the matter for trial. In addition, the parties are engaged in ongoing settlement

discussions, with a settlement conference currently scheduled for December 2003 before Judge Thomas P. Smith. As good cause for the granting of this Motion, the parties respectfully submit that, despite the diligence of the parties, the deadlines set forth in the Scheduling Order cannot reasonably be met for the following reasons:

(1) The matter is particularly complex and involves issues of trademark infringement, trademark dilution, and the Anticybersquatting Act;

(2) The parties have made numerous attempts to resolve this matter through settlement discussions, and such discussions are currently ongoing;

(3) A second settlement conference is scheduled before Judge Thomas P. Smith for December 10, 2003; and

(4) The parties have engaged, and currently are engaging, in written discovery. IED has propounded two sets of requests for production, totaling forty-five requests, and two sets of request for admission, totaling 313 requests, while Edible Arrangements has propounded fifty-five requests for production, twenty-five interrogatories, and eighteen requests for admission. The parties are currently attempting to resolve the discovery issues arising from these previously-propounded discovery requests.

The parties submit that, in light of the foregoing reasons, the parties have been unable to complete discovery in accordance with the Scheduling Order. Accordingly, the parties jointly request that the Court modify the Scheduling Order.

WHEREFORE, the plaintiffs, Incredibly Edible Delites, Inc., and Incredible Franchise Corporation and the defendants, Edible Arrangements, LLC and Edible Arrangements Franchise Group, Inc., respectfully request that the Court grant their Joint Motion for Extension of Time to Comply with the Deadlines Set Forth in the Scheduling Order.

Dated: 11/13/2003

RESPECTFULLY SUBMITTED,

THE PLAINTIFFS
NCREDIBLY EDIBLE DELITES,
INC. AND INCREDIBLE
FRANCHISE CORPORATION

By: _____
John F. A. Earley III (CT24120)
Frank J. Bonini, Jr. (CT24119)
Charles L. Riddle (CT24133)
P.O. Box 750
Valley Forge, Pennsylvania 19482-0750
Tel. (610) 935-2300
Attorneys for Incredibly Edible Delites, Inc.,
and Incredible Franchise Corporation

4

Dated: November 13, 2003
      Hartford, Connecticut

THE DEFENDANTS
EDIBLE ARRANGEMENTS
FRANCHISE GROUP, INC., AND
EDIBLE ARRANGEMENTS, LLC.

By: _____
Joseph G. Fortner, Esquire
Federal Bar No. ct 04602
Thomas J. Finn, Esquire
Federal Bar No. ct 20929
Paula Cruz Cedillo, Esquire
Federal Bar No. ct 23485
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Attorneys for Edible
Edible Arrangement Franchise Group

      -and-

Kevin P. Walsh, Esquire
110 Washington Avenue, 2nd Floor
North Haven, CT 06473
Phone (203) 234-6333
Attorneys for Edible
Arrangements, LLC

5