UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC., & <br> INCREDIBLE FRANCHISE CORPORATION, <br>       Plaintiffs/Counterclaim Defendants, <br><br> V. <br><br> EDIBLE ARRANGEMENTS, LLC, & <br> EDIBLE ARRANGEMENTS <br> FRANCHISE GROUP, INC., <br><br>       Defendants/Counterclaim Plaintiffs. | CIV. ACTION NO. <br> 3:02:CV:1529 (AVC) <br><br><br><br><br><br><br> November 13, 2003 |

### JOINT MOTION TO RESCHEDULE THE PRELIMINARY INJUNCTION HEARING DATE

In accordance with Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiffs, Incredibly Edible Delites, Inc., & Incredible Franchise Corporation (hereinafter collectively "IED") and the defendants, Edible Arrangements, LLC and Edible Arrangements Franchise Group, Inc. (hereinafter collectively "Edible Arrangements"), by and through their attorneys, hereby respectfully request that the Court reschedule the Preliminary Injunction Hearing pending the outcome of the parties' settlement conference scheduled for December 10, 2003.

After this Court ruled on the parties' respective Motions to Dismiss, the Court scheduled the Preliminary Injunction Hearing for November 19, 2003. The parties requested a settlement conference before Judge Thomas P. Smith. On October 29, 2003, Judge Smith issued an Order granting the parties' Petition for a Settlement Conference and scheduled the

1

conference for December 10, 2003.

Given this course of events and the parties' belief that settlement is likely, the parties respectfully request the Court to reschedule the Preliminary Injunction Hearing pending the outcome of the settlement conference of December 10, 2003. At that time, the parties would promptly notify the Court as to the need for a Hearing date.

Edible Arrangements, by Motion filed on October 9, 2002, previously sought an Order from the Court continuing hearing on the Motion for Preliminary Injunction and for Briefing Schedule. This Motion was granted on October 17, 2002.

IED has not previously sought a continuance of the Preliminary Injunction Hearing.

The parties hereby agree and stipulate that this Motion and the requested continuance is made without prejudice to the rights of either party.

The parties submit that, in light of the foregoing reasons, good cause exists in that the date for the Preliminary Injunction Hearing should be continued so as to conserve judicial resources.

WHEREFORE, the plaintiffs, Incredibly Edible Delites, Inc., & Incredible Franchise Corporation, and the defendants, Edible Arrangements, LLC and Edible Arrangements Franchise Group, Inc., respectfully request that the Court grant their Joint Motion to Reschedule the Preliminary Injunction Hearing Date.

Dated: 11/13/03

RESPECTFULLY SUBMITTED,

THE PLAINTIFFS
INCREDIBLY EDIBLE DELITES,
INC. AND INCREDIBLE
FRANCHISE CORPORATION

By: _____
John F. A. Earley III (CT24120)
Frank J. Bonini, Jr. (CT24119)
Charles L. Riddle (CT24133)
P.O. Box 750
Valley Forge, Pennsylvania 19482-0750
Tel. (610) 935-2300
Attorneys for Incredibly Edible Delites, Inc.,
and Incredible Franchise Corporation

Dated: November 13, 2003
Hartford, Connecticut

THE DEFENDANTS
EDIBLE ARRANGEMENTS
FRANCHISE GROUP, INC., AND
EDIBLE ARRANGEMENTS, LLC.

By: _____
Joseph G. Fortner, Esquire
Federal Bar No. ct 04602
Thomas J. Finn, Esquire
Federal Bar No. ct 20929
Paula Cruz Cedillo, Esquire
Federal Bar No. ct 23485
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Attorneys for Edible
Edible Arrangement Franchise Group

-and-

Kevin P. Walsh, Esquire
110 Washington Avenue, 2nd Floor
North Haven, CT 06473
Phone (203) 234-6333
Attorneys for Edible
Arrangements, LLC

3