# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC., & INCREDIBLE FRANCHISE CORPORATION, : : : Plaintiffs/Counterclaim Defendants, : : V. : : EDIBLE ARRANGEMENTS, LLC, & EDIBLE ARRANGEMENTS FRANCHISE GROUP, INC., : : : : Defendants/Counterclaim Plaintiffs. : : | CIV. ACTION NO. 3:02:CV:1529 (AVC) November 13, 2003 |

## JOINT MOTION FOR EXTENSION OF TIME TO COMPLY WITH THE DEADLINES SET FORTH IN THE SCHEDULING ORDER

In accordance with Rule 16(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiffs, Incredibly Edible Delites, Inc., and Incredible Franchise Corporation, (hereinafter collectively "IED"), and the defendants, Edible Arrangements, LLC and Edible Arrangements Franchise Group, Inc. (hereinafter collectively "Edible Arrangements"), by and through their attorneys, hereby move this Court for an extension of two (2) months to comply with the deadlines set forth in the Scheduling Order dated November 20, 2002 (as modified by the Court Order of August 20, 2003), as follows:

    a.    all Discovery, including depositions of all witnesses, shall be completed by April 13, 2004;

GRANTED.
Alfred V. Covello, U.S.D.J.

November 18, 2003
SO ORDERED.

1