The matter is rescheduled to December 16, 2003 at 11:00 am

GRANTED,
Alfred V. Covello, U.S.D.J

November 20, 2003
SO ORDERED.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

INCREDIBLY EDIBLE DELITES, INC., &
INCREDIBLE FRANCHISE CORPORATION,

    Plaintiffs/Counterclaim Defendants,

V.

EDIBLE ARRANGEMENTS, LLC, &
EDIBLE ARRANGEMENTS
FRANCHISE GROUP, INC.,

    Defendants/Counterclaim Plaintiffs.

---

CIV. ACTION NO.
3:02:CV:1529 (AVC)

November 13, 2003

## JOINT MOTION TO RESCHEDULE THE PRELIMINARY INJUNCTION HEARING DATE

In accordance with Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiffs, Incredibly Edible Delites, Inc., & Incredible Franchise Corporation (hereinafter collectively "IED") and the defendants, Edible Arrangements, LLC and Edible Arrangements Franchise Group, Inc. (hereinafter collectively "Edible Arrangements"), by and through their attorneys, hereby respectfully request that the Court reschedule the Preliminary Injunction Hearing pending the outcome of the parties' settlement conference scheduled for December 10, 2003.

After this Court ruled on the parties' respective Motions to Dismiss, the Court scheduled the Preliminary Injunction Hearing for November 19, 2003. The parties requested a settlement conference before Judge Thomas P. Smith. On October 29, 2003, Judge Smith issued an Order granting the parties' Petition for a Settlement Conference and scheduled the

1