UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 DEC 10 A 10: 16

US DISTRICT COURT
HARTFORD CT

INCREDIBLE EDIBLE DELITES, INC.
and INCREDIBLE FRANCHISE
CORPORATION,
:          -Plaintiffs

-v-                                              CIVIL 3:02 CV 1529 (AVC)

EDIBLE ARRANGEMENTS, LLC.,
and EDIBLE ARRANGEMENTS
FRANCHISE GROUP,
:          -Defendants

### MEMORANDUM AND ORDER

The ex parte submissions that counsel filed in connection with the settlement conference that had been scheduled for December 10, 2003, convinced the undersigned that such a conference would not have been productive at this time. Without belaboring the point, those submissions-- ironically intended to facilitate settlement talks-- are persuasive evidence that a settlement is not likely as things now stand.

A settlement conference will be scheduled in this case shortly before the commencement of trial, which is now scheduled for July

13, 2004. At least 48 hours before that conference, counsel for the parties will submit an ex parte position statement **no longer than two pages**. These submissions will be less combative in tone than those most recently submitted, and will not be accompanied by exhibits, appendices, attachments and the like, and hopefully will signal a sincere intention to engage in serious, good faith settlement discussions. The conference will be attended by persons with decision-making authority. See Nick v. Morgan's Foods, Inc., 99 F.Supp.2d 1056, 1062 (E.D. Mo. 2000). A date for that conference will be provided in the normal course of business.

Dated at Hartford, Connecticut, this 10th day of December 2003.

Thomas P. Smith
**United States Magistrate Judge**