*[Handwritten/stamped ruling in left margin, rotated:]* The motion for reconsideration is GRANTED. Although the court agrees with the defendant that, when ruling on a motion to dismiss under Rule 12(b)(6), the court may examine documents, such as the settlement agreement at issue here, so long as such a document is attached to the pleadings or incorporated by reference, -- an examination of the terms of this agreement does not alter the court's opinion that resolution of issues involving contract interpretation is inappropriate at this juncture. Relief is therefore DENIED.

SO ORDERED.

February 24, 2004.

*[Signature]*
Covello, U.S.D.J.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC. and INCREDIBLE FRANCHISE CORPORATION, : : : | CIVIL ACTION NO. 3:02CV1529 (AVC) |
| Plaintiff, : | |
| v. : | |
| EDIBLE ARRANGEMENTS, LLC., and EDIBLE ARRANGEMENTS FRANCHISE GROUP, : : : | |
| Defendants. : | OCTOBER 14, 2003 |

### MOTION FOR RECONSIDERATION OF THE COURT'S RULING ON THE DEFENDANTS, EDIBLE ARRANGEMENTS, LLC AND EDIBLE ARRANGEMENTS FRANCHISE GROUPS' MOTION TO DISMISS

Pursuant to Rule 7(c) of the Local Civil Rules of the United States District Court for the District of Connecticut, the defendants, Edible Arrangements, LLC and Edible Arrangements Franchise Group, Inc., (collectively referred to as "EA") respectfully move this Court for reconsideration of its Ruling, dated September 30, 2003, denying EA's Motion to Dismiss, dated October 30, 2002.

In support of its Motion for Reconsideration, EA respectfully submits that in deciding a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, a district court is not limited to the four corners of the complaint, but rather, may consider other documents as well such as documents incorporated by reference in

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN & SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105