UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INCREDIBLY EDIBLE DELITES, INC. ET AL. | : : : | CIVIL ACTION NO.: 3:02CV 1529 (AVC) |
| V. | : : | |
| EDIBLE ARRANGEMENTS, LCC, ET AL. | : : | MARCH 8, 2004 |

### **APPEARANCE**

To the Clerk of this court and all parties of record:

    Enter my appearance as an additional attorney appearing for the plaintiff, INCREDIBLY EDIBLE DELITES, INC., as counterclaim defendant in the above-entitled case.

    Dated at Avon, Connecticut on this 8th day of March, 2004.

                                  THE PLAINTIFF and COUNTERCLAIM
                                  DEFENDANT,
                                  INCREDIBLY EDIBLE DELITES, INC.

                              By_____
                                  Melicent B. Thompson
                                  Litchfield Cavo
                                  40 Tower Lane, Suite 200
                                  Avon, CT 06001
                                  Tel.: (860) 255-5577
                                  Federal Bar No. CT 19868

## **CERTIFICATION**

This is to certify that a copy of the foregoing Appearance was mailed, postage prepaid, this 8th day of March, 2004, to all pro se parties and to the following counsel of record:

Eric E. Grondahl, Esq.
Cummings & Lockwood
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103-3495

Joseph L. Turchi, Esq.
Rawle & Henderson, LLP
Widener building
One South Penn Square
Philadelphia, PA  19109

Patrick M. Birney, Esq.
Joseph G. Fortner, Jr., Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Frank J. Bonini, Jr., Esq.
Harding Earley Follmer & Frailey
The Commons at Valley Forge East
P. O. Box 750
Valley Forge, PA  19482-0750

Daniel J. Hart, Esq.
Marshall, Dennehy, Warner, Coleman & Goggin
1845 Walnut Street
Philadelphia, PA  19103

Edwards & Angell
Three Stamford Plaza
301 Tresser Boulevard, 13th Floor
Stamford, CT 06901

Kevin P. Walsh, Esq.
Williams Walsh & O'Connor
110 Washington Avenue, 2nd Floor
North Haven, CT 06473

_____
Melicent B. Thompson