UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INCREDIBLY EDIBLE DELITES, INC. and INCREDIBLE FRANCHISE CORPORATION, | : : : : | CIVIL ACTION NO. 3:02CV1529 (AVC) |
| Plaintiff, | : : | |
| V. | : : | |
| EDIBLE ARRANGEMENTS, LLC., and EDIBLE ARRANGEMENTS FRANCHISE GROUP, | : : : : | |
| Defendants. | : | MAY 13, 2004 |

**EDIBLE ARRANGEMENTS FRANCHISE GROUP, INC.'S AND EDIBLE ARRANGEMENTS, LLC'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants, Edible Arrangements Franchise Group, Inc., and Edible Arrangements, LLC (collectively, "EA"), hereby move for judgment as a matter of law with respect to the claims asserted by the plaintiffs, Incredibly Edible Delites, Inc.'s and Incredible Franchise Corporation's (collectively "IED") in their Complaint, dated June 21, 2002.

EA submits that it is entitled to judgment as a matter of law because IED's causes of action are barred by a broad release and settlement agreement previously executed in resolution of a prior lawsuit between the parties. The commencement of the instant action is an improper attempt by IED to re-litigate issues in violation of the express language and intent of the parties' agreement as well as the doctrine of res

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

judicata.  Indeed, the parties agreed to a broadly-reaching settlement agreement, releasing each other from claims -- known or unknown -- that could have been brought in the prior action.  In light of the fact that the activities and use about which IED now complains -- terms on EA's website's domain name and metatags, and its conduct regarding certain search engines (none of which constitutes unlawful or infringing use) -- have been ongoing since before the prior action was settled.  Furthermore, the fact that IED's claims are based upon a factual predicate virtually identical to that alleged in the prior action, IED's claims are precluded by both the settlement agreement and the doctrine of res judicata.

This Motion is based upon all of the papers and records on file in this action, including Edible Arrangements Franchise Group, Inc.'s and Edible Arrangements, LLC's Memorandum of Law in Support of Motion for Summary Judgment, dated May 13, 2004, and Exhibits 1 and 2 attached thereto, the Local Rule 56(a)1 Statement, dated May 13, 2004, the Affidavit of Tariq Farid, dated October 30, 2002, and Exhibits A through L attached thereto, the Affidavit of Kamran Farid in Support of Edible Arrangements Franchise Group, Inc.'s and Edible Arrangement LLC's Motion for Summary Judgment, dated May 13, 2004, and Exhibits A and B attached thereto, and on any argument and evidence presented at the hearing of this Motion.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

WHEREFORE, the defendants, Edible Arrangements Franchise Group, Inc., and Edible Arrangements, LLC, respectfully request that the Court grant their Motion for Summary Judgment, as well as any relief in law and equity the Court deems just and proper.

Dated:  May 13, 2004
        Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANTS,
EDIBLE ARRANGEMENTS
FRANCHISE GROUP, INC., AND
EDIBLE ARRANGEMENTS, LLC


By:_____
  Thomas J. Finn
  Federal Bar No. ct 20929
  Paula Cruz Cedillo
  Fed. Bar No. ct 23485
  HALLORAN & SAGE LLP
  One Goodwin Square
  225 Asylum Street
  Hartford, Connecticut 06103
  (860) 522-6103

  and

  Kevin P. Walsh
  Williams, Walsh & O'Connor
  110 Washington Avenue, 2nd Floor
  North Haven, Connecticut 06473
  (203) 234-6333

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 13th day of May 2004, a copy of the foregoing was mailed to:

John F.A. Earley, III, Esq.
Frank J. Bonini, Jr., Esq.
Charles L. Riddle, Esq.
Harding, Earley, Follmer & Frailey
86 The Commons at Valley Forge East
1288 Valley Forge Road
P.O. Box 750
Valley Forge, Pennsylvania 19482-0750

Mark D. Giarratana, Esq.
Eric Grondahl, Esq.
McCarter & English
185 Asylum Street
CityPlace I
36th Floor
Hartford, Connecticut 06103

Thomas C. Clark, Esq.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, Connecticut 06001

                                                                  Thomas J. Finn

548068

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105