UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INCREDIBLY EDIBLE DELITES, INC. and INCREDIBLE FRANCHISE CORPORATION, | : : : : | CIVIL ACTION NO. 3:02CV1529 (AVC) |
| Plaintiff, | : : | |
| V. | : : | |
| EDIBLE ARRANGEMENTS, LLC., and EDIBLE ARRANGEMENTS FRANCHISE GROUP, | : : : : | |
| Defendants. | : | MAY 13, 2004 |

## LOCAL RULE 56(a)1 STATEMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56(a)1 of the Local Civil Rules of the United States District Court for the District of Connecticut, the defendants, Edible Arrangements Franchise Group, Inc., and Edible Arrangements, LLC (collectively "EA"), respectfully submit this statement in support of their Motion for Summary Judgment, dated May 13, 2004. EA submits that there are no genuine issues to be tried as to the following material facts:

1.      Tariq Farid ("Mr. Farid") is the President of both Edible Arrangements, LLC, and Edible Arrangements Franchise Group, Inc. See Affidavit of Tariq Farid, dated October 30, 2002 ("Farid Affidavit") at ¶ 1.

2.      Mr. Farid started in the floral business in the 1980s. During these years, Mr. Farid's flower shops, Farid, Inc., d/b/a Farid's Flowers ("Farid's Flowers"), provided

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

fruit and flower arrangements to his customers, often selling items consisting of a basket of fruit accompanied by varied flower arrangements. See Farid Affidavit at ¶¶ 2-3.

3. By 1993, Farid's Flowers had begun using computer software made specifically for the floral industry by Daisy Systems, Inc., which software assisted in the processing of orders and accounts for the floral industry. See Farid Affidavit at ¶ 4.

4. In 1993, Mr. Farid incorporated a computer software company called Northeast Systems Group, Inc., and sold software for, among others, Daisy Systems, Inc., in the northeastern United States. See Farid Affidavit at ¶ 4.

5. Mr. Farid had no involvement with IED until approximately 1997. See Farid Affidavit at ¶ 5.

6. In approximately 1997, IED requested software to assist in its business operations from Daisy Systems, Inc.'s successor corporation, Teleflora, Inc., which referred IED to Mr. Farid. See Farid Affidavit at ¶ 5.

7. Mr. Farid visited IED's main office in Pennsylvania to assist in the installation of a software system for IED that would assist IED in the processing of orders and accounts. See Farid Affidavit at ¶ 6.

8. After 1997, Mr. Farid's contact with IED was limited to IED's requests for Mr. Farid's assistance with IED's computer systems. See Farid Affidavit at ¶ 9.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

9. In March 1999, Mr. Farid registered Edible Arrangements, LLC, in Connecticut, and began selling fruit arrangements under that name. See Farid Affidavit at ¶ 11.

10. In July 1999, IED sent EA a "cease-and-desist" letter, claiming that EA was engaging in various infringing activities, including activities with respect to IED's website at "fruitflowers.com," by virtue of selling fruit arrangements allegedly similar to IED's fruit arrangements and by describing these items on its website. See Farid Affidavit at ¶ 13; Correspondence from Alexis Dillett Isztwan, Esq., to EA, dated July 8, 1999 (attached to Farid Affidavit as Exhibit A).

11. In August 1999, EA commenced an action (the "Prior Action") against IED, seeking a declaratory judgment of non-infringement. See Farid Affidavit at ¶ 14.

12. In March 2000, IED filed a Counterclaim, alleging claims of copyright infringement, unfair trade practices, and misappropriation of IED's proprietary information. See Farid Affidavit at ¶ 14; Counterclaim, dated March 22, 2000 ("Counterclaim") (attached to Farid Affidavit as Exhibit B).

13. IED's Counterclaim set forth six paragraphs of allegations as the factual predicate for IED's infringement claims against EA. See Counterclaim at ¶¶ 29-34.

14. These allegations detail Mr. Farid's purported interaction with IED in 1997. See Counterclaim at ¶¶ 29-34.

15. The parties were represented by counsel and engaged in settlement negotiations, including two mediation sessions. See Farid Affidavit at ¶ 15.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

16. IED and EA agreed to settle the Prior Action and executed a Settlement Agreement and Release, with an effective date of June 13, 2001 (the "Settlement Agreement"). See Farid Affidavit at ¶ 15; Settlement Agreement (attached to Farid Affidavit as Exhibit C).

17. During settlement negotiations, the parties exchanged several drafts and redrafts of a proposed settlement agreement prior to its final execution by the parties. See Farid Affidavit at ¶ 18.

