UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INCREDIBLY EDIBLE DELITES, INC. and INCREDIBLE FRANCHISE CORPORATION, | : | CIVIL ACTION NO. 3:02CV1529 (AVC) |
| Plaintiff, | : | |
| V. | : | |
| EDIBLE ARRANGEMENTS, LLC., and EDIBLE ARRANGEMENTS FRANCHISE GROUP, | : | |
| Defendants. | : | OCTOBER 30, 2002 |

## AFFIDAVIT OF TARIQ FARID

I, Tariq Farid, of full age and duly sworn upon my oath, hereby depose and say:

1.    I am the President of both Edible Arrangements, LLC, and Edible Arrangements Franchise Group, Inc. (Edible Arrangements, LLC, and Edible Arrangements Franchise Group will be referred to hereinafter, both individually and collectively, as "EA").  I submit this Affidavit in support of Defendant Edible Arrangements Franchise Group, Inc.'s and Edible Arrangements, LLC's Opposition to Plaintiffs' Motion for Preliminary Injunction and in Support of Edible Arrangements

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105