UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INCREDIBLY EDIBLE DELITES, INC. | : | CIVIL ACTION NO. |
| and INCREDIBLE FRANCHISE | : | 3:02CV1529 (AVC) |
| CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| EDIBLE ARRANGEMENTS, LLC., | : | |
| and EDIBLE ARRANGEMENTS | : | |
| FRANCHISE GROUP, | : | |
| | : | |
| Defendants. | : | MAY 13, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the defendants, Edible Arrangements Franchise Group, Inc., and Edible Arrangements, LLC (collectively, "EA"), have manually filed the following documents in connection with the above-captioned matter:

1.      Exhibits A through L attached to the Affidavit of Tariq Farid, dated October 30, 2002; and

2.      Exhibits A and B attached to the Affidavit of Kamran Farid in Support of Edible Arrangements Franchise Group, Inc.'s and Edible Arrangement LLC's Motion for Summary Judgment, dated May 13, 2004.

An electronic version of these documents has not been filed because a large part of the exhibits contain graphic depictions which cannot easily be scanned and transferred to pdf format.  These exhibits have been manually served on all parties.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Dated: May 13, 2004
        Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANTS,
EDIBLE ARRANGEMENTS
FRANCHISE GROUP, INC., AND
EDIBLE ARRANGEMENTS, LLC


By: _____

    Thomas J. Finn
    Federal Bar No. ct 20929
    Paula Cruz Cedillo
    Fed. Bar No. ct 23485
    HALLORAN & SAGE LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, Connecticut 06103
    (860) 522-6103

    and

    Kevin P. Walsh
    Williams, Walsh & O'Connor
    110 Washington Avenue, 2nd Floor
    North Haven, Connecticut 06473
    (203) 234-6333

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## <u>CERTIFICATION</u>

This is to certify that on this 13th day of May 2004, a copy of the foregoing was mailed to:

John F.A. Earley, III, Esq.
Frank J. Bonini, Jr., Esq.
Charles L. Riddle, Esq.
Harding, Earley, Follmer & Frailey
86 The Commons at Valley Forge East
1288 Valley Forge Road
P.O. Box 750
Valley Forge, Pennsylvania 19482-0750

Mark D. Giarratana, Esq.
Eric Grondahl, Esq.
McCarter & English
185 Asylum Street
CityPlace I
36th Floor
Hartford, Connecticut 06103

Thomas C. Clark, Esq.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, Connecticut 06001


_____
            Thomas J. Finn

549613

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Halloran
& Sage LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105