UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC. and INCREDIBLE FRANCHISE CORPORATION, | CIVIL ACTION NO. 3:02CV1529 (AVC) |
| Plaintiff, | |
| V. | |
| EDIBLE ARRANGEMENTS, LLC., and EDIBLE ARRANGEMENTS FRANCHISE GROUP, | |
| Defendants. | MAY 13, 2004 |

**AFFIDAVIT OF KAMRAN FARID IN SUPPORT OF EDIBLE ARRANGEMENTS FRANCHISE GROUP, INC.'S AND EDIBLE ARRANGEMENTS, LLC'S MOTION FOR SUMMARY JUDGMENT**

I, Kamran Farid, of full age and duly sworn upon my oath, hereby depose and say:

1.  I am the Vice President of Edible Arrangements, LLC and Edible Arrangements Franchise Group, Inc. (collectively "EA"). I submit this Affidavit in support of Edible Arrangements Franchise Group, Inc.'s and Edible Arrangements, LLC's Motion for Summary Judgment, dated May 13, 2004.

2.  In September 1999, after ensuring that the term "fruitflower" had not been trademarked, I registered the domain name "fruitflower.com" with Network Solutions on behalf of EA.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

3. Internet Archive is an on-line library of Internet websites which may be accessed at www.archive.org. The Wayback Machine is a free internet archive service provided by Internet Archive that allows individuals to access past versions of web pages. A copy of the on-line Press Release, Internet Archive Launches Wayback Machine, dated October 24, 2001, is attached hereto as Exhibit A.

4. A search of a past version of a website using the Wayback Machine may be performed by typing in the desired URL address. An individual is then able to view and surf the archived version of the website. The Wayback Machine may be accessed at http://web.archive.org/collections/web.html.

5. On February 3, 2003, I performed a search of EA's website, www.ediblearrangements.com, on the Wayback Machine. The search provided links to past versions of EA's website which enabled me to view and surf these archived web pages and print the underlying metatags. Copies of printouts of source code of EA's website on February 1, 2001, February 8, 2001, March 31, 2001, April 1, 2001, and May 18, 2001, are attached hereto as Exhibit B.

6. Prior to, and at the time of, the execution of the Settlement Agreement and Release by the parties, EA was using the terms "fruitflower," "incredible," "edible," or "delite" on EA's website or in the metatags underlying EA's website.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Dated: May 13, 2004
      Hartford, Connecticut


_____
Kamran Farid

STATE OF CONNECTICUT   :
                                  :
COUNTY OF HARTFORD    :

    Then and there personally appeared Kamran Farid, who subscribed the foregoing Affidavit and who swore to the truth of the statements contained therein before me the undersigned authority on this 13th day of May 2004.

_____
Notary Public

My Commission Expires
Nov. 30, 2007

549390

- 3 -

**HALLORAN**
**& SAGE LLP**

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

13-May-04 03:25P