UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INCREDIBLY EDIBLE DELITES, INC. and INCREDIBLE FRANCHISE CORPORATION, | : : : : | CIVIL ACTION NO. 3:02CV1529 (AVC) |
| Plaintiff, | : : : | |
| V. | : : | |
| EDIBLE ARRANGEMENTS, LLC., and EDIBLE ARRANGEMENTS FRANCHISE GROUP, | : : : : : | |
| Defendants. | : | MAY 13, 2004 |

**NOTICE OF MANUAL FILING**

Please take notice that the defendants, Edible Arrangements Franchise Group, Inc., and Edible Arrangements, LLC (collectively, "EA"), have manually filed the following documents in connection with the above-captioned matter:

1.  Exhibits A through L attached to the Affidavit of Tariq Farid, dated October 30, 2002; and

2.  Exhibits A and B attached to the Affidavit of Kamran Farid in Support of Edible Arrangements Franchise Group, Inc.'s and Edible Arrangement LLC's Motion for Summary Judgment, dated May 13, 2004.

An electronic version of these documents has not been filed because a large part of the exhibits contain graphic depictions which cannot easily be scanned and transferred to pdf format. These exhibits have been manually served on all parties.

---

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

| | |
|---|---|
| Dated: May 13, 2004<br>Hartford, Connecticut | RESPECTFULLY SUBMITTED,<br><br>THE DEFENDANTS,<br>EDIBLE ARRANGEMENTS<br>FRANCHISE GROUP, INC., AND<br>EDIBLE ARRANGEMENTS, LLC<br><br><br>By:_____<br>Thomas J. Finn<br>Federal Bar No. ct 20929<br>Paula Cruz Cedillo<br>Fed. Bar No. ct 23485<br>HALLORAN & SAGE LLP<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, Connecticut 06103<br>(860) 522-6103<br><br>and<br><br>Kevin P. Walsh<br>Williams, Walsh & O'Connor<br>110 Washington Avenue, 2nd Floor<br>North Haven, Connecticut 06473<br>(203) 234-6333 |

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 13th day of May 2004, a copy of the foregoing was mailed to:

John F.A. Earley, III, Esq.
Frank J. Bonini, Jr., Esq.
Charles L. Riddle, Esq.
Harding, Earley, Follmer & Frailey
86 The Commons at Valley Forge East
1288 Valley Forge Road
P.O. Box 750
Valley Forge, Pennsylvania 19482-0750

Mark D. Giarratana, Esq.
Eric Grondahl, Esq.
McCarter & English
185 Asylum Street
CityPlace I
36th Floor
Hartford, Connecticut 06103

Thomas C. Clark, Esq.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, Connecticut 06001

                                      Thomas J. Finn

549613

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105