UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

INCREDIBLY EDIBLE DELIGHTS,
INC., ET AL

   Vs.         CASE NO. 3:02CV01529 (AVC)

EDIBLE ARRANGEMENTS, LLC, ET AL

## NOTICE TO COUNSEL

The above-entitled case was reported to the Court on May 25, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on June 24, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut this 25th day of May, 2004.

            KEVIN F. ROWE, CLERK


         By   /s/ JW
            Jo-Ann Walker
            Deputy Clerk