FILED

2004 MAY 24  A 11: 11

UNITED STATES DISTRICT COURT
U.S. DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD, CT.

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC., & INCREDIBLE FRANCHISE CORPORATION,  Plaintiffs/Counterclaim Defendants, V. EDIBLE ARRANGEMENTS, LLC, & EDIBLE ARRANGEMENTS FRANCHISE GROUP, INC., Defendants/Counterclaim Plaintiffs. | CIV. ACTION NO. 3:02:CV:1529 (AVC) <br><br> May 13, 2004 |

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT FOR PLAINTIFFS ON COUNT I OF PLAINTIFFS' COMPLAINT AND ON COUNTS V AND VI OF DEFENDANTS' COUNTERCLAIM

Plaintiffs, Incredibly Edible Delites, Inc., and Incredible Franchise Corporation (hereinafter collectively "IED"), pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56(a) of the Local Rules of Civil Procedure move that the Court enter summary judgment for Plaintiffs on Count I of Plaintiffs' Complaint and on Counts V and VI of Defendants' Counterclaim on the ground that there is no genuine issue as to any material fact and that the Plaintiffs are entitled to judgment as a new matter of law on each of the Counts.

The grounds of this Motion are more fully set forth in the Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment for Plaintiffs on Count I of Plaintiffs' Complaint and on Counts V and VI of Defendants' Counterclaim.

Oral Argument Is Requested

Plaintiff further moves that if summary judgment is not rendered in their favor for all of the relief prayed for, that the Court grant Plaintiffs partial judgment, thereupon specifying by Order the facts that appear without substantial controversy and directing such further proceedings in this action as are just.

Dated: 5/13/2004

RESPECTFULLY SUBMITTED,

THE PLAINTIFFS
INCREDIBLY EDIBLE DELITES,
INC. AND INCREDIBLE
FRANCHISE CORPORATION

By: _____
John F. A. Earley III (CT24120)
Frank J. Bonini, Jr. (CT24119)
Charles L. Riddle (CT24133)
P.O. Box 750
Valley Forge, Pennsylvania 19482-0750
Tel. (610) 935-2300
Attorneys for Incredibly Edible Delites, Inc.,
and Incredible Franchise Corporation