# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT



| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC., & INCREDIBLE FRANCHISE CORPORATION, | : |
| Plaintiffs/Counterclaim Defendants, | : |
| V. | : CIV. ACTION NO.<br>3:02:CV:1529 (AVC) |
| EDIBLE ARRANGEMENTS, LLC, & EDIBLE ARRANGEMENTS FRANCHISE GROUP, INC., | : |
| Defendants/Counterclaim Plaintiffs. | : |
| | May 13, 2004 |

### PLAINTIFFS' MOTION UNDER LOCAL RULE 5(d)
### TO FILE DOCUMENT UNDER SEAL

Plaintiffs, Incredibly Edible Delites, Inc., and Incredible Franchise Corporation (hereinafter collectively "IED"), pursuant to Local Rule 5(d), hereby request that the enclosed excerpts from the Deposition of Tariq Farid taken on November 7, 2002 be ordered sealed.

Pursuant to the agreement of the parties, the testimony is to be maintained as confidential.

Dated: 5/13/2004

RESPECTFULLY SUBMITTED,

THE PLAINTIFFS
INCREDIBLY EDIBLE DELITES,
INC. AND INCREDIBLE
FRANCHISE CORPORATION

By: _____
John F. A. Earley III (CT24120)
Frank J. Bonini, Jr. (CT24119)
Charles L. Riddle (CT24133)
P.O. Box 750
Valley Forge, Pennsylvania 19482-0750
Tel. (610) 935-2300
Attorneys for Incredibly Edible Delites, Inc.,
and Incredible Franchise Corporation