UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INCREDIBLY EDIBLE DELITES, INC. and INCREDIBLE FRANCHISE CORPORATION, | : : : : | CIVIL ACTION NO. 3:02CV1529 (AVC) |
| Plaintiff, | : : | |
| V. | : : | |
| EDIBLE ARRANGEMENTS, LLC., and EDIBLE ARRANGEMENTS FRANCHISE GROUP, | : : : : | |
| Defendants. | : | JUNE 8, 2004 |

**MOTION FOR EXTENSION OF TIME ON CONSENT**

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the defendants, Edible Arrangements Franchise Group, Inc., and Edible Arrangements, LLC (collectively, "EA"), respectfully request an extension of time of thirty (30) days in which to file an opposition to the plaintiffs, Incredibly Edible Delites, Inc.'s and Incredible Franchise Corporation's (collectively "IED") Motion for Summary Judgment for Plaintiffs on Count I of Plaintiffs' Complaint and on Counts V and VI of Defendants' Counterclaim, dated May 13, 2004 ("IED's Motion"), up to and including July 7, 2004.

EA submits that there is good cause for granting the requested extension of time. On May 25, 2004, counsel for IED notified the Court that the parties reached a

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

settlement in principle of the above-captioned matter. The parties are working to finalize the terms of a settlement agreement. Accordingly, EA requests the additional time to oppose IED's Motion as it will become moot upon the final resolution of this matter. EA also makes the instant motion so as not to be prejudiced from opposing IED's Motion in the unlikely event that a final settlement agreement is not reached.

This is EA's first request for an extension of time with respect to this matter. Counsel for IED consents to the requested extension.

WHEREFORE, the defendants, Edible Arrangements Franchise Group, Inc., and Edible Arrangements, LLC, respectfully request that the Court grant their Motion for Extension of Time on Consent, up to and including July 7, 2004.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

| | |
|---|---|
| Dated: June 8, 2004<br>Hartford, Connecticut | RESPECTFULLY SUBMITTED,<br><br>THE DEFENDANTS,<br>EDIBLE ARRANGEMENTS<br>FRANCHISE GROUP, INC., and<br>EDIBLE ARRANGEMENTS, LLC<br><br>By:_____<br>   Thomas J. Finn<br>   Federal Bar No. ct 20929<br>   Paula Cruz Cedillo<br>   Fed. Bar No. ct 23485<br>   HALLORAN & SAGE LLP<br>   One Goodwin Square<br>   225 Asylum Street<br>   Hartford, Connecticut 06103<br>   (860) 522-6103<br><br>   and<br><br>   Kevin P. Walsh<br>   Williams, Walsh & O'Connor<br>   110 Washington Avenue, 2nd Floor<br>   North Haven, Connecticut 06473<br>   (203) 234-6333 |

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105



## **CERTIFICATION**

      This is to certify that on this 8th day of June 2004, a copy of the foregoing was mailed to:

John F.A. Earley, III, Esq.
Frank J. Bonini, Jr., Esq.
Charles L. Riddle, Esq.
Harding, Earley, Follmer & Frailey
86 The Commons at Valley Forge East
1288 Valley Forge Road
P.O. Box 750
Valley Forge, Pennsylvania 19482-0750

Mark D. Giarratana, Esq.
Eric Grondahl, Esq.
McCarter & English
185 Asylum Street
CityPlace I
36th Floor
Hartford, Connecticut 06103

Thomas C. Clark, Esq.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, Connecticut 06001

                                        Paula Cruz Cedillo

558706

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105