**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2004 JUN 14  A 11: 14

U.S. DISTRICT COURT
HARTFORD, CT.

INCREDIBLY EDIBLE DELITES, INC., &
INCREDIBLE FRANCHISE CORPORATION,

    Plaintiffs/Counterclaim Defendants,

V.

EDIBLE ARRANGEMENTS, LLC, &
EDIBLE ARRANGEMENTS
FRANCHISE GROUP, INC.,

    Defendants/Counterclaim Plaintiffs.

CIV. ACTION NO.
3:02:CV:1529 (AVC)

June 7, 2004

### CONSENTED MOTION FOR EXTENSION OF TIME TO FILE PAPERS OPPOSING THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

In accordance with Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiffs, Incredibly Edible Delites, Inc., and Incredible Franchise Corporation, (hereinafter "IED"), by and through their attorneys, hereby move this Court for an extension of thirty (30) days to file papers opposing the Defendants' Motion for Summary Judgment.

As good cause for the granting of this motion, IED submits to the Court that the preparation and filing of opposing papers at this time would constitute a waste of resources because the parties have reached an agreement in principle to settle this matter.

On May 13, 2004, the Defendants filed a Motion for Summary Judgment in this matter. On May 25, 2004, counsel for IED reported that the parties have reached an agreement in principle to settle the lawsuit.

Counsel for EA has represented to counsel for IED that counsel for EA is preparing settlement papers.

Counsel for EA, by telephone conversation of June 7, 2004, has consented to this extension. Accordingly, IED respectfully requests an extension of time to file papers opposing EA's Motion for Summary Judgment.

WHEREFORE, IED respectfully requests that the Court grant the Motion for Extension of Time to File Papers Opposing the Defendants' Motion for Summary Judgment.

Dated: 6/7/2004    RESPECTFULLY SUBMITTED,

THE PLAINTIFFS
INCREDIBLY EDIBLE DELITES,
INC. AND INCREDIBLE
FRANCHISE CORPORATION

By: _____
John F. A. Earley III (CT24120)
Frank J. Bonini, Jr. (CT24119)
Charles L. Riddle (CT24133)
P.O. Box 750
Valley Forge, Pennsylvania 19482-0750
Tel. (610) 935-2300
Attorneys for Incredibly Edible Delites, Inc.,
and Incredible Franchise Corporation

Thomas C. Clark, Esq.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001
(860) 255-5577

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **Consented Motion for Extension of Time to File Papers Opposing the Defendants' Motion for Summary Judgment** was served on this 7th day of June, 2004, by sending the same by first class mail, postage prepaid to:

Joseph G. Fortner, Esq.
Thomas J. Finn, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103


Kevin P. Walsh, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue, 2nd Floor
North Haven, CT 06473


Thomas C. Clark, Esq.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001


_____
Charles L. Riddle