

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC. and INCREDIBLE FRANCHISE CORPORATION, | CIVIL ACTION NO. 3:02CV1529 (AVC) |
| Plaintiff, | |
| V. | |
| EDIBLE ARRANGEMENTS, LLC., and EDIBLE ARRANGEMENTS FRANCHISE GROUP, | |
| Defendants. | JUNE 8, 2004 |

## MOTION FOR EXTENSION OF TIME ON CONSENT

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the defendants, Edible Arrangements Franchise Group, Inc., and Edible Arrangements, LLC (collectively, "EA"), respectfully request an extension of time of thirty (30) days in which to file an opposition to the plaintiffs, Incredibly Edible Delites, Inc.'s and Incredible Franchise Corporation's (collectively "IED") Motion for Summary Judgment for Plaintiffs on Count I of Plaintiffs' Complaint and on Counts V and VI of Defendants' Counterclaim, dated May 13, 2004 ("IED's Motion"), up to and including July 7, 2004.

EA submits that there is good cause for granting the requested extension of time. On May 25, 2004, counsel for IED notified the Court that the parties reached a

GRANTED.
Alfred V. Covello, U.S.D.J.
June 14, 2004.
SO ORDERED.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN & SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105