FILED

2004 JUN 14 A 11: 11

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

INCREDIBLY EDIBLE DELITES, INC., & :
INCREDIBLE FRANCHISE CORPORATION, :
:
Plaintiffs/Counterclaim Defendants, :
: CIV. ACTION NO.
V. : 3:02:CV:1529 (AVC)
:
EDIBLE ARRANGEMENTS, LLC, & :
EDIBLE ARRANGEMENTS :
FRANCHISE GROUP, INC., :
:
Defendants/Counterclaim Plaintiffs. :
: June 7, 2004

## CONSENTED MOTION FOR EXTENSION OF TIME TO FILE PAPERS OPPOSING THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

In accordance with Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiffs, Incredibly Edible Delites, Inc., and Incredible Franchise Corporation, (hereinafter "IED"), by and through their attorneys, hereby move this Court for an extension of thirty (30) days to file papers opposing the Defendants' Motion for Summary Judgment.

As good cause for the granting of this motion, IED submits to the Court that the preparation and filing of opposing papers at this time would constitute a waste of resources because the parties have reached an agreement in principle to settle this matter.

On May 13, 2004, the Defendants filed a Motion for Summary Judgment in this matter. On May 25, 2004, counsel for IED reported that the parties have reached an agreement in principle to settle the lawsuit.

June 15, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.