UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

INCREDIBLY EDIBLE DELIGHTS, INC.
and INCREDIBLE FRANCHISE CORP.

      v.                        CASE NO. 3:02CV01529(AVC)

EDIBLE ARRANGEMENTS, LLC,
and EDIBLE ARRANGEMENTS
FRANCHISE GROUP

JUDGMENT

      Counsel of record having reported to the Court on May 25, 2004 that the above-entitled case had been settled, and no closing papers having been filed to date; it is hereby

      ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

      Dated at Hartford, Connecticut, this 28th day of June, 2004.

                                              KEVIN F. ROWE, CLERK

                                              By   /s/ JW
                                                      Jo-Ann Walker
                                                      Deputy Clerk

EOD:_____