UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUL 28 A 10: 56
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC., & <br> INCREDIBLE FRANCHISE CORPORATION, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> V. <br><br> EDIBLE ARRANGEMENTS, LLC, & <br> EDIBLE ARRANGEMENTS <br> FRANCHISE GROUP, INC., <br><br> Defendants/Counterclaim Plaintiffs. | CIV. ACTION NO. <br> 3:02:CV:1529 (AVC) <br><br><br> July 27, 2004 |

### CONSENTED MOTION TO REOPEN THE CASE PURSUANT TO LOCAL RULE 41(b) AND THEN TO SUSPEND THE CASE FOR SIXTY DAYS TO PROVIDE TIME TO CONSUMMATE SETTLEMENT

In accordance with Local Rule 41(b), the plaintiffs, Incredibly Edible Delites, Inc. and Incredible Franchise Corporation (collectively hereinafter "IED"), by and through their attorneys, hereby move this Court to reopen the instant case and then to suspend the case for sixty (60) days so that the parties may have sufficient time to consummate settlement.

The counsel of record reported to the Court on May 25, 2004 that the above-captioned case had been settled. On June 29, 2004, a Judgment was entered ordering that the action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within thirty (30) days to re-open the case if the settlement has not been consummated.

It is believed that formal settlement papers, which are being reviewed, will be executed within the next thirty (60) days.

Counsel for the Defendants, by letter of July 27, 2004, has consented to this motion.

WHEREFORE, IED respectfully requests that the Court grant the motion.

Dated: 7/27/2004    RESPECTFULLY SUBMITTED,

THE PLAINTIFFS
INCREDIBLY EDIBLE DELITES,
INC. AND INCREDIBLE
FRANCHISE CORPORATION

By: _____
John F. A. Earley III (CT24120)
Frank J. Bonini, Jr. (CT24119)
Charles L. Riddle (CT24133)
P.O. Box 750
Valley Forge, Pennsylvania 19482-0750
Tel. (610) 935-2300
Attorneys for Incredibly Edible Delites, Inc.,
and Incredible Franchise Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Consented Motion to Reopen the Case Pursuant to Local Rule 41(b) and Then to Suspend the Case for Sixty Days to Provide Time to Consummate Settlement was served on this 27th day of July, 2004, by sending the same by first class mail, postage prepaid to:

Joseph G. Fortner, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Kevin P. Walsh, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue, 2nd Floor
North Haven, CT 06473

Thomas C. Clark, Esq.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

_____
Charles L. Riddle