# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
2004 JUL 28 A 10: 54

INCREDIBLY EDIBLE DELITES, INC., &
INCREDIBLE FRANCHISE CORPORATION,

   Plaintiffs/Counterclaim Defendants,

V.

EDIBLE ARRANGEMENTS, LLC, &
EDIBLE ARRANGEMENTS
FRANCHISE GROUP, INC.,

   Defendants/Counterclaim Plaintiffs.

CIV. ACTION NO.
3:02:CV:1529 (AVC)

July 27, 2004

## CONSENTED MOTION TO REOPEN THE CASE PURSUANT TO LOCAL RULE 41(b) AND THEN TO SUSPEND THE CASE FOR SIXTY DAYS TO PROVIDE TIME TO CONSUMMATE SETTLEMENT

In accordance with Local Rule 41(b), the plaintiffs, Incredibly Edible Delites, Inc. and Incredible Franchise Corporation (collectively hereinafter "IED"), by and through their attorneys, hereby move this Court to reopen the instant case and then to suspend the case for sixty (60) days so that the parties may have sufficient time to consummate settlement.

The counsel of record reported to the Court on May 25, 2004 that the above-captioned case had been settled. On June 29, 2004, a Judgment was entered ordering that the action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within thirty (30) days to re-open the case if the settlement has not been consummated.

It is believed that formal settlement papers, which are being reviewed, will be executed within the next thirty (60) days.

Counsel for the Defendants, by letter of July 27, 2004, has consented to this motion.

---

August 2, 2004. The motion is granted to the extent it seeks to reopen this matter for purposes of finalizing settlement. The motion is also granted to the extent it seeks additional time to complete the settlement. The parties shall have to and including September 3, 2004 to complete this undertaking.
SO ORDERED.

Alfred V. Covello, U.S.D.J.