# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

INCREDIBLY EDIBLE DELITES, INC., &      :
INCREDIBLE FRANCHISE CORPORATION,      :
     :
        Plaintiffs/Counterclaim Defendants,      :
     :
V.      :    CIV. ACTION NO.
     :    3:02:CV:1529 (AVC)
     :
EDIBLE ARRANGEMENTS, LLC, &      :
EDIBLE ARRANGEMENTS      :
FRANCHISE GROUP, INC.,      :
     :
        Defendants/Counterclaim Plaintiffs.      :
     :    September 2, 2004

## CONSENTED MOTION FOR AN ORDER EXTENDING THE TIME BY THREE WEEKS TO COMPLETE SETTLEMENT

On August 2, 2004 the Court granted the Consented Motion to Reopen the Case Pursuant to Local Rule 41(b) and Then to Suspend the Case for Sixty Days to Provide Time to Consummate Settlement, for the purposes of finalizing settlement, setting the time to September 3, 2004 for which the parties to complete settlement.

The parties hereby request an extension of an additional three weeks from the date set by that Order, until **September 24, 2004.**

Counsel for Defendants has indicated that an indispensable member of Defendants' defense team was delayed in addressing Plaintiffs' proposed revisions to Defendants' proposed settlement agreement, as he was out of the country from July 29, 2004 through August 12, 2004. Counsel for Defendants indicated that the Defendants' response to the proposed revised settlement agreement will be transmitted to Plaintiffs' counsel shortly.

Counsel for each of the parties believes that the formal settlement papers can be agreed upon and executed within the next three weeks.

This is the parties' second request relating to an extension of time to complete the settlement.

Counsel for the Defendants, by voice mail left on September 2, 2004, consented to the three week extension.

WHEREFORE, Plaintiffs respectfully request that the Court grant the motion.

Dated: _____9/2/04_____          RESPECTFULLY SUBMITTED,

THE PLAINTIFFS
INCREDIBLY EDIBLE DELITES,
INC. AND INCREDIBLE
FRANCHISE CORPORATION

By:_____
John F. A. Earley III (CT24120)
Frank J. Bonini, Jr. (CT24119)
Charles L. Riddle (CT24133)
P.O. Box 750
Valley Forge, Pennsylvania 19482-0750
Tel. (610) 935-2300
Attorneys for Incredibly Edible Delites, Inc.,
and Incredible Franchise Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing CONSENTED MOTION FOR AN ORDER EXTENDING THE TIME BY THREE WEEKS TO COMPLETE SETTLEMENT was served on this 2nd day of September, 2004, by sending the same by first class mail, postage prepaid to:

Joseph G. Fortner, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103


Kevin P. Walsh, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue, 2nd Floor
North Haven, CT  06473


Thomas C. Clark, Esq.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT  06001

Charles L. Riddle