86

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC., & <br> INCREDIBLE FRANCHISE CORPORATION, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> V. <br><br> EDIBLE ARRANGEMENTS, LLC, & <br> EDIBLE ARRANGEMENTS <br> FRANCHISE GROUP, INC., <br><br> Defendants/Counterclaim Plaintiffs. | CIV. ACTION NO. <br> 3:02:CV:1529 (AVC) <br><br><br><br><br><br><br><br> September 2, 2004 |

## CONSENTED MOTION FOR AN ORDER EXTENDING THE TIME BY THREE WEEKS TO COMPLETE SETTLEMENT

On August 2, 2004 the Court granted the Consented Motion to Reopen the Case Pursuant to Local Rule 41(b) and Then to Suspend the Case for Sixty Days to Provide Time to Consummate Settlement, for the purposes of finalizing settlement, setting the time to September 3, 2004 for which the parties to complete settlement.

The parties hereby request an extension of an additional three weeks from the date set by that Order, until **September 24, 2004.**

Counsel for Defendants has indicated that an indispensable member of Defendants' defense team was delayed in addressing Plaintiffs' proposed revisions to Defendants' proposed settlement agreement, as he was out of the country from July 29, 2004 through August 12, 2004. Counsel for Defendants indicated that the Defendants' response to the proposed revised settlement agreement will be transmitted to Plaintiffs' counsel shortly.

September 9, 2004.  GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.