## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC., & : <br> INCREDIBLE FRANCHISE CORPORATION, : <br> : <br> Plaintiffs/Counterclaim Defendants, : <br> : <br> V. : <br> : <br> EDIBLE ARRANGEMENTS, LLC, & : <br> EDIBLE ARRANGEMENTS : <br> FRANCHISE GROUP, INC., : <br> : <br> Defendants/Counterclaim Plaintiffs. : <br> : | CIV. ACTION NO. <br> 3:02:CV:1529 (AVC) <br><br><br> September 24, 2004 |

### CONSENTED MOTION FOR AN ORDER EXTENDING THE TIME
### BY THREE WEEKS TO COMPLETE SETTLEMENT

On September 9, 2004, the Court granted a Consented Motion for Order Extending the

Time by Three Weeks to Complete Settlement, setting the time to September 24, 2004 for the

parties to complete settlement.

The parties hereby request an extension of an additional three weeks from the date set by

that Order, until **October 15, 2004.**

On September 21, 2004, Defendants' counsel provided Plaintiffs' counsel with comments

to Plaintiff's proposed revised settlement agreement of July 26, 2004.

Plaintiffs' counsel, on September 21, 2004, replied to Defendants' counsel regarding

Defendants' counsel's September 21, 2004 letter in an effort to narrow down settlement issues,

and on September 22, 2004 Defendants' counsel replied to Plaintiffs' counsel's September 21, 2004 letter with comments that narrowed down the settlement issues.

Plaintiffs' counsel is conferring with Plaintiffs regarding consideration of Defendants' counsel's comments to the revised settlement agreement and expects to confer with Defendants' counsel shortly in an effort to resolve the outstanding settlement issues.

This is the parties' third request relating to an extension of time to complete the settlement.

Counsel for the Defendants, by a telephone call from his office on September 24, 2004, consented to the extension.

WHEREFORE, it is respectfully requested that the Court grant this motion.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF/COUNTERCLAIM
DEFENDANT, INCREDIBLY EDIBLE
DELITES,     INC.


By_____
Thomas C. Clark (ct 06058)
Melicent B. Thompson (ct 19868)
LITCHFIELD CAVO
40 Tower Lane, Suite 200
Avon, CT  06001
Telephone: (860) 255-5577
Facsimile: (860) 255-5566

**Attorneys for Plaintiff/Counterclaim
Defendant on the Counterclaim Only**

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 24th day of September, 2004, to all pro se parties and to the following counsel of record:

Eric E. Grondahl, Esq.
McCarter & English
CityPlace I
185 Asylum Street
Hartford, CT 06103

Joseph L. Turchi, Esq.
Rawle & Henderson, LLP
Widener building
One South Penn Square
Philadelphia, PA 19109

Thomas J. Finn, Esq.
Paula Cruz Cedillo, Esq.
Patrick M. Birney, Esq.
Joseph G. Fortner, Jr., Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Frank J. Bonini, Jr., Esq.
Harding Earley Follmer & Frailey
The Commons at Valley Forge East
P. O. Box 750
Valley Forge, PA 19482-0750

Daniel J. Hart, Esq.
Marshall, Dennehy, Warner, Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103

Kevin P. Walsh, Esq.
Williams Walsh & O'Connor
110 Washington Avenue, 2nd Floor
North Haven, CT 06473

_____
Thomas C. Clark