FILED

2004 SEP 24 P 4: 03

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC., & INCREDIBLE FRANCHISE CORPORATION,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>EDIBLE ARRANGEMENTS, LLC, & EDIBLE ARRANGEMENTS FRANCHISE GROUP, INC.,<br><br>Defendants/Counterclaim Plaintiffs. | CIV. ACTION NO.<br>3:02:CV:1529 (AVC)<br><br>September 24, 2004 |

FILED 2004 OCT -4 P 5:04

October 4, 2004. GRANTED. SO ORDERED.

Alfred V. Covello, U.S.D.J.

## CONSENTED MOTION FOR AN ORDER EXTENDING THE TIME BY THREE WEEKS TO COMPLETE SETTLEMENT

On September 9, 2004, the Court granted a Consented Motion for Order Extending the Time by Three Weeks to Complete Settlement, setting the time to September 24, 2004 for the parties to complete settlement.

The parties hereby request an extension of an additional three weeks from the date set by that Order, until **October 15, 2004.**

On September 21, 2004, Defendants' counsel provided Plaintiffs' counsel with comments to Plaintiff's proposed revised settlement agreement of July 26, 2004.

Plaintiffs' counsel, on September 21, 2004, replied to Defendants' counsel regarding Defendants' counsel's September 21, 2004 letter in an effort to narrow down settlement issues,