## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC., & <br> INCREDIBLE FRANCHISE CORPORATION, : <br> : <br> Plaintiffs/Counterclaim Defendants, : <br> : <br> V. : <br> : <br> EDIBLE ARRANGEMENTS, LLC, & : <br> EDIBLE ARRANGEMENTS : <br> FRANCHISE GROUP, INC., : <br> : <br> Defendants/Counterclaim Plaintiffs. : <br> : | CIV. ACTION NO. <br> 3:02:CV:1529 (AVC) <br><br><br><br> October 15, 2004 |

### CONSENTED MOTION FOR AN ORDER EXTENDING THE TIME BY THREE WEEKS TO COMPLETE SETTLEMENT

On September 24, 2004, the Court granted a Consented Motion for Order Extending the Time by Three Weeks to Complete Settlement, setting the time to October 15, 2004 for the parties to complete settlement.

The parties hereby request an extension of an additional three weeks from the date set by that Order, until **November 5, 2004.**

On September 21, 2004, Counsel for the Defendants provided extensive comments to Plaintiffs' proposed revised settlement agreement, which required detailed analysis to effectively consider the points therein. Counsel for Plaintiffs has conferred with Plaintiffs regarding Defendants' Counsel's comments, and is conferring with Plaintiffs again this afternoon to finalize proposed revisions to the settlement agreement.

This is the parties' forth request relating to an extension of time to complete the settlement.

Counsel for the Defendants has consented to the extension by telephone conference of today.

WHEREFORE, it is respectfully requested that the Court grant this motion.

Dated:_____     RESPECTFULLY SUBMITTED,

                                             PLAINTIFFS/COUNTERCLAIM DEFENDANTS
INCREDIBLY EDIBLE DELITES,
INC. AND INCREDIBLE
FRANCHISE CORPORATION

By:_____
Thomas C. Clark
Melicent B. Thompson
LITCHFIELD CAVO
40 Tower Lane, Suite 200
Avon, CT 06001
Telephone: (860) 255-5577
Facsimile: (860) 255-5566

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the foregoing CONSENTED MOTION FOR AN ORDER EXTENDING THE TIME BY THREE WEEKS TO COMPLETE SETTLEMENT was served on this 15th day of October, 2004, by sending the same by first class mail, postage prepaid to:

| | |
|---|---|
| Joseph G. Fortner, Esq.<br>Halloran & Sage<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103 | Frank J. Bonini, Jr., Esq.<br>Harding Earley Follmer & Frailey<br>The Commons at Valley Forge East<br>P.O. Box 750<br>Valley Forge, PA 19482-0750 |
| Kevin P. Walsh, Esq.<br>Williams, Walsh & O'Connor<br>110 Washington Avenue, 2nd Floor<br>North Haven, CT 06473 | Daniel J. Hart, Esq.<br>Marshall, Dennehy, Warner, Coleman<br>& Goggin<br>1845 Walnut Street<br>Philadelphia, PA 19103 |
| Eric E. Grondahl, Esq.<br>McCarter & English<br>City Place I<br>185 Asylum Street<br>Hartford, CT 06103 | Joseph L. Turchi, Esq.<br>Rawle & Henderson, LLP<br>Widener building<br>One South Penn Square<br>Philadelphia, PA 19109 |

_____
Thomas C. Clark