UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC., &<br>INCREDIBLE FRANCHISE CORPORATION,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>V.<br><br>EDIBLE ARRANGEMENTS, LLC, &<br>EDIBLE ARRANGEMENTS<br>FRANCHISE GROUP, INC.,<br><br>    Defendants/Counterclaim Plaintiffs. | CIV. ACTION NO.<br>3:02:CV:1529 (AVC)<br><br><br><br><br><br><br><br><br>October 15, 2004 |

### CONSENTED MOTION FOR AN ORDER EXTENDING THE TIME BY THREE WEEKS TO COMPLETE SETTLEMENT

On September 24, 2004, the Court granted a Consented Motion for Order Extending the Time by Three Weeks to Complete Settlement, setting the time to October 15, 2004 for the parties to complete settlement.

The parties hereby request an extension of an additional three weeks from the date set by that Order, until **November 5, 2004.**

On September 21, 2004, Counsel for the Defendants provided extensive comments to Plaintiffs' proposed revised settlement agreement, which required detailed analysis to effectively consider the points therein. Counsel for Plaintiffs has conferred with Plaintiffs regarding Defendants' Counsel's comments, and is conferring with Plaintiffs again this afternoon to finalize proposed revisions to the settlement agreement.

October 19, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

02cv1529end90