## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC., & : <br> INCREDIBLE FRANCHISE CORPORATION, : <br>    : <br> Plaintiffs/Counterclaim Defendants, : <br>    : <br> V. : <br>    : <br> EDIBLE ARRANGEMENTS, LLC, & : <br> EDIBLE ARRANGEMENTS : <br> FRANCHISE GROUP, INC., : <br>    : <br> Defendants/Counterclaim Plaintiffs. : <br>    : | CIV. ACTION NO. <br> 3:02:CV:1529 (AVC) <br><br><br><br> November 5, 2004 |

### CONSENTED MOTION FOR AN ORDER EXTENDING THE TIME BY THREE WEEKS TO COMPLETE SETTLEMENT

On October 19, 2004, the Court granted a Consented Motion for an Order Extending the Time by Three Weeks to Complete Settlement, setting the time to November 5, 2004 for the parties to complete settlement.

The parties hereby request an extension of an additional three weeks from the date set by that Order, until **November 26, 2004.**

After conferring with the Plaintiffs about Defendants' Counsel's comments on Plaintiffs' proposed revised Settlement Agreement, Plaintiffs' Counsel responded to Defendants' Counsel's comments with comments and proposed revisions to the Settlement Agreement. Defendants' Counsel has indicated that Defendants' Counsel is conferring with the Defendants today about

the Settlement Agreement, and that Defendants' Counsel expected to contact Plaintiffs' Counsel early next week regarding the Settlement Agreement.

      This is the parties' fifth request relating to an extension of time to complete settlement. Counsel for the Defendants has consented to the extension in a telephone conference today.

      WHEREFORE, it is respectfully requested that the Court grant this motion.

Dated:_____          RESPECTFULLY SUBMITTED,

                                          PLAINTIFFS/COUNTERCLAIM DEFENDANTS
                                          INCREDIBLY EDIBLE DELITES,
                                          INC. AND INCREDIBLE
                                          FRANCHISE CORPORATION

By:_____
    Thomas C. Clark
    Melicent B. Thompson
    LITCHFIELD CAVO
    40 Tower Lane, Suite 200
    Avon, CT  06001
    Telephone: (860) 255-5577
    Facsimile: (860) 255-5566

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing CONSENTED MOTION FOR AN ORDER EXTENDING THE TIME BY THREE WEEKS TO COMPLETE SETTLEMENT was served on this 5 day of November, 2004, by sending the same by first class mail, postage prepaid to:

| | |
|---|---|
| Joseph G. Fortner, Esq.<br>Halloran & Sage<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103 | Frank J. Bonini, Jr., Esq.<br>Harding Earley Follmer & Frailey<br>The Commons at Valley Forge East<br>P.O. Box 750<br>Valley Forge, PA 19482-0750 |
| Kevin P. Walsh, Esq.<br>Williams, Walsh & O'Connor<br>110 Washington Avenue, 2nd Floor<br>North Haven, CT 06473 | Daniel J. Hart, Esq.<br>Marshall, Dennehy, Warner, Coleman<br>& Goggin<br>1845 Walnut Street<br>Philadelphia, PA 19103 |
| Eric E. Grondahl, Esq.<br>McCarter & English<br>City Place I<br>185 Asylum Street<br>Hartford, CT 06103 | Joseph L. Turchi, Esq.<br>Rawle & Henderson, LLP<br>Widener building<br>One South Penn Square<br>Philadelphia, PA 19109 |

                                              Thomas C. Clark