FILED

2004 NOV -5 P 1:48

U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC., & INCREDIBLE FRANCHISE CORPORATION, | |
| Plaintiffs/Counterclaim Defendants, | |
| V. | CIV. ACTION NO. 3:02:CV:1529 (AVC) |
| EDIBLE ARRANGEMENTS, LLC, & EDIBLE ARRANGEMENTS FRANCHISE GROUP, INC., | |
| Defendants/Counterclaim Plaintiffs. | November 5, 2004 |

### CONSENTED MOTION FOR AN ORDER EXTENDING THE TIME BY THREE WEEKS TO COMPLETE SETTLEMENT

On October 19, 2004, the Court granted a Consented Motion for an Order Extending the Time by Three Weeks to Complete Settlement, setting the time to November 5, 2004 for the parties to complete settlement.

The parties hereby request an extension of an additional three weeks from the date set by that Order, until **November 26, 2004.**

After conferring with the Plaintiffs about Defendants' Counsel's comments on Plaintiffs' proposed revised Settlement Agreement, Plaintiffs' Counsel responded to Defendants' Counsel's comments with comments and proposed revisions to the Settlement Agreement. Defendants' Counsel has indicated that Defendants' Counsel is conferring with the Defendants today about

November 10, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED
2004 NOV 10 P 2:4
U.S. DISTRICT COURT
HARTFORD, CT.

02cv1529 end92