FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 NOV 29 A 10: 18

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC., & INCREDIBLE FRANCHISE CORPORATION,   : | |
| Plaintiffs/Counterclaim Defendants,   : | |
| V.   : | CIV. ACTION NO. 3:02:CV:1529 (AVC) |
| EDIBLE ARRANGEMENTS, LLC, & EDIBLE ARRANGEMENTS FRANCHISE GROUP, INC.,   : | |
| Defendants/Counterclaim Plaintiffs.   : | |
| : | November 24, 2004 |

## MOTION FOR AN ORDER EXTENDING THE TIME BY THREE WEEKS TO COMPLETE SETTLEMENT AND REQUEST FOR A CONFERENCE

On November 10, 2004, the Court granted a Consented Motion for an Order Extending the Time by Three Weeks to Complete Settlement, setting the time to November 26, 2004 for the parties to complete settlement.

Plaintiffs hereby request an extension of the later of (i) an additional three weeks from the date set by that Order, until the date of **December 17, 2004, or (ii) the date of any conference set.**

As the parties previously advised the Court, agreement was reached between the parties in the above case on or about May 25, 2004. The parties desire to complete the written agreement, but have been unable to agree on certain terms. Accordingly, a conference with the Court is respectfully requested in order to resolve outstanding issues relating to the memorialization of the settlement agreement. It is believed that assistance from the Court would be helpful to facilitate finalizing the settlement.

Counsel for the parties are continuing their discussions as to terms in an effort to further narrow any remaining issues. This request is made in good faith and not for the purpose of delay.

This is the parties' sixth request relating to an extension of time to complete settlement.

Counsel for the Defendants was contacted, by telephone, but advised that his client does not consent to the extension.

WHEREFORE, it is respectfully requested that the Court grant this motion.

Dated: 11/24/04

RESPECTFULLY SUBMITTED,

PLAINTIFFS/COUNTERCLAIM DEFENDANTS
INCREDIBLY EDIBLE DELITES,
INC. AND INCREDIBLE
FRANCHISE CORPORATION

By: *John F. A. Earley III*
John F. A. Earley III (CT24120)
Frank J. Bonini, Jr. (CT24119)
Charles L. Riddle (CT24133)
86 The Commons at Valley Forge
1288 Valley Forge Road
P.O. Box 750
Valley Forge, Pennsylvania 19482-0750
Tel. (610) 935-2300
Attorneys for Incredibly Edible Delites, Inc.,
and Incredible Franchise Corporation

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing MOTION FOR AN ORDER EXTENDING THE TIME BY THREE WEEKS TO COMPLETE SETTLEMENT AND REQUEST FOR A CONFERENCE was served on this 24th day of November, 2004, by sending the same by first class mail, postage prepaid to:

Joseph G. Fortner, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Thomas C. Clark
Millicent B. Thompson
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

Kevin P. Walsh, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue, 2nd Floor
North Haven, CT 06473

Eric E. Grondahl, Esq.
McCarter & English
City Place I
185 Asylum Street
Hartford, CT 06103

_/s/ John F.A. Earley_
JOHN F.A. EARLEY III