FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 NOV 29 A 10: 18

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC., & INCREDIBLE FRANCHISE CORPORATION, | : |
| Plaintiffs/Counterclaim Defendants, | : |
| V. | : CIV. ACTION NO.<br>: 3:02:CV:1529 (AVC) |
| EDIBLE ARRANGEMENTS, LLC, & EDIBLE ARRANGEMENTS FRANCHISE GROUP, INC., | : |
| Defendants/Counterclaim Plaintiffs. | : November 24, 2004 |

**MOTION FOR AN ORDER EXTENDING THE TIME BY THREE WEEKS TO COMPLETE SETTLEMENT AND REQUEST FOR A CONFERENCE**

On November 10, 2004, the Court granted a Consented Motion for an Order Extending the Time by Three Weeks to Complete Settlement, setting the time to November 26, 2004 for the parties to complete settlement.

Plaintiffs hereby request an extension of the later of (i) an additional three weeks from the date set by that Order, until the date of **December 17, 2004, or (ii) the date of any conference set.**

As the parties previously advised the Court, agreement was reached between the parties in the above case on or about May 25, 2004. The parties desire to complete the written agreement, but have been unable to agree on certain terms. Accordingly, a conference with the Court is respectfully requested in order to resolve outstanding issues relating to the memorialization of the settlement agreement. It is believed that assistance from the Court would be helpful to facilitate finalizing the settlement.

[Margin annotation, left side:] December 1, 2004. GRANTED to and including January 26, 2005 at 11:00 am, that is, the date and time in which the Court will hold a status conference in this matter. SO ORDERED. /s/ V. Covello, U.S.D.J.

[Stamp:] FILED 2004 DEC 1 P 3:36 U.S. DISTRICT COURT HARTFORD, CT.

02cv1529END94