UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

INCREDIBLY EDIBLE DELIGHTS, INC., ET AL

        V.                                        CASE NO. 3:02CV01529(AVC)

EDIBLE ARRANGEMENTS, LLC, ET AL

ORDER OF REFERRAL

    The above-identified case is hereby referred to the Honorable Thomas P. Smith, United States Magistrate Judge, for purposes of settlement discussions.

    SO ORDERED.

    Dated at Hartford, Connecticut, this 21st day of January, 2005.

                                                      /s/ AVC
                                                      Alfred V. Covello
                                                      United States District Judge