## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INCREDIBLY EDIBLE DELITES, INC. & | : | |
| INCREDIBLE FRANCHISE CORPORATION, | : | |
| | : | |
| Plaintiffs/Counterclaim Defendants, | : | |
| | : | CIV. ACTION NO. |
| V. | : | 3:02:CV:1529(AVC) |
| | : | |
| EDIBLE ARRANGEMENTS, LLC, & | : | |
| EDIBLE ARRANGEMENTS | : | |
| FRANCHISE GROUP, INC. | : | |
| | : | |
| Defendants/Counterclaim Plaintiffs | : | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the

District of Connecticut, the undersigned hereby moves to withdraw his appearance on behalf of

Edible Arrangements Franchise Group, Inc. In support of such motion, the undersigned

represents as follows:

1.    This attorney previously entered his appearance while in practice at Halloran &

Sage LLP, on behalf of Edible Arrangements Franchise Group, Inc.

2.    The undersigned is no longer in practice at Halloran & Sage LLP.

3.    Edible Arrangements Franchise Group, Inc., is currently represented by other

counsel at Halloran & Sage, including Joseph G. Fortner, Esq., and Patrick M. Birney, Esq.

Dated: March 18, 2004
      Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANT/
COUNTERCLAIM PLAINTIFF,

EDIBLE ARRANGEMENTS
FRANCHISE GROUP, INC.

By: _____
    Thomas J. Finn
    Federal Bar No. ct20929
    McCarter & English, LLP
    CityPlace I
    185 Asylum Street
    Hartford, Connecticut 06103
    Tel.: (860) 275-6700
    Fax: (860) 724-3397
    Email: tfinn@mccarter.com

## CERTIFICATION

This is to certify that a copy of the foregoing Motion to Withdraw Appearance was sent, via first class mail, postage prepaid, this 18th day of March 2005, to:

| | |
|---|---|
| Joseph G. Fortner, Jr.<br>Halloran & Sage LLP<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, Connecticut 06103 | Frank J. Bonini, Jr.<br>John F.A. Earley, III<br>Charles L. Riddle<br>Harding Earley Follmer & Frailey<br>The Commons at Valley Forge East<br>1288 Valley Forge Road<br>P.O. Box 750<br>Valley Forge, Pennsylvania 19482-0750 |
| Thomas C. Clark<br>Melicent B. Thompson<br>Litchfield Cavo<br>40 Tower Lane<br>Suite 200<br>Avon, Connecticut 06001 | Mark D. Giarratana<br>Eric E. Grondahl<br>McCarter & English<br>CityPlace I<br>185 Asylum Street<br>Hartford, Connecticut 06103 |
| Daniel J. Hart<br>Marshall, Dennehey, Warner,<br>Coleman & Goggin<br>1845 Walnut Street<br>Philadelphia, Pennsylvania 19103 | Barry Kramer<br>Edwards & Angel LLP<br>Three Stamford Plaza<br>301 Tresser Boulevard<br>Thirteenth Floor<br>Stamford, Connecticut 06901 |
| Basam E. Nabulsi<br>McCarter & English<br>Four Stamford Plaza<br>107 Elm Street<br>Stamford, Connecticut 06902 | Joseph L. Turchi<br>Rawle & Henderson, LLP<br>Widener Building<br>One South Penn Square<br>Philadelphia, Pennsylvania 19109 |
| Kevin P. Walsh<br>Williams, Walsh & O'Connor<br>110 Washington Avenue<br>Second Floor<br>North Haven, Connecticut 06473 | |

Thomas J. Finn

HARTFORD: 635504.01