UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC. & <br> INCREDIBLE FRANCHISE CORPORATION, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> V. <br><br> EDIBLE ARRANGEMENTS, LLC, & <br> EDIBLE ARRANGEMENTS <br> FRANCHISE GROUP, INC. <br><br> Defendants/Counterclaim Plaintiffs | CIV. ACTION NO. <br> 3:02:CV:1529(AVC) |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned hereby moves to withdraw her appearance on behalf of Edible Arrangements Franchise Group, Inc. In support of such motion, the undersigned represents as follows:

1. This attorney previously entered her appearance while in practice at Halloran & Sage LLP, on behalf of Edible Arrangements Franchise Group, Inc.

2. The undersigned is no longer in practice at Halloran & Sage LLP.

3. Edible Arrangements Franchise Group, Inc., is currently represented by other counsel at Halloran & Sage, including Joseph G. Fortner, Esq., and Patrick M. Birney, Esq.

Dated: March 18, 2004
      Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANT/
COUNTERCLAIM PLAINTIFF,

EDIBLE ARRANGEMENTS
FRANCHISE GROUP, INC.

By: *Paula Cedillo*
Paula Cruz Cedillo
Federal Bar No. ct23485
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103
Tel.: (860) 275-6700
Fax: (860) 724-3397
Email: pcedillo@mccarter.com

## CERTIFICATION

This is to certify that a copy of the foregoing Motion to Withdraw Appearance was sent, via first class mail, postage prepaid, this 18th day of March 2005, to:

| | |
|---|---|
| Joseph G. Fortner, Jr.<br>Halloran & Sage LLP<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, Connecticut 06103 | Frank J. Bonini, Jr.<br>John F.A. Earley, III<br>Charles L. Riddle<br>Harding Earley Follmer & Frailey<br>The Commons at Valley Forge East<br>1288 Valley Forge Road<br>P.O. Box 750<br>Valley Forge, Pennsylvania 19482-0750 |
| Thomas C. Clark<br>Melicent B. Thompson<br>Litchfield Cavo<br>40 Tower Lane<br>Suite 200<br>Avon, Connecticut 06001 | Mark D. Giarratana<br>Eric E. Grondahl<br>McCarter & English<br>CityPlace I<br>185 Asylum Street<br>Hartford, Connecticut 06103 |
| Daniel J. Hart<br>Marshall, Dennehey, Warner,<br>Coleman & Goggin<br>1845 Walnut Street<br>Philadelphia, Pennsylvania 19103 | Barry Kramer<br>Edwards & Angel LLP<br>Three Stamford Plaza<br>301 Tresser Boulevard<br>Thirteenth Floor<br>Stamford, Connecticut 06901 |
| Basam E. Nabulsi<br>McCarter & English<br>Four Stamford Plaza<br>107 Elm Street<br>Stamford, Connecticut 06902 | Joseph L. Turchi<br>Rawle & Henderson, LLP<br>Widener Building<br>One South Penn Square<br>Philadelphia, Pennsylvania 19109 |
| Kevin P. Walsh<br>Williams, Walsh & O'Connor<br>110 Washington Avenue<br>Second Floor<br>North Haven, Connecticut 06473 | |

_____
Paula Cruz Cedillo

HARTFORD: 635506.01