UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAR 18 P 1:31
U.S. DISTRICT COURT
HARTFORD, CT.

INCREDIBLY EDIBLE DELITES, INC. &
INCREDIBLE FRANCHISE CORPORATION,

    Plaintiffs/Counterclaim Defendants,

V.

EDIBLE ARRANGEMENTS, LLC, &
EDIBLE ARRANGEMENTS
FRANCHISE GROUP, INC.

    Defendants/Counterclaim Plaintiffs

CIV. ACTION NO.
3:02:CV:1529(AVC)

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned hereby moves to withdraw his appearance on behalf of Edible Arrangements Franchise Group, Inc. In support of such motion, the undersigned represents as follows:

1. This attorney previously entered his appearance while in practice at Halloran & Sage LLP, on behalf of Edible Arrangements Franchise Group, Inc.

2. The undersigned is no longer in practice at Halloran & Sage LLP.

3. Edible Arrangements Franchise Group, Inc., is currently represented by other counsel at Halloran & Sage, including Joseph G. Fortner, Esq., and Patrick M. Birney, Esq.

March 23, 2005.
SO ORDERED.
Alfred V. Covello, U.S.D.J.
GRANTED.

FILED
2005 MAR 23 P 3:42
U.S. DISTRICT COURT
HARTFORD, CT.

02cv1529 end 99