UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INCREDIBLY EDIBLE DELITES, INC. ET AL. | ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 3:02CV 1529 (AVC) |
| v. | ) ) | |
| EDIBLE ARRANGEMENTS, LLC ET AL. | ) | |
| Defendants. | ) | April 4, 2005 |

### MOTION FOR WITHDRAWAL OF APPEARANCE

The undersigned attorney moves, pursuant to Rule 7(e) of the Local Rules of Civil Procedure, to withdraw his appearance on behalf of the Plaintiff, Incredibly Edible Delites, Inc, ("Incredible Edible") in the above-captioned case. In support of this motion counsel states that:

1. The undersigned attorney, Eric E. Grondahl, of McCarter and English, on or about October 15, 2002, entered an appearance on behalf of the plaintiff, Incredible Edible.

2. Subsequent to the undersigned counsel's appearance, Attorney Thomas C. Clark, of Litchfield Cavo, entered an appearance on behalf of the plaintiff, Incredible Edible.

3. Incredible Edible, through its lead counsel, Harding, Earley, Follmer, & Frailey, has been notified of the undersigned's intention to file this Motion for Withdrawal and Incredible Edible has no objection.

4. The undersigned has also notified Attorney Clark of his intention to file this Motion for Withdrawal and Attorney Clark has no objection.

5. The undersigned has mailed, by certified mail, a copy of this Motion to the plaintiff, Incredible Edible, by way of its lead counsel, Harding, Earley, Follmer & Frailey.

```
                              PLAINTIFF
                              INCREDIBLY EDIBLE DELITES, INC.


                              BY _____
                              Eric E. Grondahl (CT 08988)
                              Four Stamford Plaza
                              P.O. Box 120
                              Stamford, CT 06904-0120
                              Its Attorney
```

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Withdrawal of Appearance was mailed postage pre-paid this _4th_ day of April, 2005 to the following:

Thomas C. Clark, Esq.
Melicent B. Thompson, Esq.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

Frank J. Bonini, Jr., Esq.
Harding, Earley, Follmer & Frailey
The Commons at Valley Forge East
P.O. Box 750
Valley Forge, PA 19482-0750

Joseph G. Fortner, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Daniel J. Hart, Esq.
Marsall, Dennehy, Warner, Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103

Kevin P. Walsh, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue,
2nd Floor
North Haven, CT 06473

Joseph L. Turchi, Esq.
Rawle & Hnederson, LLP
Widener Building
One South Penn Square
Philadelphia, PA 19109

_____
Eric E. Grondahl