D.

105

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC. ET AL. ) | |
| Plaintiffs, ) | CIVIL ACTION NO. |
| ) | 3:02CV 1529 (AVC) |
| v. ) | |
| ) | |
| EDIBLE ARRANGEMENTS, LLC ET AL. ) | |
| Defendants. ) | April 4, 2005 |

### MOTION FOR WITHDRAWAL OF APPEARANCE

The undersigned attorney moves, pursuant to Rule 7(e) of the Local Rules of Civil Procedure, to withdraw his appearance on behalf of the Plaintiff, Incredibly Edible Delites, Inc, ("Incredible Edible") in the above-captioned case. In support of this motion counsel states that:

1. The undersigned attorney, Eric E. Grondahl, of McCarter and English, on or about October 15, 2002, entered an appearance on behalf of the plaintiff, Incredible Edible.

2. Subsequent to the undersigned counsel's appearance, Attorney Thomas C. Clark, of Litchfield Cavo, entered an appearance on behalf of the plaintiff, Incredible Edible.

3. Incredible Edible, through its lead counsel, Harding, Earley, Follmer, & Frailey, has been notified of the undersigned's intention to file this Motion for Withdrawal and Incredible Edible has no objection.

April 8, 2005. SO ORDERED.

GRANTED.

Alfred v. Covello, U.S.D.J.

02cv1529end105

HARTFORD: 634835.03