UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 APR -6 A 10: 38
US DISTRICT COURT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC. ET AL. | ) |
| Plaintiffs, | ) CIVIL ACTION NO. |
| | ) 3:02CV 1529 (AVC) |
| v. | ) |
| | ) |
| EDIBLE ARRANGEMENTS, LLC ET AL. | ) |
| Defendants. | ) April 4, 2005 |

### MOTION FOR WITHDRAWAL OF APPEARANCE

The undersigned attorney moves, pursuant to Rule 7(e) of the Local Rules of Civil Procedure, to withdraw his appearance on behalf of the Plaintiff, Incredibly Edible Delites, Inc, ("Incredibly Edible") in the above-captioned case. In support of this motion counsel states that:

1. The undersigned attorney, Basam E. Nabulsi, on or about October 11, 2002 entered an appearance on behalf of the plaintiff, Incredibly Edible.

2. Subsequent to the undersigned counsel's appearance, Attorney Thomas C. Clark, of Litchfield Cavo, entered an appearance on behalf of the plaintiff, Incredibly Edible.

3. The undersigned has notified Incredibly Edible, through its lead counsel, Harding, Earley, Follmer, & Frailey, of his intention to file this Motion for Withdrawal and Incredibly Edible has no objection.

March 7, 2005. SO ORDERED.
GRANTED.
Alfred V. Covello, U.S.D.J.

FILED
2005 APR 11 P 3:13
US DISTRICT COURT
HARTFORD CT

HARTFORD: 634835.01

02cv1529end/07