# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INCREDIBLY EDIBLE DELITES, INC., & | : | |
| INCREDIBLE FRANCHISE CORPORATION, | : | |
| | : | |
| Plaintiffs/Counterclaim Defendants, | : | |
| | : | CIV. ACTION NO. |
| V. | : | 3:02:CV:1529 (AVC) |
| | : | |
| EDIBLE ARRANGEMENTS, LLC, & | : | |
| EDIBLE ARRANGEMENTS | : | |
| FRANCHISE GROUP, INC., | : | |
| | : | |
| Defendants/Counterclaim Plaintiffs. | : | |
| | : | APRIL 22, 2005 |

## JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

In accordance with Rule 16(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiffs, Incredibly Edible Delites, Inc., and Incredible Franchise Corporation, (collectively "IED"), and the Defendants, Edible Arrangements LLC and Edible Arrangements Franchise Group, Inc. (collectively "EA") hereby move this Court for an extension of the scheduling order in this case. In particular, in light of the outcome of the recent Settlement Conference held before Magistrate Judge Thomas P. Smith – which resulted in this matter being reported not settled – the Parties seek a modified scheduling order which will allow an efficient, orderly preparation of this matter for summary disposition and/or trial.

Prior to May of 2004, the Parties had conducted discovery in this matter. While discovery was proceeding, they engaged in discussions in an effort to resolve the case. Then, during May of 2004, both Plaintiffs and Defendants filed Motions for Summary Judgment.

On about May 25, 2004, the Parties reached what, at the time, was believed to be a resolution of this matter. They thus reported to the Court their belief that this matter had been settled. Since then, they have endeavored to reduce this settlement to writing.

Unfortunately, over time it appeared that certain issues separated the Parties. Thus, in an effort to bring this matter to closure, the Parties appeared before Magistrate Judge Thomas Smith on April 8, 2005. During that settlement conference held that day, it became apparent that the parties' differences on some matters had not been reconciled, and thus the case was not ready for a complete resolution.

Immediately after the conference ended on April 8, and with the agreement of all counsel in this case, counsel for the Defendants contacted the court to inquire about how best to request a new scheduling order so that this matter could proceed. Pursuant to the Court's directive, and after conference by all counsel, this Motion is being filed.

Despite each of the parties' belief that they have proceeded in good faith and with diligent efforts, the parties have been unable to complete all discovery necessary to prepare the matter for trial. This is in part because of the complexities of the case, as well as the Parties' efforts at settlement. As further good cause for the granting of this motion , the parties submit to the Court that, despite their efforts, the deadlines set forth in the Scheduling Order cannot reasonably be met because this matter is particularly complex and involves issues of trademark infringement (including protectibility), trademark dilution, and the claims of violations of the Anticybersquatting Act.

The parties submit that, in light of the foregoing reasons, they have been unable to complete discovery in accordance with the Scheduling Order. For this reason, and because

discovery was put on hold during the efforts to resolve this case, the parties jointly request that the Court modify the Scheduling Order.

IED and EA respectfully request that the Court modify the Scheduling Order as follows:

1. all discovery, including depositions of all witnesses, shall be completed by September 16, 2005;

2. the plaintiffs shall designate all trial experts and provide opposing counsel with reports from retained experts on or before June 6, 2005, and depositions of any such experts shall be completed by July 1, 2005;

3. the defendants shall designate all trial experts and provide opposing counsel with reports from retained experts on or before August 1, 2005, and depositions of any such experts shall be completed by September 16, 2005;

4. the parties shall exchange a damages analysis, if necessary, on or before July 15, 2005;

5. all motions, except motions in limine incident to a trial, shall be filed on or before October 7, 2005;

6. the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on October 7, 2005; and

7. the case shall be ready for trial by December 1, 2005.

The Parties aver that this schedule will allow an orderly completion of discovery and trial preparation in this matter.  For this reason, and those set forth above, it is respectfully requested that the Court enter this Scheduling Order.

This is the sixth request for a modification of the Scheduling Order in this case.  All counsel join in this Request.

WHEREFORE, it is respectfully requested that this Court grant this Motion to Modify

Scheduling Order

THE PLAINTIFFS
INCREDIBLY EDIBLE DELITES,
INC. AND INCREDIBLE
FRANCHISE CORPORATION


By:_____
        John F. A. Earley III (CT24120)
        Frank J. Bonini, Jr. (CT24119)
        Charles L. Riddle (CT24133)
        P.O. Box 750
        Valley Forge, Pennsylvania  19482-0750
        Tel. (610) 935-2300
        Attorneys for Incredibly Edible Delites, Inc.,
        and Incredible Franchise Corporation


By: _____
        Thomas C. Clark (CT 06058)
        Melicent B. Thompson (CT 19868)
        LITCHFIELD CAVO
        40 Tower Lane, Suite 200
        Avon, CT  06001
        Telephone: (860) 255-5577
        Facsimile: (860) 255-5566
        Attorneys for Plaintiffs/Counterclaim
        Defendants on the Counterclaim Only

THE DEFENDANTS
EDIBLE ARRANGEMENTS
FRANCHISE GROUP, INC., AND
EDIBLE ARRANGEMENTS, LLC.


By:_____
    Joseph G. Fortner, Jr.
    Fed. Bar No. ct04602
    Halloran & Sage LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, CT  06103
    Attorneys for Edible
    Edible Arrangement Franchise Group

        -and-

    Kevin P. Walsh, Esquire
    110 Washington Avenue, 2nd Floor
    North Haven, CT  06473
    Phone  (203) 234-6333
    Attorneys for Edible
    Arrangements, LLC

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 22nd day

of April, 2005, to all pro se parties and to the following counsel of record:

Eric E. Grondahl, Esq.
McCarter & English
CityPlace I
185 Asylum Street
Hartford, CT 06103

Frank J. Bonini, Jr., Esq.
Harding Earley Follmer & Frailey
The Commons at Valley Forge East
P. O. Box 750
Valley Forge, PA  19482-0750

Joseph L. Turchi, Esq.
Rawle & Henderson, LLP
Widener Building
One South Penn Square
Philadelphia, PA  19109

Daniel J. Hart, Esq.
Marshall, Dennehy, Warner, Coleman &
Goggin
1845 Walnut Street
Philadelphia, PA  19103

Thomas J. Finn, Esq., Paula Cruz Cedillo, Esq.
Patrick M. Birney, Esq., Joseph G. Fortner, Jr.,
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Kevin P. Walsh, Esq.
Williams Walsh & O'Connor
110 Washington Avenue, 2nd Floor
North Haven, CT 06473

_____
Thomas C. Clark