UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INCREDIBLY EDIBLE DELITES, INC., ET AL. | : | CIVIL ACTION NO. 3:02CV1529 (AVC) |
| V. | : | |
| EDIBLE ARRANGEMENTS, LLC, ET AL. | : | APRIL 27, 2005 |

## **APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter my appearance as attorney for the defendant, EDIBLE ARRANGEMENTS FRANCHISE GROUP, in the above-entitled case.

Dated at Hartford, Connecticut on this 27th day of April 2005.

                THE DEFENDANT,
                EDIBLE ARRANGEMENTS
                FRANCHISE GROUP

                By:_____/S/_____
                  Brian D. Rich of
                  HALLORAN & SAGE LLP
                  One Goodwin Square
                  225 Asylum Street
                  Hartford, Connecticut 06103
                  Telephone: (860) 522-6103
                  Federal Bar No. ct24458

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**CERTIFICATION**

This is to certify that a copy of the foregoing was sent via regular mail on this 27th day of April 2005, to:

Frank J. Bonini, Jr., Esq.
John F.A. Early, III, Esq.
Charles L. Riddle, Esq.
Harding Earley Follmer & Frailey
The Commons At Valley Forge East
1288 Valley Forge Road
P.O. Box 750
Valley Forge, PA  19482-0750
Attorney for Plaintiffs

Thomas C. Clark, Esq.
Melicent B. Thompson, Esq.
Litchfield Cavo
40 Tower Lane
Suite 200
Avon, CT  06001
Attorney for Plaintiffs

Joseph L. Turchi, Esq.
Rawle & Henderson, LLP
Widener Building
One South Penn Square
Philadelphia, PA  19109
Attorney for Defendant
Edible Arrangements, LLC

Daniel J. Hart, Esq.
Marshall, Dennehy, Warner, Coleman & Goggin
1845 Walnut Street
Philadelphia, PA  19103
Attorney for Defendant
Edible Arrangements Franchise Group

Kevin P. Walsh, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue
2nd Floor
North Haven, CT  06473

Basam E. Nabulsi, Esq.
McCarter & English
Four Stamford Plaza
107 Elm Street
Stamford, CT  06902

Eric E. Grondahl, Esq.
McCarter & English
CityPlace I
185 Asylum Street
36th Floor
Hartford, CT  06103-3495

　　　　　　　　　／S／
　　　　　　　　Brian D. Rich

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

681008_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105