UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 APR 25 A 11: 09
U.S. DISTRICT COURT
HARTFORD, CT.

INCREDIBLY EDIBLE DELITES, INC., &
INCREDIBLE FRANCHISE CORPORATION,

    Plaintiffs/Counterclaim Defendants,

V.

EDIBLE ARRANGEMENTS, LLC, &
EDIBLE ARRANGEMENTS
FRANCHISE GROUP, INC.,

    Defendants/Counterclaim Plaintiffs.

CIV. ACTION NO.
3:02:CV:1529 (AVC)

APRIL 22, 2005

## JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

In accordance with Rule 16(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiffs, Incredibly Edible Delites, Inc., and Incredible Franchise Corporation, (collectively "IED"), and the Defendants, Edible Arrangements LLC and Edible Arrangements Franchise Group, Inc. (collectively "EA") hereby move this Court for an extension of the scheduling order in this case. In particular, in light of the outcome of the recent Settlement Conference held before Magistrate Judge Thomas P. Smith – which resulted in this matter being reported not settled – the Parties seek a modified scheduling order which will allow an efficient, orderly preparation of this matter for summary disposition and/or trial.

Prior to May of 2004, the Parties had conducted discovery in this matter. While discovery was proceeding, they engaged in discussions in an effort to resolve the case. Then, during May of 2004, both Plaintiffs and Defendants filed Motions for Summary Judgment.

May 3, 2005. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

02cv1529 end113