# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC., & INCREDIBLE FRANCHISE CORPORATION, | : |
| Plaintiffs/Counterclaim Defendants, | : |
| V. | : CIV. ACTION NO. |
| | : 3:02:CV:1529 (AVC) |
| EDIBLE ARRANGEMENTS, LLC, & EDIBLE ARRANGEMENTS FRANCHISE GROUP, INC., | : |
| Defendants/Counterclaim Plaintiffs. | : |
| | : June 6, 2005 |

## IED's AND IFC's MOTION FOR EXTENSION OF TIME TO COMPLY WITH THE ITEM NO. 2 SET FORTH IN THE SCHEDULING ORDER

In accordance with Rule 16(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiffs, Incredibly Edible Delites, Inc., et al., (hereinafter collectively "IED"), by and through their attorneys, hereby move this Court for an extension of one (1) month to July 6, 2005 to comply with the deadline set forth with in item no. 2 of the Joint Motion for Modification of Scheduling Order dated April 22, 2005 and granted by this Court by order for IED and IFC of by May 10, 2005, to designate their damages expert and provide opposing counsel with a report as follows:

IED is awaiting the production of financial documents from EA. The production of financial documents by EA predicates IED's expert report relating to damages. Counsel for EA has indicated they will provide financial documents, but, we have not received them as of this

1

time. Counsel for EA was aware that IED was seeking an extension for these reasons as of May 26, 2005. Counsel for IED contacted counsel for EA again on June 6, 2005 to ascertain whether they would consent to the motion, and as of the filing of this motion, counsel for IED has not received a response.

WHEREFORE, IED and Edible Arrangements respectfully request that the Court grant their IED's Motion for Extension of Time.

Dated: 6/6/05

RESPECTFULLY SUBMITTED,

THE PLAINTIFFS
INCREDIBLY EDIBLE DELITES,
INC. AND INCREDIBLE
FRANCHISE CORPORATION

By: _____
John F. A. Earley III (CT24120)
Frank J. Bonini, Jr. (CT24119)
Charles L. Riddle (CT24133)
P.O. Box 750
Valley Forge, Pennsylvania 19482-0750
Tel. (610) 935-2300
Attorneys for Incredibly Edible Delites, Inc.,
and Incredible Franchise Corporation

By: _____
Thomas C. Clark (CT 06058)
Melicent B. Thompson (CT 19868)
LITCHFIELD CAVO
40 Tower Lane, Suite 200
Avon, CT 06001
Telephone: (860) 255-5577
Facsimile: (860) 255-5566
Attorneys for Plaintiffs/Counterclaim
Defendants on the Counterclaim Only