UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC., & <br> INCREDIBLE FRANCHISE CORPORATION, <br> <br> Plaintiffs/Counterclaim Defendants, <br> <br> V. <br> <br> EDIBLE ARRANGEMENTS, LLC, & <br> EDIBLE ARRANGEMENTS <br> FRANCHISE GROUP, INC., <br> <br> Defendants/Counterclaim Plaintiffs. | CIV. ACTION NO. <br> 3:02:CV:1529 (AVC) <br> <br> <br> <br> June 6, 2005 |

### IED's AND IFC's MOTION FOR EXTENSION OF TIME TO COMPLY WITH THE ITEM NO. 2 SET FORTH IN THE SCHEDULING ORDER

In accordance with Rule 16(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiffs, Incredibly Edible Delites, Inc., et al., (hereinafter collectively "IED"), by and through their attorneys, hereby move this Court for an extension of one (1) month to July 6, 2005 to comply with the deadline set forth with in item no. 2 of the Joint Motion for Modification of Scheduling Order dated April 22, 2005 and granted by this Court by order for IED and IFC of by May 10, 2005, to designate their damages expert and provide opposing counsel with a report as follows:

IED is awaiting the production of financial documents from EA. The production of financial documents by EA predicates IED's expert report relating to damages. Counsel for EA has indicated they will provide financial documents, but, we have not received them as of this

*GRANTED.*
*June 9, 2005.*
*SO ORDERED.*
*Alfred V. Covello, U.S.D.J.*

1