UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

INCREDIBLY EDIBLE DELITES, INC., &
INCREDIBLE FRANCHISE CORPORATION,

    Plaintiffs/Counterclaim Defendants,

V.

EDIBLE ARRANGEMENTS, LLC, &
EDIBLE ARRANGEMENTS
FRANCHISE GROUP, INC.,

    Defendants/Counterclaim Plaintiffs.

CIV. ACTION NO.
3:02:CV:1529 (AVC)

July 8, 2005

---

**IED's AND IFC's MOTION BY CONSENT FOR EXTENSION OF TIME TO COMPLY WITH THE ITEM NO. 2 SET FORTH IN THE SCHEDULING ORDER**

In accordance with Rule 16(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiffs, Incredibly Edible Delites, Inc., et al., (hereinafter collectively "IED"), by and through their attorneys, hereby move this Court for one (1) month extension to comply with the deadlines set forth in the Joint Motion for Modification of Scheduling Order dated April 22, 2005, granted by this Court by order of May 10, 2005, and modified by motion of June 6, 2005, subsequently granted by this Court.

IED is awaiting further detailed production of financial documents from EA. The production of said financial documents by EA predicates IED's expert report relating to damages. Counsel for EA was aware that IED was seeking an extension for these reasons as of

1

July 6, 2005. Counsel for EA contacted counsel for IED on June 6, 2005 and proposed extending all deadlines by one month to harmonize the Scheduling Order.

WHEREFORE, IED and Edible Arrangements respectfully request that the Court grant their consented Motion for Extension of Time.

Dated: 7/8/05

RESPECTFULLY SUBMITTED,

THE PLAINTIFFS
INCREDIBLY EDIBLE DELITES,
INC. AND INCREDIBLE
FRANCHISE CORPORATION

By:_____
John F. A. Earley III (CT24120)
Frank J. Bonini, Jr. (CT24119)
Charles L. Riddle (CT24133)
P.O. Box 750
Valley Forge, Pennsylvania 19482-0750
Tel. (610) 935-2300
Attorneys for Incredibly Edible Delites, Inc.,
and Incredible Franchise Corporation

By: /s/ Melicent B. Thompson
Thomas C. Clark (CT 06058)
Melicent B. Thompson (CT 19868)
LITCHFIELD CAVO
40 Tower Lane, Suite 200
Avon, CT 06001
Telephone: (860) 255-5577
Facsimile: (860) 255-5566
Attorneys for Plaintiffs/Counterclaim
Defendants on the Counterclaim Only

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing IED's and IFC's Motion by Consent for Extension of Time to Comply with the Item No. 2 Set Forth in the Scheduling Order was served on this 8th day of July, 2005, by sending the same by first class mail, postage prepaid to:

Joseph G. Fortner, Esq.
Thomas J. Finn, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103


Kevin P. Walsh, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue, 2nd Floor
North Haven, CT 06473


*Melicent B. Thompson*

3