119

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC., & <br> INCREDIBLE FRANCHISE CORPORATION, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> V. <br><br> EDIBLE ARRANGEMENTS, LLC, & <br> EDIBLE ARRANGEMENTS <br> FRANCHISE GROUP, INC., <br><br> Defendants/Counterclaim Plaintiffs. | CIV. ACTION NO. <br> 3:02:CV:1529 (AVC) <br><br><br><br><br><br><br><br><br> July 8, 2005 |

### IED's AND IFC's MOTION BY CONSENT FOR EXTENSION OF TIME TO COMPLY WITH THE ITEM NO. 2 SET FORTH IN THE SCHEDULING ORDER

In accordance with Rule 16(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiffs, Incredibly Edible Delites, Inc., et al., (hereinafter collectively "IED"), by and through their attorneys, hereby move this Court for one (1) month extension to comply with the deadlines set forth in the Joint Motion for Modification of Scheduling Order dated April 22, 2005, granted by this Court by order of May 10, 2005, and modified by motion of June 6, 2005, subsequently granted by this Court.

IED is awaiting further detailed production of financial documents from EA. The production of said financial documents by EA predicates IED's expert report relating to damages. Counsel for EA was aware that IED was seeking an extension for these reasons as of

[handwritten margin note, left side]: The motion is denied without prejudice to its refiling with a cogent articulation of the relief requested, including proposed new deadlines for completing the milestone at issue. SO ORDERED. July 18, 2005. Alfred V. Covello, U.S.D.J.

1