UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC., & : <br> INCREDIBLE FRANCHISE CORPORATION, : <br> : <br> Plaintiffs/Counterclaim Defendants, : <br> : <br> V. : <br> : <br> EDIBLE ARRANGEMENTS, LLC, & : <br> EDIBLE ARRANGEMENTS : <br> FRANCHISE GROUP, INC., : <br> : <br> Defendants/Counterclaim Plaintiffs. : <br> : | CIV. ACTION NO. <br> 3:02:CV:1529 (AVC) <br><br><br><br><br> JULY 21, 2005 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b)(1), the Defendants, Edible Arrangements, LLC and Edible Arrangements Franchise Group, Inc ("Defendants"), hereby request an initial thirty day extension of time, to and including **August 21, 2005**, within which to respond or object to Plaintiffs, Incredibly Edible Delites, Inc and Incredible Franchise Corporation ("Plaintiffs"), Third Request for Production dated June 21, 2005.  Undersigned counsel has spoken with counsel for the Plaintiffs, who consents to this motion.

In support of Defendants' Request for Extension of Time, counsel requires additional time to consult with its client, review the documents relating to the case, and prepare appropriate responses.  This is Defendants' first request for such extension of this discovery request.

**WHEREFORE**, the Defendants respectfully move the Court for a thirty (30) day extension of time to respond or object to Plaintiffs' discovery requests.

                    THE DEFENDANTS
                    EDIBLE ARRANGEMENTS
                    FRANCHISE GROUP, INC., AND
                    EDIBLE ARRANGEMENTS, LLC.


By:____/s/_____
   Brian D. Rich
   Fed. Bar No. ct24458
   Halloran & Sage LLP
   One Goodwin Square
   225 Asylum Street
   Hartford, CT 06103
   Attorneys for Edible
   Edible Arrangement Franchise Group

      -and-

   Kevin P. Walsh, Esquire
   110 Washington Avenue, 2nd Floor
   North Haven, CT 06473
   Phone (203) 234-6333
   Attorneys for Edible
   Arrangements, LLC

**CERTIFICATION**

This is to certify that a copy of the foregoing was sent via regular mail on this 21st day of July, 2005, to:

Frank J. Bonini, Jr., Esq.
John F.A. Early, III, Esq.
Charles L. Riddle, Esq.
Harding Earley Follmer & Frailey
The Commons At Valley Forge East
1288 Valley Forge Road
P.O. Box 750
Valley Forge, PA  19482-0750
Attorney for Plaintiffs

Thomas C. Clark, Esq.
Melicent B. Thompson, Esq.
Litchfield Cavo
40 Tower Lane
Suite 200
Avon, CT  06001
Attorney for Plaintiffs

Joseph L. Turchi, Esq.
Rawle & Henderson, LLP
Widener Building
One South Penn Square
Philadelphia, PA  19109
Attorney for Defendant
Edible Arrangements, LLC

Daniel J. Hart, Esq.
Marshall, Dennehy, Warner, Coleman & Goggin
1845 Walnut Street
Philadelphia, PA  19103
Attorney for Defendant
Edible Arrangements Franchise Group

Kevin P. Walsh, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue
2nd Floor
North Haven, CT  06473

Basam E. Nabulsi, Esq.
McCarter & English
Four Stamford Plaza
107 Elm Street
Stamford, CT  06902

Eric E. Grondahl, Esq.
McCarter & English
CityPlace I
185 Asylum Street
36th Floor
Hartford, CT  06103-3495

___/s/_____
Brian D. Rich

713260_1.DOC