UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 JUL 21 A 10 40

INCREDIBLY EDIBLE DELITES, INC., &
INCREDIBLE FRANCHISE CORPORATION,

    Plaintiffs/Counterclaim Defendants,

V.

EDIBLE ARRANGEMENTS, LLC, &
EDIBLE ARRANGEMENTS
FRANCHISE GROUP, INC..

    Defendants/Counterclaim Plaintiffs.

CIV. ACTION NO.
3:02:CV:1529 (AVC)

JULY 21, 2005

### DEFENDANTS' MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b)(1), the Defendants, Edible Arrangements, LLC and Edible Arrangements Franchise Group, Inc ("Defendants"), hereby request an initial thirty day extension of time, to and including **August 21, 2005**, within which to respond or object to Plaintiffs, Incredibly Edible Delites, Inc and Incredible Franchise Corporation ("Plaintiffs"), Third Request for Production dated June 21, 2005. Undersigned counsel has spoken with counsel for the Plaintiffs, who consents to this motion.

In support of Defendants' Request for Extension of Time, counsel requires additional time to consult with its client, review the documents relating to the case, and prepare appropriate responses. This is Defendants' first request for such extension of this discovery request.

**WHEREFORE,** the Defendants respectfully move the Court for a thirty (30) day extension of time to respond or object to Plaintiffs' discovery requests.

GRANTED.
July 22, 2005.
SO ORDERED.

Alfred V. Covello, U.S.D.J.