UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC., & <br> INCREDIBLE FRANCHISE CORPORATION, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> V. <br><br> EDIBLE ARRANGEMENTS, LLC, & <br> EDIBLE ARRANGEMENTS <br> FRANCHISE GROUP, INC., <br><br> Defendants/Counterclaim Plaintiffs. | CIV. ACTION NO. <br> 3:02:CV:1529 (AVC) <br><br><br><br><br><br> JULY 26, 2005 |

**JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER**

In accordance with Rule 16(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiffs, Incredibly Edible Delites, Inc., and Incredible Franchise Corporation, (collectively "IED"), and the Defendants, Edible Arrangements LLC and Edible Arrangements Franchise Group, Inc. (collectively "EA"), hereby move this Court for an extension of the scheduling order in this case, as outlined below.

Despite each of the parties' belief that they have proceeded in good faith and with diligent efforts, the parties have been unable to complete all discovery necessary to prepare this matter for trial. This is in part because of the complexities of the case, as well as the Parties' prior efforts at settlement. As further good cause for the granting of this motion, the parties submit to the Court that, despite their efforts, the deadlines set forth in the Scheduling Order cannot reasonably be met because this matter is particularly complex and involves issues of trademark infringement (including

protectibility), trademark dilution, and the claims of violations of the Anticybersquatting Act.

The parties submit that, in light of the foregoing reasons, they have been unable to complete discovery in accordance with the Scheduling Order, as modified on April 22, 2005. For this reason, and because discovery was put on hold during the efforts to resolve this case, the parties jointly request that the Court modify the Scheduling Order as follows:

1. All discovery, including depositions of all witnesses, shall be completed by November 23, 2005;

2. The Plaintiffs shall designate all trial experts and provide opposing counsel with reports from retained experts on or before September 12, 2005, and depositions of any such experts shall be completed by October 9, 2005;

3. The Defendants shall designate all trial experts and provide opposing counsel with reports from retained experts on or before November 3, 2005, and depositions of any such experts shall be completed by November 23, 2005;

4. The parties shall exchange a damages analysis, if necessary, on or before September 15, 2005;

5. All motions, except motions in limine incident to a trial, shall be filed on or before December 1, 2005;

6. The parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on December 1, 2005; and

7. The case shall be ready for trial by January 15, 2006.

The parties aver that this schedule will allow an orderly completion of discovery and trial preparation in this matter. For this reason, and those set forth above, it is respectfully requested that the Court enter this Scheduling Order.

This is the seventh request for a modification of the Scheduling Order in this case. All counsel join in this Request.

**WHEREFORE**, it is respectfully requested that this Court grant this Motion to Modify Scheduling Order.

THE PLAINTIFFS
INCREDIBLY EDIBLE DELITES, INC. AND
INCREDIBLE FRANCHISE CORPORATION

By: *Charles Riddle*    * Signed w/ permission
                                              BDR
John F. A. Earley III (ct24120)
Frank J. Bonini, Jr. (ct24119)
Charles L. Riddle (ct24133)
Harding Earley Follmer & Frailey
P.O. Box 750
Valley Forge, PA 19482-0750
Tel: (610) 935-2300
Attorneys for Incredibly Edible Delites, Inc.,
and Incredible Franchise Corporation

-and-

Thomas C. Clark
Melicent B. Thompson
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001
Tel: (860) 255-5577
Attorneys for Plaintiffs/Counterclaim
Defendants on the Counterclaim only

THE DEFENDANTS
EDIBLE ARRANGEMENTS
FRANCHISE GROUP, INC., AND
EDIBLE ARRANGEMENTS, LLC.

By: _____
Joseph G. Fortner, Jr.
Fed bar No. ct04602
Brian D. Rich
Fed. Bar No. ct24458
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
Attorneys for Edible
Edible Arrangement Franchise Group

    -and-

Kevin P. Walsh, Esquire
110 Washington Avenue, 2nd Floor
North Haven, CT  06473
Phone (203) 234-6333
Attorneys for Edible
Arrangements, LLC

**CERTIFICATION**

    This is to certify that a copy of the foregoing was sent via regular mail on this __ day of July, 2005, to:

Frank J. Bonini, Jr., Esq.
John F.A. Early, III, Esq.
Charles L. Riddle, Esq.
Harding Earley Follmer & Frailey
The Commons At Valley Forge East
1288 Valley Forge Road
P.O. Box 750
Valley Forge, PA  19482-0750
Attorney for Plaintiffs

Thomas C. Clark, Esq.
Melicent B. Thompson, Esq.
Litchfield Cavo
40 Tower Lane
Suite 200
Avon, CT  06001
Attorney for Plaintiffs

Kevin P. Walsh, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue
2nd Floor
North Haven, CT  06473

Basam E. Nabulsi, Esq.
McCarter & English
Four Stamford Plaza
107 Elm Street
Stamford, CT  06902

Eric E. Grondahl, Esq.
McCarter & English
CityPlace I
185 Asylum Street
36th Floor
Hartford, CT  06103-3495

_____
Brian D. Rich