UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC., & <br> INCREDIBLE FRANCHISE CORPORATION, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> V. <br><br> EDIBLE ARRANGEMENTS, LLC, & <br> EDIBLE ARRANGEMENTS <br> FRANCHISE GROUP, INC., <br><br> Defendants/Counterclaim Plaintiffs. | CIV. ACTION NO. <br> 3:02:CV:1529 (AVC) <br><br><br><br><br><br> JULY 26, 2005 |

## JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

In accordance with Rule 16(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiffs, Incredibly Edible Delites, Inc., and Incredible Franchise Corporation, (collectively "IED"), and the Defendants, Edible Arrangements LLC and Edible Arrangements Franchise Group, Inc. (collectively "EA"), hereby move this Court for an extension of the scheduling order in this case, as outlined below.

Despite each of the parties' belief that they have proceeded in good faith and with diligent efforts, the parties have been unable to complete all discovery necessary to prepare this matter for trial. This is in part because of the complexities of the case, as well as the Parties' prior efforts at settlement. As further good cause for the granting of this motion, the parties submit to the Court that, despite their efforts, the deadlines set forth in the Scheduling Order cannot reasonably be met because this matter is particularly complex and involves issues of trademark infringement (including

*GRANTED.*

*Alfred V. Covello, U.S.D.J.*

*July 28, 2005.*
*SO ORDERED.*