UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC. and INCREDIBLE FRANCHISE CORPORATION, | CIVIL ACTION NO. 3:02CV1529(AVC) |
| Plaintiffs, | |
| V. | |
| EDIBLE ARRANGEMENTS, LLC., and EDIBLE ARRANGEMENTS FRANCHISE GROUP, INC. | |
| Defendants. | AUGUST 3, 2005 |

## MOTION FOR LEAVE TO SERVE MORE THAN 25 INTERROGATORIES

Defendant hereby moves, pursuant to Rules 26(b)(2) and 33(a) of the Federal Rules of Civil Procedure ("F.R.C.P."), for an Order granting Defendant leave to serve 17 additional interrogatories, including subparts, upon Plaintiffs in this matter. A copy of the proposed interrogatories is attached hereto as Exhibit A.

As the court is aware, this matter involves issues of trademark infringement (including protectibility), trademark dilution, and the claims of violations of the Anticybersquatting Act. Because of the scope of Plaintiffs' claims, the limited number of Interrogatories allowed by Rule 33 are not sufficient.

The proposed interrogatories are designed to focus the issues and discovery in this matter. They are intended to clarify Plaintiffs' position with respect to certain facts,

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

including aspects of confusion analysis and genericity under trademark law, and permit the parties to conduct the remainder of discovery in as an efficient and directed manner as possible. They may also resolve certain factual issues, and avoid the need for depositions on such issues.

Given the complexities and nature of the claims and defenses in this action, Defendant submits that these interrogatories are not overly burdensome. Moreover, they are not substantially in excess of the 25 interrogatories allowed as a matter of right under F.R.C.P. Rule 33(a). Thus, it is submitted that leave to submit more than 25 interrogatories should be granted, and that Defendant should be allowed to serve the proposed interrogatories as attached.

WHEREFORE, it is respectfully requested that the court grant this Motion for Leave to Serve More than 25 Interrogatories.

        EDIBLE ARRANGEMENTS
        FRANCHISE GROUP, INC.

By: _____
    Brian D. Rich
    Federal Bar No. ct24458
    HALLORAN & SAGE LLP
    One Goodwin Square
    Hartford, Connecticut 06103
    Tel: (860) 522-6103
    Fax: (860) 548-0006
    Attorneys for Edible Arrangements
    Franchise Group, Inc.

2

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

## CERTIFICATION

This is to certify that on the 3rd day of August, 2005, a copy of the foregoing was mailed to:

Frank J. Bonini, Jr., Esq.
John F.A. Early, III, Esq.
Charles L. Riddle, Esq.
Harding Earley Follmer & Frailey
The Commons At Valley Forge East
1288 Valley Forge Road
P.O. Box 750
Valley Forge, PA 19482-0750
Attorney for Plaintiffs

Thomas C. Clark, Esq.
Melicent B. Thompson, Esq.
Litchfield Cavo
40 Tower Lane
Suite 200
Avon, CT 06001
Attorney for Plaintiffs

Kevin P. Walsh, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue
2nd Floor
North Haven, CT 06473
Attorney for Edible Arrangements, LLC

Basam E. Nabulsi, Esq.
McCarter & English
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
Attorney for Counter Defendant
Incredibly Edible Delites, Inc.

Eric E. Grondahl, Esq.
McCarter & English
CityPlace I
185 Asylum Street, 36th Floor
Hartford, CT 06103-3495
Attorney for Counter Defendant
Incredibly Edible Delites, Inc.

_____
Brian D. Rich

717993_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105