EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INCREDIBLY EDIBLE DELITES, INC.
and INCREDIBLE FRANCHISE
CORPORATION,

      Plaintiffs,

V.

EDIBLE ARRANGEMENTS, LLC.,
and EDIBLE ARRANGEMENTS
FRANCHISE GROUP, INC.,

      Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.
3:02CV1529 (AVC)

AUGUST 3, 2005

## DEFENDANT EDIBLE ARRANGEMENTS FRANCHISE GROUP, INC.'S SECOND SET OF INTERROGATORIES ADDRESSED TO PLAINTIFFS INCREDIBLY EDIBLE DELITES, INC., AND INCREDIBLE FRANCHISE CORPORATION

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, the defendant, Edible Arrangements Franchise Group, Inc. ("EA"), through its attorneys, Halloran & Sage LLP, request that the plaintiffs Incredibly Edible Delites, Inc., and Incredible Franchise Corporation (collectively, "IED"), answer, under oath, the following interrogatories, within 30 days of the date hereof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## DEFINITIONS AND INSTRUCTIONS

A.    "Document" or "documents" is defined to be synonymous in meaning and equal in scope to the usage of this term in Rule 39(c)(2) of the Civil Rules of the United States District Court for the District of Connecticut.  Not by way of limitation, but instead as examples, these terms include papers or writings, including all drafts, and any mechanical or electronic recordings or records of any kind in your possession, custody, or under your control or of which you have knowledge, wherever located, whether an original or a copy, including without limitation agreements, financial statements, invoices, minutes, memoranda, bills of materials, notes, records, interoffice communications, facsimile transmissions, tape or other recordings, microfilm, microfiche, aperture cards, telegrams, electronic mail, letters, photographs, drawings, specifications, data, reports, printed matter, publications, computer disks (whether or not removable), computer tapes, offers, bids, proposals, statements, web pages, metadata, or other information in electronic format.  Any copy containing thereon or attached thereto any alterations, notes, comments, or other material not included in the originals or copies referred to in the preceding sentence shall be deemed a separate document within the foregoing definition.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

B.     The term "identify" means, in connection with a natural person, to state the full name, current or last known residential address, current or last known business address, and title of the person so identified.

C.     The term "identify" means, in connection with a corporation, partnership, or company, to state the full name of the entity, its current or last known address, and to identify all natural persons known by you to be officers, agents, or employees of the entity.

D.     The term "identify" means, in connection with a document, to describe the document, its title (if any), its date, the person who wrote the document, the person to whom the document was addressed, the persons who received the document, whether there are multiple non-identical copies of that document, and if so the number of such non-identical copies, and the current custodian of all non-identical copies of that document known to you.

E.     The term "communicate" or "communication" means any means (whether written, oral, electronic, or otherwise) by which information is conveyed from one person or entity to one or more other persons or entities.  Not by way of limitation, but instead as examples, these terms mean document(s), telephone conversation(s), electronic mail or other tangible things causing information to be conveyed between persons or entities.

– 3 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

F.    The term "identify" in connection with a communication (whether written or oral) means to state the date of the communication, the participants therein, the mode of communication, the subject of the communication, and the sum and substance of such communication.

G.    The term "concerning" means relating to, referring to, describing, evidencing or constituting.

H.    "You" or "your" means plaintiffs Incredibly Edible Delites, Inc. and Incredible Franchise Corporation, and their officers, agents, servants, directors, and employees, any persons or companies holding a controlling interest or exercising management control of either Incredibly Edible Delites, Inc. or Incredible Franchise Corporation; any and all entities owned, controlled, or operated by Incredibly Edible Delites, Inc. or Incredible Franchise Corporation or under which name Incredibly Edible Delites, Inc. or Incredible Franchise Corporation do business; and all predecessors in interest of Incredibly Edible Delites, Inc. or Incredible Franchise Corporation.

I.    The "Defendants" means Edible Arrangements, LLC. and Edible Arrangements Franchise Group, Inc., and their officers, directors, shareholders, and employees.

