UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INCREDIBLY EDIBLE DELITES, INC. ET AL. | ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 3:02CV 1529 (AVC) |
| v. | ) ) ) | |
| EDIBLE ARRANGEMENTS, LLC ET AL. | ) ) | |
| Defendants. | ) | August 10, 2005 |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

The undersigned attorney moves, pursuant to Rule 7(e) of the Local Rules of Civil Procedure, to withdraw his appearance on behalf of the Plaintiff and Counter Defendant, Incredibly Edible Delites, Inc, ("Incredibly Edible") in the above-captioned case. In support of this motion counsel states that:

1. The undersigned attorney, Eric E. Grondahl, of McCarter and English, on or about October 15, 2002, entered an appearance on behalf of the Plaintiff/Counter Defendant, Incredibly Edible.

2. Subsequent to the undersigned counsel's appearance, Attorney Thomas C. Clark, of Litchfield Cavo, entered an appearance on behalf of the Plaintiff/Counter Defendant, Incredibly Edible.

3. On or about April 4, 2005, the undersigned counsel filed a withdrawal of appearance on behalf of Plaintiff, Incredibly Edible. Although counsel intended the withdrawal to be for all purposes, the Court's docket continues to reflect the undersigned counsel for Incredibly Edible as Counter Defendant.

4.  On May 11, 2005, an Order granting the undersigned's Motion to Withdraw Appearance on behalf of the Plaintiff was entered on the Court's docket. The undersigned was removed from the docket as counsel for Plaintiff, but was not removed from the docket as counsel for Incredibly Edible as Counter Defendant.

5.  Incredibly Edible, through its lead counsel, Harding, Earley, Follmer, & Frailey, was previously notified of the undersigned's intention to withdraw as counsel, and Incredibly Edible had no objection.

6.  McCarter and English also previously notified Attorney Clark of his intention to withdraw as counsel for Incredibly Edible.

7.  The undersigned has mailed, by certified mail, a copy of this Motion to the Plaintiff/Counter Defendant, Incredibly Edible, by way of its lead counsel, Harding, Earley, Follmer & Frailey.

```
                    PLAINTIFF/COUNTER DEFENDANT
                    INCREDIBLY EDIBLE DELITES, INC.

                    BY  /s/ E. E. Grondahl
                        Eric E. Grondahl (CT 08988)
                        Four Stamford Plaza
                        P.O. Box 120
                        Stamford, CT 06904-0120
                        Its Attorney
```

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Withdrawal of Appearance was mailed postage pre-paid this 10th day of August, 2005 to the following:

Melicent B. Thompson, Esq.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

Frank J. Bonini, Jr., Esq.
Harding, Earley, Follmer & Frailey
The Commons at Valley Forge East
P.O. Box 750
Valley Forge, PA 19482-0750

Joseph G. Fortner, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Daniel J. Hart, Esq.
Marshall, Dennehy, Warner, Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103

Kevin P. Walsh, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue,
2nd Floor
North Haven, CT 06473

Joseph L. Turchi, Esq.
Rawle & Henderson, LLP
Widener Building
One South Penn Square
Philadelphia, PA 19109

_____
Eric E. Grondahl

HARTFORD: 646344.01