FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC. ET AL. ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. |
| ) | 3:02CV 1529 (AVC) |
| v. ) | |
| ) | |
| EDIBLE ARRANGEMENTS, LLC ET AL. ) | |
| Defendants. ) | August 10, 2005 |

## MOTION FOR WITHDRAWAL OF APPEARANCE

The undersigned attorney moves, pursuant to Rule 7(e) of the Local Rules of Civil Procedure, to withdraw his appearance on behalf of the Plaintiff and Counter Defendant, Incredibly Edible Delites, Inc, ("Incredibly Edible") in the above-captioned case. In support of this motion counsel states that:

1. The undersigned attorney, Eric E. Grondahl, of McCarter and English, on or about October 15, 2002, entered an appearance on behalf of the Plaintiff/Counter Defendant, Incredibly Edible.

2. Subsequent to the undersigned counsel's appearance, Attorney Thomas C. Clark, of Litchfield Cavo, entered an appearance on behalf of the Plaintiff/Counter Defendant, Incredibly Edible.

3. On or about April 4, 2005, the undersigned counsel filed a withdrawal of appearance on behalf of Plaintiff, Incredibly Edible. Although counsel intended the withdrawal to be for all purposes, the Court's docket continues to reflect the undersigned counsel for Incredibly Edible as Counter Defendant.

GRANTED. SO ORDERED.
August 12, 2005.
Alfred V. Covello, U.S.D.J.