UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC., & <br> INCREDIBLE FRANCHISE CORPORATION, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> V. <br><br> EDIBLE ARRANGEMENTS, LLC, & <br> EDIBLE ARRANGEMENTS <br> FRANCHISE GROUP, INC., <br><br> Defendants/Counterclaim Plaintiffs. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIV. ACTION NO. <br> 3:02:CV:1529 (AVC) <br><br><br><br><br> August 19, 2005 |

### PLAINTIFFS' MOTION TO AMEND THE COMPLAINT

Plaintiffs, Incredibly Edible Delites, Inc., and Incredible Franchise Corporation (hereinafter collectively "IED"), by and through their undersigned counsel, in accordance with Rule 15 of the Federal Rules Procedure hereby move to amend the complaint to plead ownership of United States Registration No. 2,854,562 for the mark INCREDIBLY EDIBLE DELITES, INC. WWW.FRUITFLOWERS.COM and design for floral fruit and vegetable arrangements consisting of cut or sliced fruit and vegetables. In support of this motion, IED relies on the attached memorandum of law being filed contemporaneously herewith.

WHEREFORE, IED respectfully requests that the Court grant Plaintiffs' Motion to Amend the Complaint.

Dated: 8/19/05

RESPECTFULLY SUBMITTED,

THE PLAINTIFFS
INCREDIBLY EDIBLE DELITES,
INC. AND INCREDIBLE
FRANCHISE CORPORATION

By: _____
John F. A. Earley III (CT24120)
Frank J. Bonini, Jr. (CT24119)
Charles L. Riddle (CT24133)
P.O. Box 750
Valley Forge, Pennsylvania 19482-0750
Tel. (610) 935-2300
Attorneys for Incredibly Edible Delites, Inc.,
and Incredible Franchise Corporation