

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC. and INCREDIBLE FRANCHISE CORPORATION,<br><br>Plaintiffs,<br><br>V.<br><br>EDIBLE ARRANGEMENTS, LLC., and EDIBLE ARRANGEMENTS FRANCHISE GROUP, INC.<br><br>Defendants. | CIVIL ACTION NO.<br>3:02CV1529(AVC)<br><br><br><br><br><br><br><br><br><br>AUGUST 3, 2005 |

August 29, 2005. There being no objection, the motion is GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

## MOTION FOR LEAVE TO SERVE MORE THAN 25 INTERROGATORIES

Defendant hereby moves, pursuant to Rules 26(b)(2) and 33(a) of the Federal Rules of Civil Procedure ("F.R.C.P."), for an Order granting Defendant leave to serve 17 additional interrogatories, including subparts, upon Plaintiffs in this matter. A copy of the proposed interrogatories is attached hereto as Exhibit A.

As the court is aware, this matter involves issues of trademark infringement (including protectibility), trademark dilution, and the claims of violations of the Anticybersquatting Act. Because of the scope of Plaintiffs' claims, the limited number of Interrogatories allowed by Rule 33 are not sufficient.

The proposed interrogatories are designed to focus the issues and discovery in this matter. They are intended to clarify Plaintiffs' position with respect to certain facts,

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105