# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC., & <br> INCREDIBLE FRANCHISE CORPORATION, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> V. <br><br> EDIBLE ARRANGEMENTS, LLC, & <br> EDIBLE ARRANGEMENTS <br> FRANCHISE GROUP, INC., <br><br> Defendants/Counterclaim Plaintiffs. | CIV. ACTION NO. <br> 3:02:CV:1529 (AVC) <br><br><br> September 9, 2005 |

### IED's AND IFC's CONSENTED MOTION FOR A THREE WEEK EXTENSION OF TIME TO COMPLY WITH ITEM NUMBERS 2 AND 4 OF THE SCHEDULING ORDER

In accordance with Rule 16(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiffs, Incredibly Edible Delites, Inc., et al., (hereinafter collectively "IED"), by and through their attorneys, hereby move this Court for a three (3) week extension to comply with item numbers 2 and 4 set forth in the Joint Motion for Modification of Scheduling Order dated July 26, 2005, granted by this Court by order of July 28, 2005.

IED is awaiting further detailed production of financial documents from EA. Particularly, IED awaits responses to discovery requests concerning internet sales made by defendants over the relevant period. Progress is being made in this area and IED expects to receive this information shortly. The production of said financial documents by EA predicates IED's expert report relating to damages. Counsel for defendants were contacted by telephone and have consented to the extension.

The proposed modified scheduling order follows:

1. <u>All</u> discovery, including depositions of <u>all</u> witnesses, shall be completed by November 23, 2005;

2. The Plaintiffs shall designate all trial experts and provide opposing counsel with reports from retained experts on or before October 3, 2005, and depositions of any such experts shall be completed by October 31, 2005;

3. The Defendants shall designate all trail experts and provide opposing counsel with reports from retained experts on or before November 3, 2005, and depositions of any such experts shall be completed by November 23, 2005;

4. The parties shall exchange a damages analysis, if necessary, on or before October 6, 2005;

5. All motions, except motions <u>in limine</u> incident to a trial, shall be filed on or before December 1, 2005;

6. The parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on December 1, 2005; and

7. The case shall be ready for trial by January 15, 2006.

IED avers that this schedule will allow an orderly completion of discovery and trial preparation in this matter. For this reason, an those reasons set forth above, it is respectfully requested that the Court grant IED's consented motion.

2

WHEREFORE, IED and Edible Arrangements respectfully request that the Court grant their consented Motion for Extension of Time.

Dated: 9/9/05

RESPECTFULLY SUBMITTED,

THE PLAINTIFFS
INCREDIBLY EDIBLE DELITES,
INC. AND INCREDIBLE
FRANCHISE CORPORATION

By: *C.R.*
John F. A. Earley III (CT24120)
Frank J. Bonini, Jr. (CT24119)
Charles L. Riddle (CT24133)
P.O. Box 750
Valley Forge, Pennsylvania 19482-0750
Tel. (610) 935-2300
Attorneys for Incredibly Edible Delites, Inc.,
and Incredible Franchise Corporation

Thomas C. Clark (CT 06058)
Melicent B. Thompson (CT 19868)
LITCHFIELD CAVO
40 Tower Lane, Suite 200
Avon, CT 06001
Telephone: (860) 255-5577
Facsimile: (860) 255-5566
Attorneys for Plaintiffs/Counterclaim
Defendants on the Counterclaim Only

3

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing IED's And IFC's Consented Motion for a Three Week Extension of Time to Comply With Item Numbers 2 and 4 of the Scheduling Order was served on this 9th day of September, 2005, by sending the same by first class mail, postage prepaid to:

Joseph G. Fortner, Esquire
Brian D. Rich, Esquire
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Thomas C. Clark, Esquire
Litchfield Cavo
40 Tower Lane
Suite 200
Avon, CT 06001

Kevin P. Walsh, Esquire
Williams, Walsh & O'Connor
110 Washington Avenue, 2nd Floor
North Haven, CT 06473

_C.F.R._