# EXHIBIT B



## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 11, 2005

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE TRADEMARK FILE WRAPPER AND CONTENTS OF:

**TRADEMARK APPLICATION:** 76/419,409
**FILING DATE:** June 11, 2002
**REGISTRATION NUMBER:** 2,854,562
**REGISTRATION DATE:** June 15, 2004

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

L. EDELEN
Certifying Officer