/34/

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

INCREDIBLY EDIBLE DELITES, INC., & :
INCREDIBLE FRANCHISE CORPORATION, :
:
    Plaintiffs/Counterclaim Defendants, :
: CIV. ACTION NO.
V. : 3:02:CV:1529 (AVC)
:
EDIBLE ARRANGEMENTS, LLC, & :
EDIBLE ARRANGEMENTS :
FRANCHISE GROUP, INC., :
:
    Defendants/Counterclaim Plaintiffs. :
: September 9, 2005

## IED's AND IFC's CONSENTED MOTION FOR A THREE WEEK EXTENSION OF TIME TO COMPLY WITH ITEM NUMBERS 2 AND 4 OF THE SCHEDULING ORDER

    In accordance with Rule 16(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiffs, Incredibly Edible Delites, Inc., et al., (hereinafter collectively "IED"), by and through their attorneys, hereby move this Court for a three (3) week extension to comply with item numbers 2 and 4 set forth in the Joint Motion for Modification of Scheduling Order dated July 26, 2005, granted by this Court by order of July 28, 2005.

    IED is awaiting further detailed production of financial documents from EA. Particularly, IED awaits responses to discovery requests concerning internet sales made by defendants over the relevant period. Progress is being made in this area and IED expects to receive this information shortly. The production of said financial documents by EA predicates IED's expert report relating to damages. Counsel for defendants were contacted by telephone and have consented to the extension.

September 12, 2005. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.