**EXHIBIT C**

TTAB

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the matter of trademark application Serial No. 76419412
For the mark "FRUITFLOWERS"
Published in the Official Gazette on December 3, 2002

| | | |
|---|---|---|
| EDIBLE ARRANGEMENTS, LLC. and EDIBLE ARRANGEMENTS FRANCHISE GROUP, INC., | : : : : |  |
| Opposers, | : | 01-31-2003 |
| | : | U.S. Patent & TMOfc/TM Mail Rcpt Dt. #77 |
| V. | : | |
| INCREDIBLY EDIBLE DELITES, INC., | : | |
| Applicant. | : | JANUARY 30, 2003 |

## NOTICE OF OPPOSITION

Edible Arrangements, LLC
157 Main Street
East Haven, Connecticut 06512

Edible Arrangements Franchise Group, Inc.
1920 Dixwell Avenue -- Suite 200
Hamden, Connecticut 06514

    The above-identified opposers, Edible Arrangements, LLC, and Edible Arrangements Franchise Group, Inc., submit that they are likely to be damaged by the registration of the mark shown in the above-identified application, and hereby submit the following grounds for opposition:

02/14/2003 NANDERS0 00000036 76419412
01 FC:6402                600.00 OP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

1. The opposer, Edible Arrangements, LLC, is a Connecticut limited liability company with an office at 157 Main Street, East Haven, Connecticut 06512.

2. The opposer, Edible Arrangements Franchise Group, Inc., is a Connecticut corporation with an office at 1920 Dixwell Avenue, Suite 200, Hamden, Connecticut 06514.

3. The applicant, Incredibly Edible Delites, Inc. ("IED"), is a Pennsylvania corporation with a place of business at One Summit Avenue, Broomall, Pennsylvania 19008.

4. Edible Arrangements, LLC, and Edible Arrangements Franchise Group, Inc. (collectively, "Edible Arrangements"), are in the business of making and delivering floral fruit, of fruit flower, bouquets consisting of sliced fruits and providing franchise services and sales of Edible Arrangements franchises throughout the United States, including Connecticut, New Jersey, California, Georgia, Massachusetts, and Ohio.

5. IED is in the business of making and delivering fruit flower or floral fruit bouquets consisting of sliced fruits and providing franchise services and sales of IED franchises throughout the United States, including Pennsylvania, New Jersey, and California.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

6.  IED has filed an application with the United States Patent and Trademark Office to register the mark "FRUITFLOWERS" for use in applying the mark to its floral fruit bouquets.

7.  ~~Edible Arrangements' floral fruit bouquets may properly be described as "fruitflowers."~~

8.  In or about September 1999, Edible Arrangements, through one of its employees, Kamran Farid, registered the domain name www.fruitflower.com for the purpose of directing consumers to Edible Arrangements' website.

9.  From 1999 to the present date, Edible Arrangements has used the domain name www.fruitflower.com to direct consumers to Edible Arrangements' website.

10. When an individual enters terms and phrases into certain search engines, those search engines determine compatible results and display Internet websites responsive to that individual's search by searching the metatags of websites on the Internet. As a result, the use of various terms and phrases in the metatags of websites has become a method by which some companies can attempt to attract certain customers to their websites.

11. Edible Arrangements uses the term "fruitflower" in the metatags of its website in an attempt to attract customers to its website.

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**FIRST GROUND FOR OPPOSITION**
**Fruitflowers Is a Generic Term**
**that Is Not Entitled to Protection**

12. Paragraphs 1-11 of this Notice of Opposition are incorporated into the First Ground for Opposition of this Notice of Opposition as if fully set forth herein.

13. As utilized in the floral and fruit basket industries, the term "fruitflowers" is commonly used to refer to floral fruit bouquets, and is therefore generic.

14. IED has used, and continues to use, the term "fruitflowers" generically. For example, IED's advertisements and brochures use the term as follows:

    a. "The Original Fruit Flower Bouquets." See Exhibits A, B, and C attached hereto;

    b. "A Fresh Fruit Flower Bouquet." See Exhibits D, E, and F attached hereto;

    c. "Delicious Fresh Fruit Flowers." See Exhibit G attached hereto;

    d. "Don't just send flowers, send 'Fruit Flowers.'" See Exhibit H attached hereto; and

    e. "Send Fruitflowers Instead." See Exhibits I, J, K, L, and M attached hereto.

15. Additionally, the term "fruitflower" is a combination of two generic terms, "fruit" and "flower."

-4-

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

16. Several of IED's advertisements separate the terms "fruit" and "flower." See Exhibits A, B, C, D, E, F, G, and H attached hereto.

17. IED's characterization of its product as the "original" fruit flower bouquets demonstrates that the term "fruitflowers" is used generically by IED's competitors. See Exhibits A, B, and C attached hereto.

18. If IED is permitted to register the mark "FRUITFLOWERS," Edible Arrangements is likely to be damaged, as it will no longer be permitted to use the term in a generic matter.

## SECOND GROUND FOR OPPOSITION
### Alternatively, Fruitflower Is a Descriptive Term that Is Only Protectable upon a Showing of Secondary Meaning

19. Paragraphs 1-11 of this Notice of Opposition are incorporated into the Second Ground for Opposition of this Notice of Opposition as if fully set forth herein.

20. The mark "fruitflowers," at most, is merely descriptive. The mark merely conveys to potential customers the characteristics, qualities, and ingredients of the product.

21. To prove that "fruitflowers" is a descriptive mark, IED must demonstrate secondary meaning as to the mark, which IED has failed to do.

-5-

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

22. Fruitflower, as the name suggests, can convey no other meaning to a customer than that the product being sold is an arrangement of fruit cut in the shape of flowers.

23. IED uses the term "fruitflowers" descriptively to describe its products. For example, IED's advertisements and brochures use the term as follows:

    a. "The Original Fruit Flower Bouquets." See Exhibits A, B, and C attached hereto;

    b. "A Fresh Fruit Flower Bouquet." See Exhibits D, E, and F attached hereto;

    c. "Delicious Fresh Fruit Flowers." See Exhibit G attached hereto;

    d. "Don't just send flowers, send 'Fruit Flowers.'" See Exhibit H attached hereto; and

    e. "Send Fruitflowers Instead." See Exhibits I, J, K, L, and M attached hereto.

24. IED's characterization of its product as the "original" fruit flower bouquets clearly implies that the term "fruitflowers" is used descriptively by IED's competitors. See Exhibits A, B, and C attached hereto.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

25. If IED is permitted to register the mark "FRUITFLOWERS," Edible Arrangements is likely to be damaged, as it will no longer be permitted to use the mark in a generic or descriptive manner.

WHEREFORE, the opposers, Edible Arrangements, LLC, and Edible Arrangements Franchise Group, Inc., respectfully request the that the Trademark Trial and Appeal Board deny Incredibly Edible Delites, Inc.'s Application to register the mark "FRUITFLOWER."

Dated: January 30, 2003
Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE OPPOSERS,
EDIBLE ARRANGEMENTS, LLC,
AND EDIBLE ARRANGEMENTS
FRANCHISE GROUP, INC.

By: _____
Joseph G. Fortner, Jr.
Thomas J. Finn
Andrew D. Moore
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, Connecticut 06103

Attorneys for Edible Arrangements, LLC, and Edible Arrangements Franchise Group, Inc.

386403.1(HSFP)

- 7 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105