**EXHIBIT E**

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

INCREDIBLY EDIBLE DELIGHTS,
INC., ET AL

    Vs.              CASE NO. 3:02CV01529 (AVC)

EDIBLE ARRANGEMENTS, LLC, ET AL

## NOTICE TO COUNSEL

The above-entitled case was reported to the Court on <u>May 25, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on <u>June 24, 2004</u> unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut this 25th day of May, 2004.

               KEVIN F. ROWE, CLERK

           By /s/ JW
             Jo-Ann Walker
             Deputy Clerk