**EXHIBIT F**

Case 3:02-cv-01529-AVC    Document 137-6    Filed 09/29/2005    Page 1 of 9

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC. and INCREDIBLE FRANCHISE CORPORATION, | CIVIL ACTION NO. 3:02CV1529 (AVC) |
| Plaintiffs, | |
| V. | |
| EDIBLE ARRANGEMENTS, LLC., and EDIBLE ARRANGEMENTS FRANCHISE GROUP, INC., | |
| Defendants. | MARCH 19, 2003 |

### DEFENDANT EDIBLE ARRANGEMENTS FRANCHISE GROUP, INC.'S INTERROGATORIES ADDRESSED TO PLAINTIFFS INCREDIBLY EDIBLE DELITES, INC., AND INCREDIBLE FRANCHISE CORPORATION

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, the defendant, Edible Arrangements Franchise Group, Inc. ("EA"), through its attorneys, Halloran & Sage LLP, request that the plaintiffs, Incredibly Edible Delites, Inc., and Incredible Franchise Corporation (collectively, "IED"), answer, under oath, the following interrogatories.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

7.  Identify any and all communications, both written and oral, concerning the current status of any trademark application submitted by IED to register the mark "INCREDIBLY EDIBLE DELITES, INC. WWW.FRUITFLOWERS.COM" and design with the USPT), including, but not limited to, the trademark application itself, as well as any correspondence between IED and the USPTO.

- 10 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Dated: March 19, 2003
Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
EDIBLE ARRANGEMENTS
FRANCHISE GROUP, INC.

By: _____
Joseph G. Fortner, Jr.
Federal Bar No. ct 04602
Thomas J. Finn
Federal Bar No. ct 20929
Andrew D. Moore
Federal Bar No. ct 22281
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, Connecticut 06103
Attorneys for Edible
Arrangements Franchise
Group, Inc.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 19th day of March 2003, a copy of the foregoing was mailed to:

John F.A. Earley, III, Esq.
Frank J. Bonini, Jr., Esq.
Charles L. Riddle, Esq.
Harding, Earley, Follmer & Frailey
86 The Commons at Valley Forge East
1288 Valley Forge Road
P.O. Box 750
Valley Forge, Pennsylvania 19482-0750

Barry Kramer, Esq.
Basam E. Nabulsi, Esq.
Mark D. Giarratana, Esq.
Cummings & Lockwood LLC
Four Stamford Plaza
P.O. Box 120
Stamford, Connecticut 06904-0120

Eric Grondahl, Esq.
Cummings & Lockwood LLC
City Place I
185 Asylum Street
36th Floor
Hartford, Connecticut 06103

_____
Thomas J. Finn

396016.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INCREDIBLY EDIBLE DELITES, INC. : CIVIL ACTION NO.
and INCREDIBLE FRANCHISE : 3:02CV1529 (AVC)
CORPORATION, :
  :
    Plaintiffs, :
  :
v. :
  :
EDIBLE ARRANGEMENTS, LLC., :
and EDIBLE ARRANGEMENTS :
FRANCHISE GROUP, INC., :
  :
    Defendants. : AUGUST 3, 2005

### DEFENDANT EDIBLE ARRANGEMENTS FRANCHISE GROUP, INC.'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS ADDRESSED TO PLAINTIFFS INCREDIBLY EDIBLE DELITES, INC., AND INCREDIBLE FRANCHISE CORPORATION

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, the defendant, Edible Arrangements Franchise Group, Inc. ("EA"), through its attorneys, Halloran & Sage LLP, requests that the plaintiffs, Incredibly Edible Delites, Inc., and Incredible Franchise Corporation (collectively referred to as "IED"), produce the following documents at the offices of Halloran & Sage LLP, One Goodwin Square, 225 Asylum Street, Hartford, Connecticut 06103, on or before September 6, 2005.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

42.  All documents reflecting or concerning any advertising, marketing, catalogs, or literature in which you have used the words or terms "fruitflower" or "fruitflowers."

43.  All documents constituting or concerning your application for registration before the U.S. Patent & Trademark Office of the mark bearing registration number 2854562, including any communications with the Examiner, all samples, any amendments, or any other documents relating to that application or registration.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

By: _____
Joseph G. Portner, Jr.
Federal Bar No. ct 04602
Brian D. Rich
Federal Bar No. ct 24458
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, Connecticut 06103
Attorneys for Edible
Arrangements Franchise
Group, Inc.

- 31 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 3rd day of August 2005, a copy of the foregoing was mailed to:

Frank J. Bonini, Jr., Esq.
John F.A. Early, III, Esq.
Charles L. Riddle, Esq.
Harding Earley Follmer & Frailey
The Commons At Valley Forge East
1288 Valley Forge Road
P.O. Box 750
Valley Forge, PA 19482-0750
Attorney for Plaintiffs

Thomas C. Clark, Esq.
Melicent B. Thompson, Esq.
Litchfield Cavo
40 Tower Lane
Suite 200
Avon, CT 06001
Attorney for Plaintiffs

Kevin P. Walsh, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue
2nd Floor
North Haven, CT 06473
Attorney for Edible Arrangements, LLC

Basam E. Nabulsi, Esq.
McCarter & English
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
Attorney for Counter Defendant
Incredibly Edible Delites, Inc.

Eric E. Grondahl, Esq.
McCarter & English
CityPlace I
185 Asylum Street, 36th Floor
Hartford, CT 06103-3495
Attorney for Counter Defendant
Incredibly Edible Delites, Inc.

_____
Joseph G. Fortner, Jr.

- 32 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105