**EXHIBIT G**

a different trade name or mark in your Territory. If your Workshop is located in a metropolitan area, your Territory will consist of a minimum 5 mile radius from the center of your Territory. If your Workshop is located in a nonmetropolitan area, it will consist of a minimum 20 mile radius from the center of your Territory. Once your Territory is identified in Exhibit A of the Franchise Agreement, we have no right to modify your Territory except with your written agreement. We and our affiliates have the right, under the Franchise Agreement, to distribute, or license others to distribute, products identified by the Proprietary Marks or other marks we own or license through any distribution method we or our affiliates may periodically establish or license, including Internet distribution. We do not grant you any options, rights or first refusal or similar rights to acquire additional franchises.

ITEM 13
**TRADEMARKS**

We grant you the right to establish and operate one **Incredibly Edible Delites** Workshop using the **Incredibly Edible Delites** System and the Proprietary Marks. The Proprietary Marks include various trade names, trademarks and service marks including the service mark "Incredibly Edible Delites, Inc. Edible Floral Creations (and design)" and other marks we have designated or may designate in the future for use in connection with the franchise System. Our affiliate, **Incredibly Edible Delites, Inc.**, owns and uses the Proprietary Marks and has licensed to us the indefinite right to use them and to sublicense them to System franchisees pursuant to a license agreement. **Incredibly Edible Delites, Inc.** has the right to terminate such agreement on 30 days' notice. Upon termination, **Incredibly Edible Delites** will assume all the rights and obligations of IFC regarding the Proprietary Marks.

The following marks are registered on the Principal Register of the United States Patent and Trademark Office ("USPTO").

| MARK | DATE REGISTERED | REGISTRATION NUMBER |
|---|---|---|
| Incredibly Edible Delites, Inc. Edible Floral Creations(and design) | March 2, 1993 | 1,755,554 |
| Design mark for fresh fruit arrangements; live edible floral arrangements and sculptered fresh fruits and vegetables in a basket | January 21, 2003 | 2,676,672 |
| When Only the Berry Best Will Do! | March 25, 2003 | 2,700,149 |
| Incredibly Edible Delites, Inc. | June 3, 2003 | 2,721,015 |
| Incredibly Edible Delites, Inc. www.Fruitflowers com (and design) | June 15, 2004 | 2854562 |
| bitten strawberry (design) | September 16, 2003 | 2763711 |

All required affidavits have been filed and the registrations are not yet due for renewal.

©2005 Incredible Franchise Corporation
UFOC - For Use In CA, FL, IL, IN, MD, MI, MN, NY, UT, WA, WI and Non-Registration States
Not for Use in Hawaii, North Dakota, South Dakota and Virginia    22