UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC., ET AL. | : CIVIL ACTION |
| | : NO. 3:02CV1529 (AVC) |
| V. | : |
| EDIBLE ARRANGEMENTS, LLC, ET AL. | : OCTOBER 12, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the Defendant Edible Arrangements Franchise Group, in the above-captioned matter. Edible Arrangements Franchise Group continues to be represented by Joseph G. Fortner, Jr. and Brian D. Rich of Halloran & Sage LLP, and the undersigned has not been engaged in the practice of law with that firm since April 29, 2005.

WHEREFORE, the undersigned respectfully requests that his Motion to Withdraw Appearance be granted.

THE DEFENDANT,
EDIBLE ARRANGEMENTS
FRANCHISE GROUP

By: _____
Patrick M. Birney
Brown Raysman Millstein Felder &
Steiner LLP
Fed. Bar #ct 19875
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103
(860) 275-6462

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via regular mail on this 12th day of October 2005, to:

Frank J. Bonini, Jr., Esq.
John F.A. Early, III, Esq.
Charles L. Riddle, Esq.
Harding Earley Follmer & Frailey
The Commons At Valley Forge East
1288 Valley Forge Road
P.O. Box 750
Valley Forge, PA  19482-0750
Attorney for Plaintiffs

Thomas C. Clark, Esq.
Melicent B. Thompson, Esq.
Litchfield Cavo
40 Tower Lane
Suite 200
Avon, CT  06001
Attorney for Plaintiffs

Joseph L. Turchi, Esq.
Rawle & Henderson, LLP
Widener Building
One South Penn Square
Philadelphia, PA  19109
Attorney for Defendant
Edible Arrangements, LLC

Daniel J. Hart, Esq.
Marshall, Dennehy, Warner, Coleman & Goggin
1845 Walnut Street
Philadelphia, PA  19103
Attorney for Defendant
Edible Arrangements Franchise Group

Basam E. Nabulsi, Esq.
McCarter & English
Four Stamford Plaza
107 Elm Street
Stamford, CT  06902

Eric E. Grondahl, Esq.
McCarter & English
CityPlace I
185 Asylum Street
36th Floor
Hartford, CT  06103-3495

Joseph G. Fortner, Jr., Esq.
Brian D. Rich, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, CT  06103

And a copy was sent via certified mail to:

Mr. Tariq Farid, President
Edible Arrangements Franchise Group, Inc.
1920 Dixwell Avenue, Suite 200
Hamden, Connecticut 06514

Kevin P. Walsh, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue
2nd Floor
North Haven, CT  06473

_____
Patrick M. Birney

- 2 -

HARTFORD 127747v1