UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INCREDIBLY EDIBLE DELITES, INC., ET AL. | : | CIVIL ACTION NO. 3:02CV1529 (AVC) |
| V. | : | |
| EDIBLE ARRANGEMENTS, LLC, ET AL. | : | OCTOBER 12, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the Defendant Edible Arrangements Franchise Group, in the above-captioned matter. Edible Arrangements Franchise Group continues to be represented by Joseph G. Fortner, Jr. and Brian D. Rich of Halloran & Sage LLP, and the undersigned has not been engaged in the practice of law with that firm since April 29, 2005.

WHEREFORE, the undersigned respectfully requests that his Motion to Withdraw Appearance be granted.

THE DEFENDANT,
EDIBLE ARRANGEMENTS
FRANCHISE GROUP

By: _____
Patrick M. Birney
Brown Raysman Millstein Felder &
Steiner LLP
Fed. Bar #ct 19875
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103
(860) 275-6462

October 18, 2005.
SO ORDERED.
Alfred V. Covello, U.S.D.J.
GRANTED.