# NetworkSolutions

## WHOIS Search Results



View Order

**WHOIS Record For**

fruitflower.com



Certified Offer Service - Make an offer on this domain
Backorder - Try to get this name when it becomes available
Private Registration - Make personal information for this domain private
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

**Registrant:**
Khan, Ahsan

Make this info private

PO Box 1657
Reno, NV 89504
US

**Domain Name:** FRUITFLOWER.COM

**Administrative Contact, Technical Contact:**
Khan, Ahsan
khanahsan83@yahoo.com
PO Box 1657
Reno, NV 89504
US
Phone: 111-111-1111

**Record expires on** 23-Sep-2009
**Record created on** 23-Sep-1999
**Database last updated on** 19-Nov-2005

**Domain servers in listed order:**    Manage DNS

NS79.WORLDNIC.COM    216.168.228.42
NS80.WORLDNIC.COM    216.168.225.220

Show underlying registry data for this record

**BUY THE AVAILABLE EXTENSIONS FOR THIS DOMAIN NA**

| fruitflower | ✓ | .or |
| fruitflower | ✓ | .inf |
| fruitflower | ✓ | .bi |
| fruitflower | ✓ | .tv |
| fruitflower | ✓ | .us |
| fruitflower | ✓ | .cc |
| fruitflower | ✓ | .ws |
| fruitflower | ✓ | .bz |
| fruitflower | ✓ | .vg |
| fruitflower | ✓ | .gs |
| fruitflower | ✓ | .tc |
| fruitflower | ✓ | .ms |

Continue

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.cc

**Search by:**
Domain Name
NIC Handle
IP Address

Exhibit A

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 216.168.224.70  (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-VIRGINIA-STERLING |
| Record Type: | Domain Name |
| Server Type: | IIS 6 |
| Lock Status: | ACTIVE |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 13-Oct-2005 |

**Get a Web Site Fast and Easy**
Our hosting packages gets you started with a Web site and a FREE domain.

**Search Through Thousands of Expired Domains**
Don't miss your chance to find a domain name you want. Place a Backorder on an expired domain name today.

Go



Secure Your Site with an SSL Certificate
© Copyright 2005 Network Solutions. All rights reserved.

» Close window

## Registry Data

**fruitflower.com**

Whois Server Version 1.3

Domain names in the .com and .net domains can now be registered with many different competing registrars. Go to http://www.internic.net for detailed information.

  Domain Name: FRUITFLOWER.COM
  Registrar: NETWORK SOLUTIONS, LLC.
  Whois Server: whois.networksolutions.com
  Referral URL: http://www.networksolutions.com
  Name Server: NS79.WORLDNIC.COM
  Name Server: NS80.WORLDNIC.COM
  Status: ACTIVE
  Updated Date: 19-nov-2005
  Creation Date: 23-sep-1999
  Expiration Date: 23-sep-2009

>>> Last update of whois database: Mon, 21 Nov 2005 02:25:34 EST <<<
NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register

domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.