EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INCREDIBLY EDIBLE DELITES, INC. and INCREDIBLE FRANCHISE CORPORATION, | : : : : : | CIVIL ACTION NO. 3:02CV1529(AVC) |
| Plaintiffs, | : : : | |
| V. | : : : | |
| EDIBLE ARRANGEMENTS, LLC., and EDIBLE ARRANGEMENTS FRANCHISE GROUP, INC. | : : : : | |
| Defendants. | : | August 2, 2005 |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Edible Arrangements, LLC, and Edible Arrangements Franchise Group, Inc. ("Defendants"), will take the deposition of the Plaintiffs Incredibly Edible Delites, Inc. and Incredible Franchise Corporation ("Plaintiffs"), regarding the matters set forth below for purposes of discovery and/or use at the trial of this matter, before a competent authority on **August 26, 2005, at 9:30 a.m.** at the law offices of **Halloran & Sage LLP, 315 Post Road, Westport, Connecticut**, or at such other place or time as may be mutually agreed to be the parties and the deponent.

In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, the Plaintiffs are to designate one or more officers, directors, managing agents, or other persons who consent to testify on the behalf of the Plaintiffs, and who can testify as to

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

the matters known or reasonable available to Plaintiffs, with respect to each of the following topics:

- Plaintiffs' knowledge of, use and monitoring of internet portals with respect to all allegations of its Complaint;
- The design, maintenance and monitoring of Plaintiffs' webpage(s);
- Alterations, revisions and updates to Plaintiffs' webpage(s) since 1988.
- All iterations of Plaintiffs' webpage(s) since 1988.

Please take further notice that to the extent that the designated representative of Plaintiffs will testify based upon documents, Plaintiffs are called upon to produce at the time of such deposition those documents (other than those protected by the attorney-client privilege or work product doctrine) upon which such witness will rely or which such witness reviewed in order to testify.

**PLEASE TAKE FURTHER NOTICE** that such deposition will take place before a competent court reporting authority, on **August 26th at 9:30 a.m.** at the law offices of **Halloran & Sage LLP, 315 Post Road, Westport, Connecticut,** or at such other place or time as may be mutually agreed to be the parties and the deponent. Thereafter, the deposition will continue from day to day until completed.

You are invited to attend and to participate.

-2-

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

EDIBLE ARRANGEMENTS
FRANCHISE GROUP, INC.

By: _____
Brian D. Rich
Federal Bar No. ct24458
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, Connecticut 06103
Tel: (860) 522-6103
Fax: (860) 548-0006
Attorneys for Edible Arrangements
Franchise Group, Inc.

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

      This is to certify that a copy of the foregoing was sent via regular mail on this 2nd day of August 2005, to:

Frank J. Bonini, Jr., Esq.
John F.A. Early, III, Esq.
Charles L. Riddle, Esq.
Harding Earley Follmer & Frailey
The Commons At Valley Forge East
1288 Valley Forge Road
P.O. Box 750
Valley Forge, PA 19482-0750
Attorney for Plaintiffs

Thomas C. Clark, Esq.
Melicent B. Thompson, Esq.
Litchfield Cavo
40 Tower Lane
Suite 200
Avon, CT 06001
Attorney for Plaintiffs

Joseph L. Turchi, Esq.
Rawle & Henderson, LLP
Widener Building
One South Penn Square
Philadelphia, PA 19109
Attorney for Defendant
Edible Arrangements, LLC

Basam E. Nabulsi, Esq.
McCarter & English
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

Eric E. Grondahl, Esq.
McCarter & English
CityPlace I
185 Asylum Street
36th Floor
Hartford, CT 06103-3495

_____
Brian D. Rich

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

## **SCHEDULE A**

    1.    All documents constituting, reflecting, evidencing or concerning Plaintiffs' knowledge of and/or monitoring of internet portals;

    2.    All documents constituting, reflecting, evidencing, or concerning the design of the Plaintiffs' webpage(s).

    3.    All documents constituting, reflecting, evidencing, or concerning alterations or updates to Plaintiffs' webpage(s) since 1988.

