EXHIBIT B

LAW OFFICES

# HARDING, EARLEY, FOLLMER & FRAILEY

86 THE COMMONS AT VALLEY FORGE EAST

1288 VALLEY FORGE ROAD

POST OFFICE BOX 750

VALLEY FORGE, PENNSYLVANIA 19482-0750

JOHN F. A. EARLEY, P.C.
JOHN F. A. EARLEY III
FRANK J. BONINI, JR.
CHARLES L. RIDDLE

U.S. AND INTERNATIONAL
INTELLECTUAL PROPERTY

TELEPHONE
(610) 935-2300

E-MAIL
heff@hardingearley.com

FAX
(610) 935-0600

August 16, 2005

***VIA FACSIMILE 860-548-0006***
Brian D. Rich
HALLORAN & SAGE
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Re:   Civil Action No.: 3:02CV1529
      Incredibly Edible Delites, Inc., et al.
      <u>v. Edible Arrangements, LLC, et al.</u>

Dear Brian:

This is in regards to the two notices of deposition for IED and IFC scheduled for August 25, 2005 and August 26, 2005 in Westport, CT. IED and IFC respectfully object to your notices in that they unduly burden our clients. According to your notices, our clients would be required to travel an extensive distance and keep them away from their activities in running a viable business. This is not for one day, but for two (2) days in a row.

Under these circumstances, IED simply cannot sit for the depositions.

Moreover, the notices appear to be defective in that they notice two parties. Although it is possible that one witness will be presented to sit for both parties, our clients have not made a decision at this time.

Our clients may be willing to overlook these deficiencies provided the parties can agree on a more convenient place to take the deposition.

Sincerely,

Charles L. Riddle

CLR/clh
cc:   Kevin P. Walsh, Esquire (203) 234-6330
      Tom C. Clark, Esquires (860) 255-5566

PATENT • TRADEMARK • COPYRIGHT • UNFAIR COMPETITION • INTERNET • E-COMMERCE • COMPUTER • LICENSING