EXHIBIT D



# HALLORAN
# &SAGE LLP
ATTORNEYS AT LAW

BRIAN D. RICH  Direct 860 297-4698  rich@halloran-sage.com

August 24, 2005

**VIA FACSIMILE**
Charles L. Riddle, Esq.
Harding, Earley, Follmer & Frailey
86 The Commons at Valley Forge East
1288 Valley Forge Road
P.O. Box 750
Valley Forge, PA  19482-0750

    Re:    **Incredibly Edible Delites, Inc., et al. v. Edible Arrangements LLC, et al.**
           Our File No.    :    13268.0002

Dear Chuck:

    Following up on the conference call with Judge Covello yesterday, I am seeking to determine when your clients will be available for their depositions in Westport. Currently, I would propose any three of the following dates:

    Thursday, September 1, 2005
    Tuesday, September 6, 2005
    Wednesday, September 7, 2005
    Thursday, September 8, 2005
    Tuesday, September 13, 2005
    Wednesday, September 14, 2005
    Friday, September 16, 2005

    Other dates might be available if none of these work, but conflicts would have to be cleared. Further, these dates are offered without consultation with Kevin Walsh. Final dates should be cleared with his schedule prior to us planning anything. I would offer these dates for purposes of both 30(b)(6) depositions discussed in our telephone conference with the judge yesterday, as well as for the 30(b)(6) deposition previously noticed by Joe Fortner (with regard to confusion). At your earliest convenience, please let me know of your clients' availability so that we may proceed with noticing these depositions. Additionally, this confirms my understanding that you will accept the deposition notices for both entities under a single notice.

One Goodwin Square, 225 Asylum Street, Hartford, Connecticut 06103   860 522-6103   Fax 860 548-0006   www.halloran-sage.com
Hartford / Middletown / Westport / Washington, D.C. / White Plains, NY

Charles L. Riddle, Esq.
Harding, Earley, Follmer & Frailey
August 24, 2005
Page 2


      On another note, as you know from yesterday's conversation, Judge Covello has again indicated that this case should be steered towards settlement. In light of that, I would propose that we have a conference call of counsel early next week to discuss the status of settlement negotiations at this stage. Please let me know of your interest in doing so, as well as when you and Attorney Early are available on Monday for this purpose.

      Thank you.

                                       Very truly yours,

                                       Brian D. Rich

BDR/mmi

Cc:   Kevin Walsh, Esq.
       Tom C. Clark, Esq.

696517_1 DOC


723074v 1

```
***************************
***   MULTI TX/RX REPORT   ***
***************************

TX/RX NO              3953
PGS.                  3
TX/RX INCOMPLETE      -----
TRANSACTION OK        (1)   80005132680002#916109350600
                      (2)   80005132680002#912032346330
                      (3)   92555566
ERROR INFORMATION     -----
```



# HALLORAN & SAGE LLP
ATTORNEYS AT LAW

# FAX TRANSMITTAL

| | | | |
|---|---|---|---|
| **RECIPIENT:** | Charles L. Riddle, Esq.<br>Harding, Earley, Follmer & Frailey | **FAX NUMBER:** | (610) 935-0600 |
| **SENDER:** | Brian D. Rich | **NUMBER OF PAGES:**<br>(INCLUDING COVER PAGE) | 3 |
| **FILE NUMBER** | 13268.0002 | **DATE:** | August 24, 2005 |
| **RE:** | Incredibly Edible Delites, Inc., et al. v. Edible Arrangements LLC, et al. | | |
| **CC:** | Kevin P. Walsh, Esq. | **FAX NUMBER:** | (203) 234-6330 |
| | Tom C. Clark, Esq. | | (860) 255-5566 |

☐ URGENT        ☑ FOR REVIEW        ☐ PLEASE REPLY

☑ ORIGINAL WILL NOT FOLLOW     ☐ OTHER:

☐ ORIGINAL WILL FOLLOW BY REGULAR U.S. FIRST CLASS MAIL

**MESSAGE:**

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL (860) 522-6103.

IRS CIRCULAR 230 DISCLOSURE: IN COMPLIANCE WITH TREASURY DEPARTMENT REGULATIONS, WE INFORM YOU THAT ANY U.S. TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT