EXHIBIT E



# HALLORAN & SAGE LLP
ATTORNEYS AT LAW

BRIAN D. RICH   Direct 860 297-4698   rich@halloran-sage.com

August 31, 2005

**VIA FACSIMILE**
Jack Early, Esq.
Harding, Earley, Follmer & Frailey
86 The Commons at Valley Forge East
1288 Valley Forge Road
P.O. Box 750
Valley Forge, PA  19482-0750

    Re:    **Incredibly Edible Delites, Inc., et al. v. Edible Arrangements LLC, et al.**
           Our File No.   :   13268.0002

Dear Jack:

    Per our telephone conversation yesterday, I am confirming our discussion that the 30(b)(6) depositions of your clients with regard to the notices of deposition issued on August 2, 2005, will proceed on Tuesday, September 6, 2005 and Wednesday, September 7, 2005 at my firm's Wesport office, subject to confirmation from Kevin Walsh. I am also confirming that the Plaintiffs will waive any purported "deficiency" with regard to the notices to the extent that they notice the corporate representatives of the two plaintiff entities in a single document. If that is not correct, please let me know as soon as possible. Otherwise, I will re-notice these examinations this afternoon (subject to Kevin's availability) and provide service to you via facsimile at that time. The depositions will begin at 10:30 A.M. on Tuesday morning and 9:30 A.M. on Wednesday morning. A third date, if necessary for these purposes, or to cover the topics outlined in the July 25, 2005 deposition notice of Joe Fortner, will be scheduled after the conclusion of these days.

    Further, given your desire that the depositions be reasonably limited in time, I would ask for production of all information required under Schedule A to be produced forthwith, in advance of the depositions themselves. This would contribute to greater efficiency and less time spent on the day of the depositions themselves and, in any event, no later than Friday, September 2nd. To that end, I would also call for prompt supplementation of the Plaintiffs' interrogatory responses, as discussed in prior correspondence with Chuck Riddle of your office. While it is true that the Plaintiff may produce business records, Rule 33 also explicitly requires some explanation as to the interrogatories the documentation is responsive to. To date, in the language of the

Jack Early, Esq.
Harding, Earley, Follmer & Frailey
August 31, 2005
Page 2


Rule, we have not received a specification in "sufficient detail to permit the interrogating party to locate and identify, as readily as the party can be served, the records from which the answer may be ascertained." I believe you would agree that it would make far more sense for this information to be produced now than to squander deposition time for this purpose.

    If we do not receive the information above prior to the time of the deposition, it becomes exponentially more difficult for me to represent that the depositions will be concluded in the two days scheduled for next week. As such, please let me know as soon as possible as to when I can expect to receive this information.

    Further, per our conversation with Judge Covello, I would continue to maintain that my client does not have documentation responsive to your request for sales broken down by the various websites in this matter. I am in the process of gathering the domain name information and conferring with my client with regard to the same.

    Also, I continue to await the supplemental responses promised in your August 17, 2005 correspondence. Please let me know as soon as possible as to when we may expect those documents.


Very truly yours,

Brian D. Rich

BDR/mmi

Cc:   Kevin Walsh, Esq.
      Tom C. Clark, Esq.

727590v 1

# FAX TRANSMITTAL

| | | | |
|---|---|---|---|
| **RECIPIENT:** | Jack Early, Esq.<br>Harding, Earley, Follmer & Frailey | **FAX NUMBER:** | (610) 935-0600 |
| **SENDER:** | Brian D. Rich | **NUMBER OF PAGES:**<br>(INCLUDING COVER PAGE) | 3 |
| **FILE NUMBER:** | 13268.0002 | **DATE:** | August 31, 2005 |
| **RE:** | Incredibly Edible Delites, Inc., et al. v. Edible Arrangements LLC, et al. | | |
| **CC:** | Kevin P. Walsh<br>Williams, Walsh & O'Connor, LLC | **FAX NUMBER:** | (203) 234-6330 |
| | Tom Clark, Litchfield Cavo | **FAX NUMBER:** | (860) 255-5566 |

☐ URGENT      ☐ FOR REVIEW      ☐ PLEASE REPLY

☐ ORIGINAL WILL NOT FOLLOW      ☐ OTHER:

☑ ORIGINAL WILL FOLLOW BY REGULAR U.S. FIRST CLASS MAIL

**MESSAGE:**

724336V.1
IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL (860) 522-6103.

