<u>Codicil to Settlement Agreement, dated December 1, 2005</u>

In furtherance of the Settlement Agreement, dated December 1, 2005 (the "Settlement Agreement"), and as a material term thereof, it is further agreed as follows:

    1.    The undersigned Irfan Farid hereby consents to the entry of a court order directing Network Solutions, Inc., to transfer the domain name <u>www.fruitflower.com</u> from Ahsan Khan to Incredibly Edible Delites, Inc.

    2.    The undersigned Tariq Farid hereby consents to the entry of a court order directing Network Solutions, Inc., to transfer the domain name <u>www.fruitflower.com</u> from Ahsan Khan to Incredibly Edible Delites, Inc.

    3.    In consideration for the Consents set forth in the preceding paragraphs, the Plaintiffs agree that the Releases provided for in the Settlement Agreement shall extend to and include releases of Irfan Farid and Tariq Farid from any and all claims that are within the subject matter of the action captioned *Incredibly Edible Delites, Inc. et al. v. Edible Arrangements LLC, et al.*, Civil Action No. 3:02CV1529 (AVC), and further with respect to any matters relating to the ownership, transfer, registration, or control of the domain name <u>www.fruitflower.com</u>.

    4.    This Codicil may be signed in counterparts.

Dated: December 1, 2005

_____  
Irfan Farid

_____  
Plaintiff Incredibly Edible Delites, Inc.

_____  
Tariq Farid

_____  
Plaintiff Incredible Franchise Corporation, Inc.

_____  
Edible Arrangements LLC

_____  
Edible Arrangements Franchise Group LLC

<u>Codicil to Settlement Agreement, dated December 1, 2005</u>

In furtherance of the Settlement Agreement, dated December 1, 2005 (the "Settlement Agreement"), and as a material term thereof, it is further agreed as follows:

1. The undersigned Irfan Farid hereby consents to the entry of a court order directing Network Solutions, Inc., to transfer the domain name www.fruitflower.com from Ahsan Khan to Incredibly Edible Delites, Inc.

2. The undersigned Tariq Farid hereby consents to the entry of a court order directing Network Solutions, Inc., to transfer the domain name www.fruitflower.com from Ahsan Khan to Incredibly Edible Delites, Inc.

3. In consideration for the Consents set forth in the preceding paragraphs, the Plaintiffs agree that the Releases provided for in the Settlement Agreement shall extend to and include releases of Irfan Farid and Tariq Farid from any and all claims that are within the subject matter of the action captioned *Incredibly Edible Delites, Inc. et al. v. Edible Arrangements LLC, et al.*, Civil Action No. 3:02CV1529 (AVC), and further with respect to any matters relating to the ownership, transfer, registration, or control of the domain name www.fruitflower.com.

4. This Codicil may be signed in counterparts.

Dated: December 1, 2005

_____
Irfan Farid

_____
Tariq Farid

_____
Edible Arrangements LLC

_____
Edible Arrangements
Franchise Group LLC

_____
Plaintiff Incredibly Edible Delites, Inc.

_____
Plaintiff Incredible Franchise Corporation, Inc.

Codicil to Settlement Agreement, dated December 1, 2005

In furtherance of the Settlement Agreement, dated December 1, 2005 (the "Settlement Agreement"), and as a material term thereof, it is further agreed as follows:

1. The undersigned Irfan Farid hereby consents to the entry of a court order directing Network Solutions, Inc., to transfer the domain name www.fruitflower.com from Ahsan Khan to Incredibly Edible Delites, Inc.

2. The undersigned Tariq Farid hereby consents to the entry of a court order directing Network Solutions, Inc., to transfer the domain name www.fruitflower.com from Ahsan Khan to Incredibly Edible Delites, Inc.

3. In consideration for the Consents set forth in the preceding paragraphs, the Plaintiffs agree that the Releases provided for in the Settlement Agreement shall extend to and include releases of Irfan Farid and Tariq Farid from any and all claims that are within the subject matter of the action captioned *Incredibly Edible Delites, Inc. et al. v. Edible Arrangements LLC, et al.*, Civil Action No. 3:02CV1529 (AVC), and further with respect to any matters relating to the ownership, transfer, registration, or control of the domain name www.fruitflower.com.

4. This Codicil may be signed in counterparts.

Dated: December 1, 2005

_____
Irfan Farid

_____
Tariq Farid

_____
Edible Arrangements LLC

_____
Edible Arrangements
Franchise Group LLC

_____
Plaintiff Incredibly Edible Delites, Inc.

_____
Plaintiff Incredible Franchise Corporation, Inc.

Codicil to Settlement Agreement, dated December 1, 2005

In furtherance of the Settlement Agreement, dated December 1, 2005 (the "Settlement Agreement"), and as a material term thereof, it is further agreed as follows:

1. The undersigned Irfan Farid hereby consents to the entry of a court order directing Network Solutions, Inc., to transfer the domain name www.fruitflower.com from Ahsan Khan to Incredibly Edible Delites, Inc.

2. The undersigned Tariq Farid hereby consents to the entry of a court order directing Network Solutions, Inc., to transfer the domain name www.fruitflower.com from Ahsan Khan to Incredibly Edible Delites, Inc.

3. In consideration for the Consents set forth in the preceding paragraphs, the Plaintiffs agree that the Releases provided for in the Settlement Agreement shall extend to and include releases of Irfan Farid and Tariq Farid from any and all claims that are within the subject matter of the action captioned Incredibly Edible Delites, Inc. et al. v. Edible.Arrangements LLC, et al., Civil Action No. 3:02CV1529 (AVC), and further with respect to any matters relating to the ownership, transfer, registration, or control of the domain name www.fruitflower.com.

4. This Codicil may be signed in counterparts.

Dated: December 1, 2005

_____                    _____
Irfan Farid                               Plaintiff Incredibly Edible Delites, Inc.

_____                    _____
Tariq Farid                               Plaintiff Incredible Franchise
                                          Corporation, Inc.

_____
Edible Arrangements LLC

_____
Edible Arrangements
Franchise Group LLC