## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement is entered into this 1st day of December, 2005, between Incredibly Edible Delites, Inc., Incredible Franchise Corporation (collectively referred to as "IED") and Edible Arrangements, LLC, Edible Arrangements Franchise Group (collectively referred to as "EA") (IED and EA are collectively defined as the "Parties").

## RECITALS

WHEREAS, on or about June 21, 2002, IED commenced a lawsuit, in the United States District Court for the Eastern District of Pennsylvania, entitled Incredibly Edible Delites, Inc. et al. v. Edible Arrangements LLC et al., Civil Action No. 02-4021. The action was transferred to the United States District Court, District of Connecticut, bearing Civil Action No. 3:02 CV 1529 (AVC) (the "Action").

WHEREAS, IED asserted claims under the Lanham Act and under state law of trademark infringement, false designation of origin, dilution, violation of the Anticybersquatting Act, and unfair competition.

WHEREAS, by Answer and Counterclaim dated December 6, 2002, EA asserted causes of action against IED for breach of a previous Settlement Agreement and Release, dated June 13, 2001, breach of covenant of good faith and fair dealing, trademark infringement under the Lanham Act, abuse of process, and violation of the Connecticut Unfair Trade Practices Act.

WHEREAS, the Parties desire to resolve all related disputes between them and wish to settle the Action so as to avoid any further expense or inconvenience of litigation and enter into this Settlement Agreement and Release ("Agreement") for that purpose.

1