UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INCREDIBLY EDIBLE DELITES, INC., ET AL. | : | CIVIL ACTION NO. 3:02CV1529 (AVC) |
| V. | : | |
| EDIBLE ARRANGEMENTS, LLC, ET AL. | : | DECEMBER ___, 2005 |

## CONSENT ORDER

Upon the Application of the Parties to this action, in furtherance of the Settlement Agreement, dated December 1, 2005, executed by the Parties, and based upon the Codicil, dated December 1, 2005, executed in this action, it is hereby:

ORDERED, that Network Solutions, Inc. is hereby directed to transfer the domain name www.fruitflower.com from the registrant, Ahsan Khan, or any other person or entity in whose name it is presently registered, to Incredibly Edible Delites, Inc.

SO ORDERED

_____
U.S.D.J.

HARTFORD, CONNECTICUT
DECEMBER ___, 2005