18. In September 1999, prior to the settlement of the Prior Action, Kamran Farid, Mr. Farid's brother, registered the domain name "fruitflower.com" with Network Solutions. See Farid Affidavit at ¶ 16; Printout of domain name registration (attached to Farid Affidavit as Exhibit D); Affidavit of Kamran Farid in Support of Edible Arrangements Franchise Group, Inc.'s and Edible Arrangement LLC's Motion for Summary Judgment, dated May 13, 2004 ("Kamran Farid Affidavit"), at ¶ 2.

19. Prior to, and at the time of, the execution of the Settlement Agreement, EA was using the terms "fruitflower," "incredible," "edible," or "delite" either in the metatags or on EA's website itself. See Farid Affidavit at ¶ 17; Kamran Farid Affidavit at ¶ 6; Copies of printouts of source code of EA's website on February 1, 2001, February 8, 2001, March 31, 2001, April 1, 2001, and May 18, 2001 (attached to Kamran Affidavit as Exhibit B).

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

20. During the course of the parties' settlement negotiations of the Prior Action, EA discovered that IED was using the phrase "edible arrangements" on its website. See Farid Affidavit at ¶ 18.

21. IED agreed to a provision in the Settlement Agreement that prohibited IED from "using the words 'edible arrangements' together in advertising or marketing specifically including, but not limited to, use in metatags." See Settlement Agreement at ¶ 5(e).

22. There is no provision in the Settlement Agreement that prohibits EA from using the terms "fruitflower," "incredible," "edible," or "delite" on EA's website or its metatags. See Farid Affidavit at ¶ 19; Settlement Agreement.

23. The Settlement Agreement released each of the parties from any further litigation regarding any and all claims, known or unknown, that could have been raised by either party during the Prior Action. See Farid Affidavit at ¶ 23; Settlement Agreement at ¶ 7.

24. The Settlement Agreement provides, in pertinent part:

> the parties do hereby remise, release and forever discharge each other of and from any and all manner of action, causes of actions, suits . . . claims and demands of whatsoever nature in law, in equity, direct or indirect, known or unknown, matured or not matured, . . . that each party had or may have had against the other including any and all matters alleged or which could have been alleged in the Litigation.

See Settlement Agreement at ¶ 7.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

25. The Settlement Agreement released each of the parties' respective licensees as well. See Farid Affidavit at ¶ 23; Settlement Agreement at ¶¶ 10, 13.

26. IED commenced an action against EA on June 21, 2002, in the United States District Court for the Eastern District of Pennsylvania, alleging trademark infringement under both federal and state law, trademark dilution under both federal and state law, violation of the Anti-Cybersquatting Act, and unfair competition under state law. See Farid Affidavit at ¶ 24; Complaint, dated June 21, 2002 ("Complaint") (attached to Farid Affidavit as Exhibit J).

27. The allegations regarding EA constituting the factual predicate on which IED's infringement claims are based are virtually identical to the factual predicate alleged in the Prior Action. Compare Complaint at ¶¶ 52-61 with Counterclaim at ¶¶ 29-34.

28. The Court in the Eastern District of Pennsylvania transferred this entire action to this Court, finding that "[t]he present action for trademark infringement, false description or designation of origin, trademark dilution, and unfair competition involves issues of interpretation that, under the terms of the [Settlement Agreement], are properly resolvable in the original forum." See Order, dated August 23, 2002 (attached to Farid Affidavit as Exhibit L).

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

| | |
|---|---|
| Dated: May 13, 2004<br>Hartford, Connecticut | RESPECTFULLY SUBMITTED,<br><br>THE DEFENDANTS,<br>EDIBLE ARRANGEMENTS<br>FRANCHISE GROUP, INC., AND<br>EDIBLE ARRANGEMENTS, LLC<br><br><br>By:_____<br>   Thomas J. Finn<br>   Federal Bar No. ct 20929<br>   Paula Cruz Cedillo<br>   Fed. Bar No. ct 23485<br>   HALLORAN & SAGE LLP<br>   One Goodwin Square<br>   225 Asylum Street<br>   Hartford, Connecticut 06103<br>   (860) 522-6103<br><br>   and<br><br>   Kevin P. Walsh<br>   Williams, Walsh & O'Connor<br>   110 Washington Avenue, 2nd Floor<br>   North Haven, Connecticut 06473<br>   (203) 234-6333 |

## **CERTIFICATION**

      This is to certify that on this 13th day of May 2004, a copy of the foregoing was mailed to:

John F.A. Earley, III, Esq.
Frank J. Bonini, Jr., Esq.
Charles L. Riddle, Esq.
Harding, Earley, Follmer & Frailey
86 The Commons at Valley Forge East
1288 Valley Forge Road
P.O. Box 750
Valley Forge, Pennsylvania 19482-0750

Mark D. Giarratana, Esq.
Eric Grondahl, Esq.
McCarter & English
185 Asylum Street
CityPlace I
36th Floor
Hartford, Connecticut 06103

Thomas C. Clark, Esq.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, Connecticut 06001

                                                     Thomas J. Finn

548185

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105