J.    "fruitflowers" means the term or word "fruitflowers" regardless of capitalization of any particular letters in such term or word.

– 4 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

K.    "Fruitflowers.com" means the Internet web site with the identifying domain name of www.fruitflowers.com.

L.    "fruitflower" means the term or word "fruitflower" regardless of capitalization of any particular letters in such term or word.

M.    "Fruitflower.com" means the Internet web site with the identifying domain name of www.fruitflower.com.

N.    "Settlement Agreement" refers to the Settlement Agreement and Release, dated June 13, 2001, between Incredibly Edible Delites, Inc., Edible Arrangements, LLC, Tariq Farid, Susan Ellman, and Ellen Davis, in the matter of *Edible Arrangements, LLC v. Incredibly Edible Delites, Inc., Ellen Davis and Susan Ellman,* Civil Action No. 3:99-CV-1500 (SRU).

O.    In responding to these interrogatories, you are requested to furnish all information known or available to you regardless of whether it is possessed directly by, or is in the custody or control of, you or your officers, directors, agents, employees, representatives, partners (limited or general), consultants, or investigators, or your attorneys or their agents, employees, representatives or investigators.

P.    If any information or communication is not identified because of a claim of privilege or work product, state:

  1.    the basis upon which the privilege is claimed;

- 5 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

2.  the author of the document or participants in the communication;

3.  each person to whom the document indicates the original or a copy was sent;

4.  the date of the document or communication; and

5.  the general subject matter or the document or communication.

Q.      Unless otherwise noted, these Interrogatories require a response based upon all information, documents and other tangible things prepared, sent or received by, manufactured during, or in the custody or under the control of, you, for the period January 1, 1991 to the present date.

R.      These Interrogatories constitute a continuing request, and thus, you are required to supplement your responses, up to and including the time of trial, if additional information, documents or tangible things are created, becomes known to you, or come into your possession, custody or control.

## INTERROGATORIES

1.      Identify each person who has provided the responses, information or documents for the purpose of preparing your response to these Interrogatories and for each such person, identify the Interrogatories or requests for which he or she provided such information or documents.

- 6 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

2.      Identify the persons responsible since January 1, 1999, for reviewing, monitoring, policing and enforcing the trademark and other intellectual property of the plaintiff, and for each such person, state the date(s) on which he or she had such responsibility.

3.      Identify all instances of actual confusion as to the source or origin of goods or services which you attribute to Defendants' alleged use of "fruitflowers" and for each such instance, state:

        a.      The person(s) or entity(ies) which suffered such confusion.

- 7 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

b.      The date(s) of such confusion.

c.      The product or service which was the subject of such confusion.

d.      The manner in which such confusion manifested itself;

e.      The manner by which you became aware of such confusion;

f.      All harm, damage, loss, or other injury which you claim you have sustained as a result of such confusion;

g.      The identity of all witnesses regarding such confusion or damage; and

h.      The identity of all documents that you relied upon to answer this Interrogatory, or concerning, relating to, or evidencing such confusion or damage.

4.      Identify all instances of actual confusion as to the source or origin of

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

goods or services which you attribute to Defendants' alleged use of "fruitflower" and for each such instance, state:

    a.  The person(s) or entity(ies) which suffered such confusion.

    b.  The date(s) of such confusion.

    c.  The product or service which was the subject of such confusion.

    d.  The manner in which such confusion manifested itself;

    e.  The manner by which you became aware of such confusion;

    f.  All harm, damage, loss, or other injury which you claim you have sustained as a result of such confusion;

    g.  The identity of all witnesses regarding such confusion or damage; and

    h.  The identity of all documents that you relied upon to answer this Interrogatory, or concerning, relating to, or evidencing such confusion or damage.