    4.    All copies, including all iterations, of Plaintiffs' webpage(s) since 1988.

704083_1 DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

# SCHEDULING CONFIRMATION

Below is what you submitted to ruth@brandonreporting.com on Tuesday, August 2, 2005 at 15:28:00

---

**Jobschedule:** Schedule a Deposition / Hearing

**FullName:** Leanne Dunn

**Organization:** Halloran & Sage LLP

**WorkPhone:** (860) 522-6103 X4220

**Attorney:** Brian D. Rich

**Date:** 8/26/05

**Time:** 9:30

**Location:** H&S, 315 Post Road, Westport, CT

**Case:** Incredibly Edible Delites, et al v. Edible Arrangements, et al

**Deponent:** Incredible Edible Delites & Incredible Franchise Corp.

---

Home        About Us        Scheduling        Video Conferencing        Contact Us

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INCREDIBLY EDIBLE DELITES, INC. and INCREDIBLE FRANCHISE CORPORATION,<br><br>  Plaintiffs,<br><br>V.<br><br>EDIBLE ARRANGEMENTS, LLC., and EDIBLE ARRANGEMENTS FRANCHISE GROUP, INC.<br><br>  Defendants. | CIVIL ACTION NO. 3:02CV1529(AVC)<br><br><br><br><br><br><br><br><br><br>AUGUST 2, 2005 |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Edible Arrangements, LLC, and Edible Arrangements Franchise Group, Inc. ("Defendants"), will take the deposition of the Plaintiffs Incredibly Edible Delites, Inc. and Incredible Franchise Corporation ("Plaintiffs"), regarding the matters set forth below for purposes of discovery and/or use at the trial of this matter, before a competent authority on **August 25, 2005, at 9:30 a.m.** at the law offices of **Halloran & Sage LLP, 315 Post Road, Westport, Connecticut,** or at such other place or time as may be mutually agreed to be the parties and the deponent.

In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, the Plaintiffs are to designate one or more officers, directors, managing agents, or other persons who consent to testify on the behalf of the Plaintiffs, and who can testify as to the matters known or reasonable available to Plaintiffs, with respect to each of the following topics:

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

1. Advertising and marketing of all of plaintiffs' products and marks as alleged in Plaintiff's Complaint, including communications with publications and advertisements.

2. Advertising and marketing of Plaintiff's mark" Incredibly Edible Delites";

3. Advertising and marketing of Plaintiff's mark "Incredibly Edible Delites, Inc. Edible Floral Creations";

4. Advertising and marketing of Plaintiff's mark "Incredibly Edible";

5. Advertising and marketing of Plaintiff's mark "Fruitflower";

6. Advertising and marketing of Plaintiff's mark "Fruitflowers";

7. Advertising and marketing of Plaintiff's mark "Fruit Flowers"

8. Advertising and marketing of Plaintiff's mark "Fruit Flower";

9. Advertising and marketing of Plaintiff's mark "Fruitflowers.com";

10. Any press releases or statements to the press regarding any aspect of the plaintiffs' products.

11. All information regarding franchise sales, including information relating to the advertising and marketing described above.

12. The preparation, submission and communications of all franchise offering statements, brochures, circulars and all related materials for all of plaintiffs' franchisees and potential franchisees.

**PLEASE TAKE FURTHER NOTICE** that the Plaintiffs are further called upon to produce at such deposition the documents (other than those protected by the attorney-client privilege or work product doctrine) called for in the attached Schedule A, along

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

with all other documents upon which such witness will rely or which such witness reviewed in order to testify.

**PLEASE TAKE FURTHER NOTICE** that such deposition will continue from day to day until completed.

You are invited to attend and to participate.

EDIBLE ARRANGEMENTS
FRANCHISE GROUP, INC.