IRS CIRCULAR 230 DISCLOSURE: IN COMPLIANCE WITH TREASURY DEPARTMENT REGULATIONS, WE INFORM YOU THAT ANY U.S. TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED BY ANY TAXPAYER, AND CANNOT BE USED, FOR THE PURPOSE OF: (I) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE THAT MAY BE IMPOSED ON THE TAXPAYER; OR (II) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

CONFIDENTIALITY: THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE AND IS PRIVILEGED AND CONFIDENTIAL. ANY DISSEMINATION, DISTRIBUTION, OR COPY OF THIS COMMUNICATION OTHER THAN TO THE INDIVIDUAL OR ENTITY NAMED ABOVE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE (AND ANY COPIES) TO THE SENDER ABOVE. THANK YOU FOR YOUR ASSISTANCE.

```
                        ****************
                    ***    TX REPORT    ***
                        ****************

    TRANSMISSION OK

    TX/RX NO                    4058
    CONNECTION TEL              2680002#912032346330
    SUBADDRESS
    CONNECTION ID
    ST. TIME                    08/31 08:11
    USAGE T                     00'32
    PGS. SENT                   3
    RESULT                      OK
```

# FAX TRANSMITTAL

| | | | |
|---|---|---|---|
| **RECIPIENT:** | Jack Early, Esq. Harding, Earley, Follmer & Frailey | **FAX NUMBER:** | (610) 935-0600 |
| **SENDER:** | Brian D. Rich | **NUMBER OF PAGES:** (INCLUDING COVER PAGE) | 3 |
| **FILE NUMBER:** | 13268.0002 | **DATE:** | August 31, 2005 |
| **RE:** | Incredibly Edible Delites, Inc., et al. v. Edible Arrangements LLC, et al. | | |
| **CC:** | Kevin P. Walsh Williams, Walsh & O'Connor, LLC | **FAX NUMBER:** | (203) 234-6330 |
| | Tom Clark, Litchfield Cavo | **FAX NUMBER:** | (860) 255-5556 |

☐ URGENT        ☐ FOR REVIEW        ☐ PLEASE REPLY

☐ ORIGINAL WILL NOT FOLLOW    ☐ OTHER:

☒ ORIGINAL WILL FOLLOW BY REGULAR U.S. FIRST CLASS MAIL

**MESSAGE:**

```
********************
***  TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO                    4057
CONNECTION TEL              2680002#916109350600
SUBADDRESS
CONNECTION ID
ST. TIME                    08/31 08:10
USAGE T                     00'32
PGS. SENT                   3
RESULT                      OK
```

# FAX TRANSMITTAL

| | | | |
|---|---|---|---|
| **RECIPIENT:** | Jack Early, Esq.<br>Harding, Earley, Follmer &<br>Frailey | **FAX NUMBER:** | (610) 935-0600 |
| **SENDER:** | Brian D. Rich | **NUMBER OF PAGES:**<br>(INCLUDING COVER PAGE) | 3 |
| **FILE NUMBER:** | 13268.0002 | **DATE:** | August 31, 2005 |
| **RE:** | Incredibly Edible Delites, Inc., et al. v. Edible Arrangements LLC, et al. | | |
| **CC:** | Kevin P. Walsh<br>Williams, Walsh & O'Connor,<br>LLC | **FAX NUMBER:** | (203) 234-6330 |
| | Tom Clark, Litchfield Cavo | **FAX NUMBER:** | (860) 255-5556 |

☐ URGENT          ☐ FOR REVIEW          ☐ PLEASE REPLY

☐ ORIGINAL WILL NOT FOLLOW     ☐ OTHER: _____

☑ ORIGINAL WILL FOLLOW BY REGULAR U.S. FIRST CLASS MAIL

**MESSAGE:**

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                4061
CONNECTION TEL                          92555566
SUBADDRESS
CONNECTION ID
ST. TIME                08/31 08:16
USAGE T                 00'31
PGS. SENT               3
RESULT                  OK
```

# FAX TRANSMITTAL

| | | | |
|---|---|---|---|
| **RECIPIENT:** | Jack Early, Esq.<br>Harding, Earley, Follmer & Frailey | **FAX NUMBER:** | (610) 935-0600 |
| **SENDER:** | Brian D. Rich | **NUMBER OF PAGES:**<br>(INCLUDING COVER PAGE) | 3 |
| **FILE NUMBER:** | 13268.0002 | **DATE:** | August 31, 2005 |
| **RE:** | Incredibly Edible Delites, Inc., et al. v. Edible Arrangements LLC, et al. | | |
| **CC:** | Kevin P. Walsh<br>Williams, Walsh & O'Connor, LLC | **FAX NUMBER:** | (203) 234-6330 |
| | Tom Clark, Litchfield Cavo | **FAX NUMBER:** | (860) 255-5566 |

☐ URGENT            ☐ FOR REVIEW            ☐ PLEASE REPLY

☐ ORIGINAL WILL NOT FOLLOW     ☐ OTHER: _____

☑ ORIGINAL WILL FOLLOW BY REGULAR U.S. FIRST CLASS MAIL

**MESSAGE:**