– 9 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

5.    Identify all instances of actual confusion as to the source or origin of goods or services which you attribute to Defendants' noncontinguous use of the words "fruit" and "flower" or "fruit" and "flowers," and for each such instance, state:

    a.  The person(s) or entity(ies) which suffered such confusion.

    b.  The date(s) of such confusion.

    c.  The product or service which was the subject of such confusion.

    d.  The manner in which such confusion manifested itself;

    e.  The manner by which you became aware of such confusion;

    f.  All harm, damage, loss, or other injury which you claim you have sustained as a result of such confusion;

    g.  The identity of all witnesses regarding such confusion or damage; and

    h.  The identity of all documents that you relied upon to answer this Interrogatory, or concerning, relating to, or evidencing such confusion or damage.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

6.    Identify all instances of actual confusion as to the source or origin of goods or services which you attribute to Defendants' noncontiguous use of the words "fruit" and "flower," and for each such instance, state:

    a.  The person(s) or entity(ies) which suffered such confusion.

    b.  The date(s) of such confusion.

    c.  The product or service which was the subject of such confusion.

    d.  The manner in which such confusion manifested itself;

    e.  The manner by which you became aware of such confusion;

    f.  All harm, damage, loss, or other injury which you claim you have sustained as a result of such confusion;

    g.  The identity of all witnesses regarding such confusion or damage; and

    h.  The identity of all documents that you relied upon to answer this Interrogatory, or concerning, relating to, or evidencing such confusion or damage.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

7.    Identify all instances of actual confusion as to the source or origin of goods or services which you attribute to Defendants' noncontinguous use of the words "fruit" and "flowers," and for each such instance, state:

    a.  The person(s) or entity(ies) which suffered such confusion.

    b.  The date(s) of such confusion.

    c.  The product or service which was the subject of such confusion.

    d.  The manner in which such confusion manifested itself;

    e.  The manner by which you became aware of such confusion;

    f.  All harm, damage, loss, or other injury which you claim you have sustained as a result of such confusion;

    g.  The identity of all witnesses regarding such confusion or damage; and

    h.  The identity of all documents that you relied upon to answer this Interrogatory, or concerning, relating to, or evidencing such confusion or damage.

– 12 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

8.    Identify all instances of actual confusion as to the source or origin of goods or services which you attribute to Defendants' use of the Internet Web Site "fruitflower.com," and for each such instance, state:

    a.   The person(s) or entity(ies) which suffered such confusion.

    b.   The date(s) of such confusion.

    c.   The product or service which was the subject of such confusion.

    d.   The manner in which such confusion manifested itself;

    e.   The manner by which you became aware of such confusion;

    f.   All harm, damage, loss, or other injury which you claim you have sustained as a result of such confusion;

    g.   The identity of all witnesses regarding such confusion or damage; and

    h.   The identity of all documents that you relied upon to answer this Interrogatory, or concerning, relating to, or evidencing such confusion or damage.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

9.     To the extent not called for in the preceding Interrogatories, identify all instances of actual confusion as to the source or origin of goods or services which you attribute to any of Defendants' allegedly infringing activities or conduct as described in Plaintiffs' Complaint and for each such instance, state:

    a.  The person(s) or entity(ies) which suffered such confusion.

    b.  The date(s) of such confusion.

    c.  The product or service which was the subject of such confusion.

    d.  The manner in which such confusion manifested itself;

    e.  The manner by which you became aware of such confusion;

    f.  All harm, damage, loss, or other injury which you claim you have sustained as a result of such confusion;

    g.  The identity of all witnesses regarding such confusion or damage; and

    h.  The identity of all documents that you relied upon to answer this Interrogatory, or concerning, relating to, or evidencing such confusion or damage.

– 14 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

10.    Identify and describe all dilution which you attribute to the Defendants'
allegedly infringing activities or conduct as described in Plaintiffs' Complaint, and for
each such instance:

    a.  State the word, term or mark which has been allegedly diluted;

    b.  State the date on which such word, term or mark allegedly became

       "famous," as provided for in 15 U.S.C. § 1125(c), and the basis for your

       claim regarding that date;

    c.  State the basis for your claim that such word, term or mark is "famous,"

       as provided in 15 U.S.C. § 1125(c);

    d.  State the basis for your claim that such word, term or mark is

       "distinctive," as provided in 15 U.S.C. § 1125(c);

    e.  Describe the duration and extent of advertising and publicity which you

       have engaged in or otherwise has occurred with respect to each such

       word, term or mark;

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

f.  Describe and identify all evidence of actual dilution, as required in
    *Moseley v. V Secret Catalogue, Inc.*,  537 U.S. 418 (2003);

g.  Identify all witnesses to such dilution; and

h.  Identify all documents concerning, relating to, evidencing, or relied
    upon in preparing your responses to this Interrogatory.