By: _____
Brian D. Rich
Federal Bar No. ct24458
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, Connecticut 06103
Tel: (860) 522-6103
Fax: (860) 548-0006
Attorneys for Edible Arrangements
Franchise Group, Inc.

- 3 -

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via regular mail on this 2nd day of August 2005, to:

Frank J. Bonini, Jr., Esq.
John F.A. Early, III, Esq.
Charles L. Riddle, Esq.
Harding Earley Follmer & Frailey
The Commons At Valley Forge East
1288 Valley Forge Road
P.O. Box 750
Valley Forge, PA 19482-0750
Attorney for Plaintiffs

Thomas C. Clark, Esq.
Melicent B. Thompson, Esq.
Litchfield Cavo
40 Tower Lane
Suite 200
Avon, CT 06001
Attorney for Plaintiffs

Kevin P. Walsh, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue
2nd Floor
North Haven, CT 06473
Attorney for Edible Arrangements, LLC

Basam E. Nabulsi, Esq.
McCarter & English
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
Attorney for Counter Defendant
Incredibly Edible Delites, Inc.

Eric E. Grondahl, Esq.
McCarter & English
CityPlace I
185 Asylum Street, 36th Floor
Hartford, CT 06103-3495
Attorney for Counter Defendant
Incredibly Edible Delites, Inc.

_____
Brian D. Rich

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **SCHEDULE A**

1.  All documents constituting, reflecting, evidencing, or concerning any instances or evidence regarding plaintiffs' advertising or marketing of its products or marks as alleged in Plaintif's Complaint.

2.  All documents constituting, reflecting, evidencing, or concerning advertising and marketing of Plaintiff's mark "Incredibly Edible Delites";

3.  All documents constituting, reflecting, evidencing, or concerning advertising and marketing of Plaintiff's mark "Incredibly Edible Delites, Inc. Edible Floral Creations";

4.  All documents constituting, reflecting, evidencing, or concerning advertising and marketing of Plaintiff's mark of Plaintiff's mark "Incredibly Edible";

5.  All documents constituting, reflecting, evidencing, or concerning advertising and marketing of Plaintiff's mark "Fruitflowers";

6.  All documents constituting, reflecting, evidencing, or concerning advertising and marketing of Plaintiff's mark "Fruitflower";

7.  All documents constituting, reflecting, evidencing, or concerning advertising and marketing of Plaintiff's mark "Fruit flowers"

8.  All documents constituting, reflecting, evidencing, or concerning advertising and marketing of Plaintiff's mark "Fruit flower";

9.  All documents constituting, reflecting, evidencing, or concerning advertising or and marketing of Plaintiff's mark "Fruitflowers.com";

10. All documents constituting, reflecting, evidencing or concerning any press releases or statements to the press regarding any aspect of plaintiffs' products.

- 5 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

11.   All documents constituting, reflecting, evidencing or concerning any press releases or statements to the press regarding all franchise sales.

12.   All documents constituting, reflecting, evidencing or concerning any press releases or statements to the press regarding all franchise offering statements, brochures, circulars and all related materials for all of plaintiffs' franchises and potential franchises.

717692_1 DOC

- 6 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

# SCHEDULING CONFIRMATION

Below is what you submitted to ruth@brandonreporting.com on Tuesday, August 2, 2005 at 15:24:38

**Jobschedule:** Schedule a Deposition / Hearing

**FullName:** Leanne Dunn

**Organization:** Halloran & Sage LLP

**WorkPhone:** (860) 522-6103 X4220

**Attorney:** Brian D. Rich

**Date:** 8/25/05

**Time:** 9:30

**Location:** H&S, 315 Post Road, Westport, CT

**Case:** Incredibly Edibles Delites, et al v. Edible Arrangements, et al.

**Deponent:** Incredibly Edible Delites, Inc. & Incredible Franchise Corp.

Home    About Us    Scheduling    Video Conferencing    Contact Us