11.   State whether you have attempted to and/or succeeded in obtaining
information or data from any web site operated by or for any of the Defendants, and if
so:

a.  Identify and describe all such information or data;

b.  Identify the person(s) who have sought or obtained such information or
    data;

c.  State whether any of such information or data was obtained from any
    secure site;

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

    d.  State whether any services were used to obtain such information and data, and if so, identify such services; and

    e.  Identify all documents concerning such information or data.

12.    Do you deny that the terms "fruitflower" and "fruitflowers" are generic, as used in 15 U.S.C § 1064(3), for the goods and products offered by You?

13.    If your answer to the foregoing is other than an unqualified no, state all alternative words, names or terms that may accurately be used to signify the nature of such goods and products.

– 17 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

14.    Do you deny that the terms "fruitflower" and "fruitflowers" are generic, as used in 15 U.S.C § 1064(3), for the goods and products offered by the Defendants?

15.    If your answer to the foregoing is other than an unqualified no, state all alternative words, names or terms that may accurately be used to signify the nature of such goods and products.

- 18 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

16.     Do you admit that the Settlement Agreement released all claims for trademark infringement relating to any words or terms that were being used by each of the parties thereto as of the date of such Settlement Agreement?

17.     If your answer to the preceding Interrogatory is other than an unqualified "yes:"

    a.   State the basis for your response;

    b.   State whether you based your decision to execute the Settlement Agreement upon the advice of any attorneys, and if so, identify such attorneys;

    c.   State whether prior to filing this lawsuit, you received any formal or informal opinion of counsel regarding whether one or more of the claims asserted in this pending litigation were released by the

- 19 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Settlement Agreement, and if so, state whether that opinion was oral or in writing and the date of such opinion;

d. Identity in detail those claims that existed as of the date of the execution of the Settlement Agreement which you contend were released;

e. Identity in detail those claims that existed as of the date of the execution of the Settlement Agreement which you contend were not released;

f. State what you contend was the intent of the Settlement Agreement.

Dated:  August 3, 2005

THE DEFENDANT,

- 20 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

EDIBLE ARRANGEMENTS
FRANCHISE GROUP, INC.

By: _____
    Joseph G. Fortner, Jr.
    Federal Bar No. ct 04602
    Brian D. Rich
    Federal Bar No. ct 24458
    HALLORAN & SAGE  LLP
    One Goodwin Square
    Hartford, Connecticut 06103
    Attorneys for Edible
    Arrangements Franchise
    Group, Inc.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 3rd day of August 2005, a copy of the foregoing was mailed to:

Frank J. Bonini, Jr., Esq.
John F.A. Early, III, Esq.
Charles L. Riddle, Esq.
Harding Earley Follmer & Frailey
The Commons At Valley Forge East
1288 Valley Forge Road
P.O. Box 750
Valley Forge, PA 19482-0750
Attorney for Plaintiffs

Thomas C. Clark, Esq.
Melicent B. Thompson, Esq.
Litchfield Cavo
40 Tower Lane
Suite 200
Avon, CT 06001
Attorney for Plaintiffs

Kevin P. Walsh, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue
2nd Floor
North Haven, CT 06473
Attorney for Edible Arrangements, LLC

Basam E. Nabulsi, Esq.
McCarter & English
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
Attorney for Counter Defendant
Incredibly Edible Delites, Inc.

Eric E. Grondahl, Esq.
McCarter & English
CityPlace I
185 Asylum Street, 36th Floor
Hartford, CT 06103-3495
Attorney for Counter Defendant
Incredibly Edible Delites, Inc.

701965_1.DOC

_____
Joseph G. Fortner, Jr.

- 22 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105